UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TOPSTEPTRADER, LLC )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>OneUp Trader, LLC, )<br>        Defendant. )<br>)<br>) | Case Number:<br><br>**JURY TRIAL DEMANDED** |

### 1.     <u>Plaintiff TopstepTrader, LLC's Rule 7.2 Notice of Affiliates</u>

The undersigned, counsel of record for Plaintiff TopstepTrader, LLC ("TST") submit the following *Notice of Affiliates* in compliance with Federal Rule Civil Procedure 7.1 and Local Rule 3.2:

2.     The full name of every party or amicus the undersigned attorney represents in this case is as follows:

        TopstepTrader, LLC – an Illinois limited liability company

3.     Such party is a legal entity, and its owner that are publicly held companies owning 5 percent or more of the stock of the party or stock if it is a publicly held company is as follows:

| **Plaintiff** | **Parent Corporation or any publicly held corporation owning 5% or more of its stock** |
|---|---|
| TopstepTrader, LLC | TST states that its sole governing member is Patak Holdings, Inc., an Illinois corporation. TST further states that no publicly traded company owns 5% or more of the stock of TST or its sole governing member |

1

The law firm appearing for Plaintiff is as follows:

Wolek & Noack
333 S Wabash Ave., Suite 2700
Chicago, Illinois 60604


Dated: June 13, 2017                                   Respectfully submitted,


                                                       By:    /s/ Adam Wolek
                                                       Adam Wolek
                                                       Brian Noack
                                                       WOLEK & NOACK
                                                       333 S Wabash Ave., Suite 2700
                                                       Chicago, Illinois 60604
                                                       P 312.860.9006
                                                       F 708.843.0509
                                                       adamw@wonoip.com
                                                       briann@wonoip.com

                                                       ***Attorneys for Plaintiff TopstepTrader, LLC***