UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TOPSTEPTRADER, LLC<br><br>Plaintiff,<br><br>v.<br><br>ONEUP TRADER, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case Number: 17-cv-4412<br>)<br>) Judge: Hon. Harry D. Leinenweber<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF ADAM WOLEK IN SUPPORT OF PLAINTIFF'S MOTION FOR
ENTRY OF A TEMPORARY RESTRAINING ORDER**

1. I am an attorney with the law firm of Wolek & Noack and counsel for Plaintiff TOPSTEPTRADER, LLC ("TST") in this case. I make this declaration from my personal knowledge and, if called upon to do so, could and would competently testify to the matters set forth herein in a court of law.

2. Exhibit F includes true and correct copies of screenshots of OneUp's "Evaluation Rules & Parameters," "What are the Rules of the Evaluation," "Can I reset my account?," and "How it Works" webpages, taken from oneuptrader.com.

3. Exhibit G is a true and correct copy of a screenshot TST's copyright application.

4. Exhibit H is a true and correct copy of OneUp's trademark application for "OneUp Trader," which lists Sattam Alsabah as the correspondent for OneUp.

5. Exhibit I is a true and correct copy of an announcement posted on MES Capital's website stating that "MESCapital has officially joined OneUp Trader."

6. Exhibit J is a true and correct copy of an article stating that Sattam Alsabah is a

1

shareholder of MES Capital Ltd.

7. Exhibit K is a true and correct copy of an article stating that MES Capital Ltd. is owned by Sattam Alsabah, and that his email is sattam@miseel.com.

8. Exhibit L is a true and correct copy of an article from Tradingschools.org stating that MESCapitalgroup.com is registered to Sattam Alsabah, and that he is partners with Serif Sisman.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 20, 2017  RESPECTFULLY SUBMITTED,


By: /s/ Adam Wolek
Adam Wolek
(adamw@wonoip.com)
Brian Noack
(briann@wonoip.com)
WOLEK & NOACK
333 S Wabash Ave., Suite 2700
Chicago, IL 60604
P 312.860.9006
F 708.843.0509
***Attorneys for Plaintiff TopstepTrader, LLC***

## CERTIFICATE OF SERVICE

The undersigned certifies that, on June 20, 2017, he caused this document to be emailed to the following counsel for Defendant:

Aleksander Goranin (agoranin@duanemorris.com)
David Wolfsohn (djwolfsohn@duanemorris.com)
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103

Gregory Lefkowitz (gmlefkowitz@duanemorris.com)
Michael Leeds (mhleeds@duanemorris.com)
DUANE MORRIS LLP
Boca Center Tower II
5100 Town Center Circle, Ste. 650
Boca Raton, FL 33486

Dated: June 20, 2017                    WOLEK & NOACK


                                        By:/s/   Adam Wolek
                                              Adam Wolek