# EXHIBIT C

# TOPSTEP**TRADER**

## Sign up for free.

You're one step closer to becoming a funded trader. Keep going.

First Name

Last Name

Email Address

Phone Number

Username

Password

☐ Please accept Terms of Use.

**Join TopstepTrader**

Already have an account? Login!