# EXHIBIT D

# Join Now for Free



### Start trading
with our recommended trading platform - NinjaTrader



### Track your performance
using our proprietary Trade Reports

### Connect with other traders
through our interactive chat room and radio broadcast



First Name

Last Name

Username

Password

Email Address

Phone Number / Skype ID

Country Code + Area Code + Phone Number

**Sign Up**      Already have an account? Log In

I agree to the terms and conditions.