# EXHIBIT F

## Evaluation Rules & Parameters

– Trade a minimum of **15 days**
– Trade permitted **products and times**
– Do not hit or exceed the **Daily Loss Limit**
– Do not allow the Account Balance to hit or exceed the **Trailing Max Drawdown**
– Adhere to the **Max Position Size**
– Hit or Exceed the **Profit Target**

| Funded Account | 3 Lots | 6 Lots | 12 Lots | 15 Lots | 25 Lots |
|---|---|---|---|---|---|
| | **$25,000** | **$50,000** | **$100,000** | **$150,000** | **$250,000** |
| Max Position Size | 3 Lots | 6 Lots | 12 Lots | 15 Lots | 25 Lots |
| Daily Loss Limit | $500 | $1,250 | $2,500 | $4,000 | $5,000 |
| Max Drawdown | $1,500 | $2,500 | $3,500 | $5,000 | $5,500 |
| Profit Target | $1,500 | $3,000 | $6,000 | $9,000 | $15,000 |

**Was this article helpful?** Yes / No, I want to contact support

## Trading Combine® Rules

- Trade a minimum of 10 days
- Only trade during permitted times
- Do not hit or exceed the Daily Loss Limit
- Do not allow your Account Balance to hit or exceed the Trailing Max Drawdown

| | $30K | $50K | $100K | $150K |
|---|---|---|---|---|
| Starting Balance | $30K | $50K | $100K | $150K |
| Max Position Size | 3 Lot | 5 Lot | 10 Lot | 15 Lot |
| Daily Loss Limit | $500 | $1,000 | $2,000 | $3,000 |
| Max Drawdown | $1,500 | $2,000 | $3,000 | $4,500 |
| Profit Target | $1,500 | $3,000 | $6,000 | $9,000 |
| Price Per Month | $150 | $165 | $325 | $375 |

OneUp's Rules & Parameters (Help Page)

TST's Trading Combine®Rules (Help Page)

1

## Trading Combine® Rules

- Trade a minimum of 10 days
- Only trade during permitted times
- Do not hit or exceed the Daily Loss Limit
- Do not allow your Account Balance to hit or exceed the Trailing Max Drawdown

## Trading Combine® Parameters

If you adhere to the rules, and meet the profit target, you'll advance to Funded Trader Preparation™. Upon successful completion of Funded Trader Preparation, you're guaranteed a Funded Account™.

### What are the rules of the Evaluation?

You have to meet a certain profit target during the evaluation period, but you also have to demonstrate that you have proper risk management and trading skills during the process.

– Trade a minimum of **15 days**
– Trade permitted **products and times**
– Do not hit or exceed the **Daily Loss Limit**
– Do not allow the Account Balance to hit or exceed the **Trailing Drawdown**
– Adhere to the **Max Position Size**
– Hit or Exceed the **Profit Target**

| | 3 Lots | 6 Lots | 12 Lots | 15 Lots | 25 Lots |
|---|---|---|---|---|---|
| Funded Account | $25,000 | $50,000 | $100,000 | $150,000 | $250,000 |
| Max Position Size | 3 Lots | 6 Lots | 12 Lots | 15 Lots | 25 Lots |
| Daily Loss Limit | $500 | $1,250 | $2,500 | $4,000 | $5,000 |
| Max Drawdown | $1,500 | $2,500 | $3,500 | $5,000 | $5,500 |
| Profit Target | $1,500 | $3,000 | $6,000 | $9,000 | $15,000 |

Was this article helpful? Yes / No, I want to contact support



| | $30K | $50K | $100K | $150K |
|---|---|---|---|---|
| Starting Balance | $30K | $50K | $100K | $150K |
| Max Position Size | 3 Lot | 5 Lot | 10 Lot | 15 Lot |
| Daily Loss Limit | $500 | $1,000 | $2,000 | $3,000 |
| Max Drawdown | $1,500 | $2,000 | $3,000 | $4,500 |
| Profit Target | $1,500 | $3,000 | $6,000 | $9,000 |
| Price Per Month | $150 | $165 | $325 | $375 |
| | Get Started | Get Started | Get Started | Get Started |

OneUp's Evaluation Rules (Help Page)

TST's Trading Combine® Parameters (Help Page)

2



3. Can I reset my account?

Enter a question, keywo

## Can I reset my account?

You may reset your account at anytime for $100. Simply login to your dashboard and click Reset My Account and you're all set. You can also start a new trial membership and entirely new account. Account resets are processed after Market Close (3:00 PM CST) and take effect at start of next trading day (5:00 PM CST)

Was this article helpful? Yes / No, I want to contact support

# TOPSTEPTRADER

☰ Sign in

TopstepTrader > Dashboard > FAQ

🔍 Search

Articles in this section ⌄

# How do I reset my account?

You may reset your Trading Combine at any time for $100 by clicking on the "Reset Account" button on your Trade Report. This will reset your starting balance and rules, but will not affect your monthly billing schedule.

Ⓕ Ⓣ Ⓛ Ⓖ⁺

Have more questions? Submit a request

OneUp's Reset FAQ (Help Page)          TST's Reset FAQ (Help Page)

3

Enter the Evaluation and you will have as many days to reach the objective.

Upon successful completion of the Evaluation, you will be funded by our funding partners with the same Account Balance and Max Drawdown as the Evaluation you successfully completed.

| Select Your Account | 3 Lots | 6 Lots | 12 Lots |
|---|---|---|---|
| | **$25,000** | **$50,000** | **$100,000** |
| Max Position Size | 3 Lots | 6 Lots | 12 Lots |
| Daily Loss Limit | $500 | $1,250 | $2,500 |
| Max Drawdown | $1,500 | $2,500 | $3,500 |
| Profit Target | $1,500 | $3,000 | $6,000 |
| Monthly Price | $125 | $150 | $300 |

Enter the Trading Combine and you will have as many days as you need to reach the objective (below). The Trading Combine subscription cost recurs monthly from the sign up date, until the objective is met or the account is canceled.

You may reset this account at any time for $100 by clicking on the "Reset" button on your Trade Report. This will reset your starting balance and rules, but will not change your monthly billing date.

You will be funded with the same Daily Loss Limit and Max Drawdown as the Trading Combine you successfully complete.

| | | | | |
|---|---|---|---|---|
| Starting Balance ⓘ | **$30K** | $50K | $100K | $150K |
| Max Position Size ⓘ | 3 Lot | 5 Lot | 10 Lot | 15 Lot |
| Daily Loss Limit ⓘ | $500 | $1,000 | $2,000 | $3,000 |
| Max Drawdown ⓘ | $1,500 | $2,000 | $3,000 | $4,500 |
| Profit Target ⓘ | $1,500 | $3,000 | $6,000 | $9,000 |
| Price Per Month ⓘ | $150 | $165 | $325 | $375 |

OneUp's Description of its Evaluation (How it Works Page)

TST's Description of its Trading Combine® (Learn How Page)

Trade a minimum of 15 days

Trade permitted Products and Times

Do not allow your Account Balance to hit or exceed the Trailing Drawdown

Hit or exceed Profit Target

✔ Trade a minimum of 10 days

✔ Only trade during permitted times

✔ Do not hit or exceed the Daily Loss Limit

✔ Do not allow your Account Balance to hit or exceed the Trailing Max Drawdown

＋

Profit Target
$1,500

OneUp's Rules for its Evaluation (How it Works Page)

TST's Rules for its Trading Combine® (Learn How Page)

5