# EXHIBIT G



COPYRIGHT HOME
Home | 🛒 | My Profile | Help | Contact Us | Log Out



**Case Summary:**

| | | | |
|---|---|---|---|
| Case #: 1-5001234481 | Type of Case: Literary Work | Opened: 4/28/2017 | |
| Title: www.topsteptrader.com | | Contact Name: Brian Noack | |
| Fee Due: 55.00 | Service Fee Paid: 55.00 | Claim Status: Pending | |

**Submit Your Work(s)**

To complete your submission, please submit the required copy(ies) of your work. You may (1) upload electronic files if the work meets the requirements; otherwise, you must (2) send the work by mail (do not do both).

(1) Upload your work(s): Please perform the following steps for the case(s) in the table below.
**Step 1:** Click the "Select files to upload" button. Using your computer's browser, select your files for the corresponding work then click the "Start upload" button.
**Step 2:** After uploading all files for this work, click the corresponding "Complete Your Submission" button. Files cannot be uploaded later than 5 days after your first file is received.
**Please note:** Files cannot be returned or deleted once uploaded. To avoid delays and/or a later effective date of registration, please verify the following before uploading a copy of your work(s):

- It is a category of work that may be uploaded
- It is an acceptable file type
- It is an acceptable file size

**Upload Your Work(s)**

◁ 1 - 1 of 1 ▷

| Case Details | Step 1: Select & Upload Files | Step 2: Complete Your Submission |
|---|---|---|
| Case #: 1-5001234481<br>Title: www.topsteptrader.com<br>Volume:<br>Number:<br>Issue Date:<br>Type of Work: Literary Work | | Claim submission completed; no further action required<br>Click here for more information<br>View Uploaded File Names |

**Updates**

◁ 1 - 1 of 1 ▷

| Comments | Activity Type | Status | Created |
|---|---|---|---|
| Submitted by BTNOACK on 04/28/2017 | Upload Deposit | Received | 4/28/2017 02:27:48 PM |