# EXHIBIT H

**Generated on:** This page was generated by TSDR on 2017-06-18 21:33:20 EDT

**Mark:** ONEUP TRADER

ONEUP TRADER

| | | | |
|---|---|---|---|
| **US Serial Number:** | 87091783 | **Application Filing Date:** | Jul. 01, 2016 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |

**Status:** Notice of Allowance (NOA) sent (issued) to the applicant. Applicant must file a Statement of Use or Extension Request within six months of the NOA issuance date.

**Status Date:** Jan. 31, 2017

**Publication Date:** Dec. 06, 2016      **Notice of Allowance Date:** Jan. 31, 2017

## Mark Information

**Mark Literal Elements:** ONEUP TRADER

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

**Disclaimer:** "TRADER"

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Personnel placement and recruiting services, namely, scouting and evaluation of traders for financial instruments trading positions and placing traders in a simulated environment to trade various financial instruments to determine trading performance skills

**International Class(es):** 035 - Primary Class      **U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No | **Amended Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes | **Amended ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No | **Amended 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No | **Amended 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No | | |
| **Filed No Basis:** | No | **Currently No Basis:** | No | | |

## Current Owner(s) Information

**Owner Name:** OneUp Trader Ltd

**Owner Address:** Mel, Metaxaki, 1A
Limassol 3100
CYPRUS

**Legal Entity Type:** CORPORATION      **State or Country** CYPRUS

**Where Organized:**

# Attorney/Correspondence Information

**Attorney of Record - None**

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | SATTAM ALSABAH |
| | ONEUP TRADER LTD |
| | MEL, METAXAKI, 1A |
| | LIMASSOL 3100 |
| | CYPRUS |
| **Phone:** | 0035725725666 |
| **Correspondent e-mail:** | info@oneuptrader.com |

| | |
|---|---|
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jan. 31, 2017 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Dec. 06, 2016 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Dec. 06, 2016 | PUBLISHED FOR OPPOSITION | |
| Nov. 16, 2016 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Nov. 03, 2016 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 73797 |
| Oct. 30, 2016 | ASSIGNED TO LIE | 73797 |
| Oct. 18, 2016 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Oct. 17, 2016 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Oct. 17, 2016 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Oct. 17, 2016 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Oct. 17, 2016 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Oct. 17, 2016 | NON-FINAL ACTION E-MAILED | 6325 |
| Oct. 17, 2016 | NON-FINAL ACTION WRITTEN | 88578 |
| Oct. 11, 2016 | ASSIGNED TO EXAMINER | 88578 |
| Jul. 07, 2016 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jul. 05, 2016 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

**TM Staff Information**

| | | | |
|---|---|---|---|
| **TM Attorney:** | KUYKENDALL, LYNDSEY | **Law Office Assigned:** | LAW OFFICE 124 |

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | INTENT TO USE SECTION | **Date in Location:** | Jan. 31, 2017 |

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Tuesday, January 31, 2017 00:09 AM |
| **To:** | info@oneuptrader.com |
| **Subject:** | Official USPTO Notice of Allowance: U.S. Trademark SN 87091783: ONEUP TRADER |

NOTICE OF ALLOWANCE (NOA)

ISSUE DATE: Jan 31, 2017

**U.S. Serial Number:** 87091783
**Mark:** ONEUP TRADER
**Docket/Reference Number:**

**No opposition was filed for this published application. The issue date of this NOA establishes the due date for the filing of a Statement of Use (SOU) or a Request for Extension of Time to file a Statement of Use (Extension Request). WARNING: An SOU that meets all legal requirements must be filed before a registration certificate can issue. Please read below for important information regarding the applicant's pending six (6) month deadline.**

**SIX (6)-MONTH DEADLINE: Applicant has six (6) MONTHS from the NOA issue date to file either:**
-   An SOU, if the applicant is using the mark in commerce (required even if the applicant was using the mark at the time of filing the application, if use basis was not specified originally); **OR**
-   An Extension Request, if the applicant is not yet using the mark in commerce. If an Extension Request is filed, a new request must be filed every six (6) months until the SOU is filed. The applicant may file a total of five (5) extension requests. **WARNING:** An SOU may **not** be filed more than thirty-six (36) months from when the NOA issued. The deadline for filing is always calculated from the issue date of the NOA.

**How to file SOU and/or Extension Request:**
Use the Trademark Electronic Application System (TEAS). Do **NOT** reply to this e-mail, as e-mailed filings will **NOT** be processed. Both the SOU and Extension Request have many legal requirements, including fees and verified statements; therefore, please use the USPTO forms available online at https://www.uspto.gov/trademarks-application-process/filing-online (under the "INTENT-TO-USE (ITU) FORMS" category) to avoid the possible omission of required information. If you have questions about this notice, please contact the Trademark Assistance Center at 1-800-786-9199.

For information on how to (1) divide an application; (2) delete goods/services (or entire class) with a Section 1(b) basis; or (3) change filing basis, see https://www.uspto.gov/trademarks-getting-started/process-overview/additional-information-post-notice-allowance-process.

**FAILURE TO FILE A REQUIRED DOCUMENT OUTLINED ABOVE DURING THE APPROPRIATE TIME PERIOD WILL RESULT IN THE ABANDONMENT OF THIS APPLICATION.**

**REVIEW APPLICATION INFORMATION FOR ACCURACY**

If you believe this NOA should not have issued or correction of the information shown below is needed, you must submit a request to the Intent-to-Use Unit. Please use the "Post-Publication Amendment" form under the "POST-APPROVAL/PUBLICATION/POST NOTICE OF ALLOWANCE (NOA) AMENDMENT FORMS" category, available at https://www.uspto.gov/trademarks-application-process/filing-online/post-approvalpublicationpost-notice-allowance-noa. Do **NOT** reply to this e-mail, as e-mailed filings will NOT be processed.

| | |
|---|---|
| **Serial Number:** | 87091783 |
| **Mark:** | ONEUP TRADER |
| **Docket/Reference Number:** | |
| **Owner:** | OneUp Trader Ltd |
| | Mel, Metaxaki, 1A |
| | Limassol , CYPRUS  3100 |
| **Correspondence Address:** | SATTAM ALSABAH; ONEUP TRADER LTD |
| | MEL, METAXAKI, 1A |
| | LIMASSOL |
| | 3100 |
| | CYPRUS |

**This application has the following bases, but not necessarily for all listed goods/services:**
Section 1(a): NO          Section 1(b): YES          Section 44(e): NO

**GOODS/SERVICES BY INTERNATIONAL CLASS**

035 -    Personnel placement and recruiting services, namely, scouting and evaluation of traders for financial instruments trading positions and placing traders in a simulated environment to trade various financial instruments to determine trading performance skills -- FIRST USE DATE: NONE; -- USE IN COMMERCE DATE: NONE

**ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED.**

**Appropriate Specimens for Goods and/or Services:** A trademark specimen should be a label, tag, or container for the goods, or a display associated with the goods. See TMEP §§904.03 et seq. A service mark specimen should be an advertisement, sign, brochure, website printout or other image that shows the mark used in the actual sale or advertising of the services. See TMEP §§1301.04 et seq. For an instructional video on what is an appropriate trademark or service mark specimen for a good and/or service, click here.

**Fraudulent statements may result in registration being cancelled:** Applicants must ensure that statements made in filings to the USPTO are accurate, as inaccuracies may result in the cancellation of any issued trademark registration. The lack of a bona fide intention to use the mark with ALL goods and/or services listed in an application or the lack of actual use on all goods and/or services for which use is claimed could jeopardize the validity of the registration, possibly resulting in its cancellation.

**Additional information:** For information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov or call the Trademark Assistance Center at 1-800-786-9199.

**Checking status:** To check the status of this application, go to https://tsdr.uspto.gov/#caseNumber=87091783&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch  or contact the Trademark Assistance Center at 1-800-786-9199.  Please check the status of any application at least every three (3) months after the application filing date.

To view this notice and other documents for this application on-line, go to https://tsdr.uspto.gov/#caseNumber=87091783&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch.  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Tuesday, December 6, 2016 00:51 AM |
| **To:** | info@oneuptrader.com |
| **Subject:** | Official USPTO Notice of Publication Confirmation: U.S. Trademark SN 87091783: ONEUP TRADER |

## *TRADEMARK OFFICIAL GAZETTE* PUBLICATION CONFIRMATION

**U.S. Serial Number:** 87091783
**Mark:** ONEUP TRADER
**International Class(es):** 035
**Owner:** OneUp Trader Ltd
**Docket/Reference Number:**

The mark identified above has been published in the Trademark Official Gazette (TMOG) on Dec 06, 2016.

**To Review the Mark in the TMOG:**

Click on the following link or paste the URL into an internet browser: https://tmog.uspto.gov/#issueDate=2016-12-06&serialNumber=87091783

On the publication date or shortly thereafter, the applicant should carefully review the information that appears in the TMOG for accuracy. If any information is incorrect due to USPTO error, the applicant should immediately email the requested correction to TMPostPubQuery@uspto.gov. For applicant corrections or amendments after publication, please file a post publication amendment using the form available at http://teasroa.uspto.gov/ppa/. For general information about this notice, please contact the Trademark Assistance Center at 1-800-786-9199.

**Significance of Publication for Opposition:**

*   Any party who believes it will be damaged by the registration of the mark may file a notice of opposition (or extension of time therefor) with the Trademark Trial and Appeal Board. If no party files an opposition or extension request within thirty (30) days after the publication date, then eleven (11) weeks after the publication date a notice of allowance (NOA) should issue. (Note: The applicant must file a complete Statement of Use or Extension Request with the required fees within six (6) months after the NOA issues to avoid abandonment of the application.)

To check the status of the application, go to http://tsdr.uspto.gov/#caseNumber=87091783&caseType=SERIAL_NO&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199. Please check the status of the application at least every three (3) months after the application filing date.

To view this notice and other documents for this application on-line, go to http://tsdr.uspto.gov/#caseNumber=87091783&caseType=SERIAL_NO&searchType=documentSearch. NOTE: This notice will only become available on-line the next business day after receipt of this e-mail.

 UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA  22313-1451
www.uspto.gov

Nov 16, 2016

# NOTICE OF PUBLICATION

1.  Serial No.:
    87-091,783

2.  Mark:
    ONEUP TRADER
    (STANDARD CHARACTER MARK)

3.  International Class(es):
    35

4.  Publication Date:
    Dec 6, 2016

5.  Applicant:
    OneUp Trader Ltd

The mark of the application identified appears to be entitled to registration. The mark will, in accordance with Section 12(a) of the Trademark Act of 1946, as amended, be published in the *Official Gazette* on the date indicated above for the purpose of opposition by any person who believes he will be damaged by the registration of the mark. If no opposition is filed within the time specified by Section 13(a) of the Statute or by rules 2.101 or 2.102 of the Trademark Rules, the Commissioner of Patents and Trademarks may issue a notice of allowance pursuant to section 13(b) of the Statute.

Copies of the trademark portion of the *Official Gazette* containing the publication of the mark may be obtained from:

The Superintendent of Documents
U.S. Government Printing Office
PO Box 371954
Pittsburgh, PA 15250-7954
Phone: 202-512-1800

By direction of the Commissioner.

**Email Address(es):**

info@oneuptrader.com

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Wednesday, November 16, 2016 04:16 AM |
| **To:** | info@oneuptrader.com |
| **Subject:** | Official USPTO Notification of Notice of Publication: U.S. Trademark SN 87091783: ONEUP TRADER |

<u>NOTIFICATION OF "NOTICE OF PUBLICATION"</u>

Your trademark application (Serial No. 87091783) is scheduled to publish in the *Official Gazette* on Dec 6, 2016 . To preview the Notice of Publication, go to <u>http://tdr.uspto.gov/search.action?sn=87091783</u>. If you have difficulty accessing the Notice of Publication, contact <u>TDR@uspto.gov</u>.

**PLEASE NOTE:**
1. The Notice of Publication may not be immediately available but will be viewable within 24 hours of this e-mail notification.
2. You will receive a second e-mail on the actual "Publication Date," which will include a link to the issue of the *Official Gazette* in which the mark has published.

Do NOT hit "Reply" to this e-mail notification. If you have any questions about the content of the Notice of Publication, contact <u>TMPostPubQuery@uspto.gov</u>.

## Trademark Snap Shot Publication & Issue Review Stylesheet
(Table presents the data on Publication & Issue Review Complete)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 87091783 | FILING DATE | 07/01/2016 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | SERVICE MARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | KUYKENDALL, LYNDSEY | L.O. ASSIGNED | 102 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 11/04/2016 |
| PUB DATE | 12/06/2016 |
| STATUS | 681-PUBLICATION/ISSUE REVIEW COMPLETE |
| STATUS DATE | 11/03/2016 |
| LITERAL MARK ELEMENT | ONEUP TRADER |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | NO | 1 (a) | NO | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | YES | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | YES |
| LITERAL MARK ELEMENT | ONEUP TRADER |
| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
| COLOR DRAWING FLAG | NO |

### CURRENT OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 10-ORIGINAL APPLICANT |
| NAME | OneUp Trader Ltd |
| ADDRESS | Mel, Metaxaki, 1A<br>Limassol, 3100 |
| ENTITY | 03-CORPORATION |

| CITIZENSHIP | Cyprus |
|---|---|

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 035 |
|---|---|
| DESCRIPTION TEXT | Personnel placement and recruiting services, namely, scouting and evaluation of traders for financial instruments trading positions and placing traders in a simulated environment to trade various financial instruments to determine trading performance skills |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 035 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| DISCLAIMER W/PREDETER TXT | "TRADER" |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 11/03/2016 | PREV | O | LAW OFFICE PUBLICATION REVIEW COMPLETED | 012 |
| 10/30/2016 | ALIE | A | ASSIGNED TO LIE | 011 |
| 10/18/2016 | CNSA | P | APPROVED FOR PUB - PRINCIPAL REGISTER | 010 |
| 10/17/2016 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 009 |
| 10/17/2016 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 008 |
| 10/17/2016 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 007 |
| 10/17/2016 | GNRN | O | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 006 |
| 10/17/2016 | GNRT | F | NON-FINAL ACTION E-MAILED | 005 |
| 10/17/2016 | CNRT | R | NON-FINAL ACTION WRITTEN | 004 |
| 10/11/2016 | DOCK | D | ASSIGNED TO EXAMINER | 003 |
| 07/07/2016 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 07/05/2016 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | NONE |
|---|---|
| CORRESPONDENCE ADDRESS | SATTAM ALSABAH; ONEUP TRADER LTD<br>MEL, METAXAKI, 1A<br>LIMASSOL<br>3100<br>CYPRUS |
| DOMESTIC REPRESENTATIVE | NONE |

# ONEUP TRADER

## Trademark Snap Shot Publication Stylesheet
(Table presents the data on Publication Approval)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 87091783 | FILING DATE | 07/01/2016 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | SERVICE MARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | KUYKENDALL, LYNDSEY | L.O. ASSIGNED | 102 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 10/19/2016 |
| PUB DATE | N/A |
| STATUS | 680-APPROVED FOR PUBLICATON |
| STATUS DATE | 10/18/2016 |
| LITERAL MARK ELEMENT | ONEUP TRADER |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | NO | 1 (a) | NO | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | YES | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | YES |
| LITERAL MARK ELEMENT | ONEUP TRADER |
| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
| COLOR DRAWING FLAG | NO |

### CURRENT OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 10-ORIGINAL APPLICANT |
| NAME | OneUp Trader Ltd |
| ADDRESS | Mel, Metaxaki, 1A<br>Limassol, 3100 |
| ENTITY | 03-CORPORATION |

| CITIZENSHIP | Cyprus |
|---|---|

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 035 |
|---|---|
| DESCRIPTION TEXT | Personnel placement and recruiting services, namely, scouting and evaluation of traders for financial instruments trading positions and placing traders in a simulated environment to trade various financial instruments to determine trading performance skills |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 035 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| DISCLAIMER W/PREDETER TXT | "TRADER" |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 10/18/2016 | CNSA | P | APPROVED FOR PUB - PRINCIPAL REGISTER | 010 |
| 10/17/2016 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 009 |
| 10/17/2016 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 008 |
| 10/17/2016 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 007 |
| 10/17/2016 | GNRN | O | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 006 |
| 10/17/2016 | GNRT | F | NON-FINAL ACTION E-MAILED | 005 |
| 10/17/2016 | CNRT | R | NON-FINAL ACTION WRITTEN | 004 |
| 10/11/2016 | DOCK | D | ASSIGNED TO EXAMINER | 003 |
| 07/07/2016 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 07/05/2016 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | NONE |
|---|---|
| CORRESPONDENCE ADDRESS | SATTAM ALSABAH; ONEUP TRADER LTD<br>MEL, METAXAKI, 1A<br>LIMASSOL<br>3100<br>CYPRUS |
| DOMESTIC REPRESENTATIVE | NONE |

# ONEUP TRADER

## Trademark Snap Shot Amendment & Mail Processing Stylesheet
(Table presents the data on Amendment & Mail Processing Complete)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 87091783 | FILING DATE | 07/01/2016 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | SERVICE MARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | KUYKENDALL, LYNDSEY | L.O. ASSIGNED | 102 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 10/18/2016 |
| PUB DATE | N/A |
| STATUS | 661-RESPONSE AFTER NON-FINAL-ACTION-ENTERED |
| STATUS DATE | 10/17/2016 |
| LITERAL MARK ELEMENT | ONEUP TRADER |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | NO | 1 (a) | NO | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | YES | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | YES |
| LITERAL MARK ELEMENT | ONEUP TRADER |
| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
| COLOR DRAWING FLAG | NO |

### CURRENT OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 10-ORIGINAL APPLICANT |
| NAME | OneUp Trader Ltd |
| ADDRESS | Mel, Metaxaki, 1A<br>Limassol, 3100 |
| ENTITY | 03-CORPORATION |

| CITIZENSHIP | Cyprus |
|---|---|

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 035 |
|---|---|
| DESCRIPTION TEXT | Personnel placement and recruiting services, namely, scouting and evaluation of traders for financial instruments trading positions and placing traders in a simulated environment to trade various financial instruments to determine trading performance skills |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 035 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| DISCLAIMER W/PREDETER TXT | "TRADER" |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 10/17/2016 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 009 |
| 10/17/2016 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 008 |
| 10/17/2016 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 007 |
| 10/17/2016 | GNRN | O | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 006 |
| 10/17/2016 | GNRT | F | NON-FINAL ACTION E-MAILED | 005 |
| 10/17/2016 | CNRT | R | NON-FINAL ACTION WRITTEN | 004 |
| 10/11/2016 | DOCK | D | ASSIGNED TO EXAMINER | 003 |
| 07/07/2016 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 07/05/2016 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | NONE |
|---|---|
| CORRESPONDENCE ADDRESS | SATTAM ALSABAH; ONEUP TRADER LTD<br>MEL, METAXAKI, 1A<br>LIMASSOL<br>3100<br>CYPRUS |
| DOMESTIC REPRESENTATIVE | NONE |

# ONEUP TRADER

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1957 (Rev 10/2011)
OMB No. 0651-0050 (Exp 07/31/2017)

# Response to Office Action

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 87091783 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 102 |
| **MARK SECTION** | |
| MARK | http://tmng-al.uspto.gov/resting2/api/img/87091783/large |
| LITERAL ELEMENT | ONEUP TRADER |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size or color. |
| **ADDITIONAL STATEMENTS SECTION** | |
| DISCLAIMER | No claim is made to the exclusive right to use "TRADER" apart from the mark as shown. |
| **SIGNATURE SECTION** | |
| RESPONSE SIGNATURE | /SATTAM ALSABAH/ |
| SIGNATORY'S NAME | SATTAM ALSABAH |
| SIGNATORY'S POSITION | DIRECTOR |
| DATE SIGNED | 10/17/2016 |
| AUTHORIZED SIGNATORY | YES |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Mon Oct 17 13:30:44 EDT 2016 |
| TEAS STAMP | USPTO/ROA-XX.XXX.XXX.XX-2 0161017133044778884-87091 783-57063c1b3bc9559ad66f2 4057be3dafca6540c14fb8fc3 24af6f2bfe4d851e5-N/A-N/A -20161017132836890770 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1957 (Rev 10/2011)
OMB No. 0651-0050 (Exp 07/31/2017)

# Response to Office Action

## To the Commissioner for Trademarks:

Application serial no. **87091783** ONEUP TRADER(Standard Characters, see http://tmng-al.uspto.gov/resting2/api/img/87091783/large) has been

amended as follows:

**ADDITIONAL STATEMENTS**
**Disclaimer**
No claim is made to the exclusive right to use "TRADER" apart from the mark as shown.


**SIGNATURE(S)**
**Response Signature**
Signature: /SATTAM ALSABAH/     Date: 10/17/2016
Signatory's Name: SATTAM ALSABAH
Signatory's Position: DIRECTOR

The signatory has confirmed that he/she is not represented by either an authorized attorney or Canadian attorney/agent, and that he/she is either: (1) the owner/holder ; or (2) a person(s) with legal authority to bind the owner/holder; and if an authorized U.S. attorney or Canadian attorney/agent previously represented him/her in this matter, either he/she has filed a signed revocation of power of attorney with the USPTO or the USPTO has granted the request of his/her prior representative to withdraw.


Serial Number: 87091783
Internet Transmission Date: Mon Oct 17 13:30:44 EDT 2016
TEAS Stamp: USPTO/ROA-XX.XXX.XXX.XX-2016101713304477
8884-87091783-57063c1b3bc9559ad66f24057b
e3dafca6540c14fb8fc324af6f2bfe4d851e5-N/
A-N/A-20161017132836890770

| | |
|---|---|
| **To:** | OneUp Trader Ltd (info@oneuptrader.com) |
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 87091783 - ONEUP TRADER - N/A |
| **Sent:** | 10/17/2016 11:45:37 AM |
| **Sent As:** | ECOM102@USPTO.GOV |
| **Attachments:** | Attachment - 1 |
| | Attachment - 2 |
| | Attachment - 3 |
| | Attachment - 4 |
| | Attachment - 5 |
| | Attachment - 6 |
| | Attachment - 7 |
| | Attachment - 8 |
| | Attachment - 9 |
| | Attachment - 10 |

**UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)**
**OFFICE ACTION (OFFICIAL LETTER) ABOUT APPLICANT'S TRADEMARK APPLICATION**

**U.S. APPLICATION SERIAL NO.** 87091783

**MARK:** ONEUP TRADER

**\*87091783\***

**CORRESPONDENT ADDRESS:**
    SATTAM ALSABAH; ONEUP TRADER LTD
    MEL, METAXAKI, 1A
    LIMASSOL
    3100
    CYPRUS

**CLICK HERE TO RESPOND TO THIS LETTER:**
http://www.uspto.gov/trademarks/teas/response_forms.jsp

VIEW YOUR APPLICATION FILE

**APPLICANT:** OneUp Trader Ltd

**CORRESPONDENT'S REFERENCE/DOCKET NO :**
    N/A
**CORRESPONDENT E-MAIL ADDRESS:**
    info@oneuptrader.com

# OFFICE ACTION

## STRICT DEADLINE TO RESPOND TO THIS LETTER

TO AVOID ABANDONMENT OF APPLICANT'S TRADEMARK APPLICATION, THE USPTO MUST RECEIVE APPLICANT'S COMPLETE RESPONSE TO THIS LETTER **WITHIN 6 MONTHS** OF THE ISSUE/MAILING DATE BELOW.

**ISSUE/MAILING DATE: 10/17/2016**

The referenced application has been reviewed by the assigned trademark examining attorney.  Applicant must respond timely and completely to the issue(s) below.  15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

**Search Results - No Conflicting Marks Found**

The trademark examining attorney has searched the Office's  database of registered and pending marks and has found no conflicting marks that would bar registration under Trademark Act Section 2(d).  TMEP §704.02; *see* 15 U.S.C. §1052(d).

**Disclaimer**

Applicant must disclaim the wording "TRADER" because it merely describes an ingredient, quality, characteristic, function, feature, purpose, or use of applicant's goods and/or services, and thus is an unregistrable component of the mark. *See* 15 U.S.C. §§1052(e)(1), 1056(a); *DuoProSS Meditech Corp*. *v*. *Inviro Med*. *Devices, Ltd*., 695 F.3d 1247, 1251, 103 USPQ2d 1753, 1755 (Fed. Cir. 2012) (quoting *In re Oppedahl & Larson LLP*, 373 F.3d 1171, 1173, 71 USPQ2d 1370, 1371 (Fed. Cir. 2004)); TMEP §§1213, 1213.03(a).

The attached evidence from the *Merriam-Webster Dictionary Online* shows this wording means "a person who buys and sells (as stocks or commodities futures) in search of short-term profits." Applicant offers placement services for traders. Therefore, the wording merely describes whom the services are for.

An applicant may not claim exclusive rights to terms that others may need to use to describe their goods and/or services in the marketplace. *See Dena Corp*. *v*. *Belvedere Int'l, Inc*. , 950 F.2d 1555, 1560, 21 USPQ2d 1047, 1051 (Fed. Cir. 1991); *In re Aug*. *Storck KG*, 218 USPQ 823, 825 (TTAB 1983). A disclaimer of unregistrable matter does not affect the appearance of the mark; that is, a disclaimer does not physically remove the disclaimed matter from the mark. *See Schwarzkopf v*. *John H*. *Breck, Inc*., 340 F.2d 978, 978, 144 USPQ 433, 433 (C.C.P.A. 1965); TMEP §1213.

If applicant does not provide the required disclaimer, the USPTO may refuse to register the entire mark. *See In re Stereotaxis Inc*., 429 F.3d 1039, 1040-41, 77 USPQ2d 1087, 1088-89 (Fed. Cir. 2005); TMEP §1213.01(b).

Applicant should submit a disclaimer in the following standardized format:

**No claim is made to the exclusive right to use "TRADER" apart from the mark as shown.**

For an overview of disclaimers and instructions on how to satisfy this disclaimer requirement online using the Trademark Electronic Application System (TEAS) form, please go to http://www.uspto.gov/trademarks/law/disclaimer.jsp.

**Assistance**

**Applicant is encouraged to e-mail the assigned trademark examining attorney to resolve the issues raised in this Office action by examiner's amendment.** Although the USPTO will not accept a formal response by e-mail, an applicant may communicate informally by phone or e-mail with the trademark examining attorney to agree to a proposed amendment to the application that will immediately place the application in condition for publication for opposition, issuance of a registration, or suspension. *See* 37 C.F.R. §2.62(c); TMEP §707.

For this application to proceed further, applicant must explicitly address each refusal and/or requirement raised in this Office action. If the action includes a refusal, applicant may provide arguments and/or evidence as to why the refusal should be withdrawn and the mark should register. Applicant may also have other options for responding to a refusal and should consider such options carefully. To respond to requirements and certain refusal response options, applicant should set forth in writing the required changes or statements. For more information and general tips on responding to USPTO Office actions, response options, and how to file a response online, see "Responding to Office Actions" on the USPTO's website.

If applicant does not respond to this Office action within six months of the issue/mailing date, or responds by expressly abandoning the application, the application process will end and the trademark will fail to register. *See* 15 U.S.C. §1062(b); 37 C.F.R. §§2.65(a), 2.68(a); TMEP §§718.01, 718.02. Additionally, the USPTO will not refund the application filing fee, which is a required processing fee. *See* 37 C.F.R. §§2.6(a)(1)(i)-(iv), 2.209(a); TMEP §405.04.

Where the application has been abandoned for failure to respond to an Office action, applicant's only option would be to file a timely petition to revive the application, which, if granted, would allow the application to return to active status. *See* 37 C.F.R. §2.66; TMEP §1714. There is a $100 fee for such petitions. *See* 37 C.F.R. §§2.6, 2.66(b)(1).

All relevant e-mail communications will be placed in the official application record; however, an e-mail communication will not be accepted as a response to this Office action and will not extend the deadline for filing a proper response. *See* 37 C.F.R. §2.191; TMEP §§304.01-.02, 709.04-.05. Further, although the trademark examining attorney may provide additional explanation pertaining to the refusal(s) and/or requirement(s) in this Office action, the trademark examining attorney may not provide legal advice or statements about applicant's rights. *See* TMEP §§705.02, 709.06.

**TEAS PLUS OR TEAS REDUCED FEE (TEAS RF) APPLICANTS – TO MAINTAIN LOWER FEE, ADDITIONAL REQUIREMENTS MUST BE MET, INCLUDING SUBMITTING DOCUMENTS ONLINE:** Applicants who filed their application online using the lower-fee TEAS Plus or TEAS RF application form must (1) file certain documents online using TEAS, including responses to

Office actions (see TMEP §§819.02(b), 820.02(b) for a complete list of these documents); (2) maintain a valid e-mail correspondence address; and (3) agree to receive correspondence from the USPTO by e-mail throughout the prosecution of the application. *See* 37 C.F.R. §§2.22(b), 2.23(b); TMEP §§819, 820. TEAS Plus or TEAS RF applicants who do not meet these requirements must submit an additional processing fee of $50 per international class of goods and/or services. 37 C.F.R. §§2.6(a)(1)(v), 2.22(c), 2.23(c); TMEP §§819.04, 820.04. However, in certain situations, TEAS Plus or TEAS RF applicants may respond to an Office action by authorizing an examiner's amendment by telephone without incurring this additional fee.

/Lyndsey Kuykendall, Esq./
Examining Attorney
Law Office 102
571-272-5995
Lyndsey.Kuykendall@uspto.gov

**TO RESPOND TO THIS LETTER:** Go to http://www.uspto.gov/trademarks/teas/response_forms.jsp. Please wait 48-72 hours from the issue/mailing date before using the Trademark Electronic Application System (TEAS), to allow for necessary system updates of the application. For *technical* assistance with online forms, e-mail TEAS@uspto.gov. For questions about the Office action itself, please contact the assigned trademark examining attorney. **E-mail communications will not be accepted as responses to Office actions; therefore, do not respond to this Office action by e-mail.**

**All informal e-mail communications relevant to this application will be placed in the official application record.**

**WHO MUST SIGN THE RESPONSE:** It must be personally signed by an individual applicant or someone with legal authority to bind an applicant (i.e., a corporate officer, a general partner, all joint applicants). If an applicant is represented by an attorney, the attorney must sign the response.

**PERIODICALLY CHECK THE STATUS OF THE APPLICATION:** To ensure that applicant does not miss crucial deadlines or official notices, check the status of the application every three to four months using the Trademark Status and Document Retrieval (TSDR) system at http://tsdr.uspto.gov/. Please keep a copy of the TSDR status screen. If the status shows no change for more than six months, contact the Trademark Assistance Center by e-mail at TrademarkAssistanceCenter@uspto.gov or call 1-800-786-9199. For more information on checking status, see http://www.uspto.gov/trademarks/process/status/.

**TO UPDATE CORRESPONDENCE/E-MAIL ADDRESS:** Use the TEAS form at http://www.uspto.gov/trademarks/teas/correspondence.jsp.

http://www.merriam-webster.com/dictionary/trader          10/17/2016 11:42:01 AM



Follow:
GAMES
THESAURUS
WORD OF THE DAY
VIDEO
WORDS AT PLAY
FAVORITES

Merriam-Webster Logo

SINCE 1828
Menu

Dictionary

Dictionary
Thesaurus
Scrabble
Spanish Central
Learner's Dictionary

trader
An Encyclopædia Britannica Company

# trader

*noun*    trad·er    \ trā-dər\

### Simple Definition of TRADER

:
a person who buys, sells, or exchanges goods

Source: Merriam-Webster's Learner's Dictionary

### Full Definition of TRADER

*1*
  :
    a person whose business is buying and selling or barter: as
  *a*
  :
    MERCHANT
  *b*
  :

### Examples of TRADER in a sentence

She is a stock *trader*.

early explorers and fur *traders*

**First Known Use of TRADER**

1585

1585

**TRADER Synonyms**

Synonyms

dealer, merchandiser, merchant, tradesman, trafficker

## Phrases related to TRADER

**Related Phrases**

horse trader

## TRADER Defined for Kids

trader

*noun*   trad·er   \ˈtrā-dər\

**Definition of TRADER for Students**

*1*

http://www.merriam-webster.com/dictionary/trader          10/17/2016 11:42:01 AM

1    : a person who trades

2    : a ship engaged in commerce

## Learn More about TRADER

Thesaurus: All synonyms and antonyms for *trader*
Spanish Central: Translation of *trader*
Nglish: Translation of *trader* for Spanish speakers
Britannica English: Translation of *trader* for Arabic speakers

## Seen and Heard

What made you want to look up *trader*? Please tell us where you read or heard it (including the quote, if possible).



**WORD OF THE DAY**

# ab initio

from the beginning

Get Word of the Day daily email!

[                    ] **SUBSCRIBE**

**TRENDING NOW**

**satire**
Trump decries SNL "hit job," lookups...

**redneck**
Clinton described himself as a redne...

**pansexual**
"exhibiting...many forms of sexual ex...

**indigenous**
"Existing naturally in a particular reg...

**demagogic, demagogue**
"A gift to ISIS"

**SEE ALL**
**BROWSE DICTIONARY**

http://www.merriam-webster.com/dictionary/trader        10/17/2016 11:42:01 AM



trade discount

trade dollar

trade down

trade dress

**WORD GAMES**

Take a 3-minute break and test your skills!

**bellwether** comes from a word for a male sheep. Which is a synonym of **bellwether**?

trendsetter

curmudgeon

follower

alarm

Can you spell these 10 commonly misspelled words?

**TAKE THE QUIZ**

Test Your Knowledge - and

http://www.merriam-webster.com/dictionary/trader          10/17/2016 11:42:01 AM



learn some interesting things
along the way

**TAKE THE QUIZ**

WORDS AT PLAY



**The Strange History of 'Ragamuffin'**

The word is linked to two fall holidays



**'Handsome', 'Sophisticated', and 8 More Words that Changed Their Meanings**

Language evolves



**Where Does 'Hello' Come From?**

Don't answer the phone with 'ahoy'



**The History of 'Jack-O'-Lantern'**

How the jack-o'-lantern got its name

ASK THE EDITORS





irregardless

http://www.merriam-webster.com/dictionary/trader          10/17/2016 11:42:01 AM







**How to Use the Subjunctive in English**

If I were you, I'd watch this

**How Often Is 'Biweekly'?**

Don't get us started on 'bimonthly'

**Irregardless**

It is in fact a real word (but that doesn't mean you should use it).



**Weird Plurals**

One goose, two geese. One moose, two... moose. What's up

WORD GAMES





S P E L L

I T

**Words from Animals Quiz**

Sick of election news? Come look at pictures of baby animals.

**TAKE THE QUIZ**

**Words from Greek and Latin Quiz**

Finally! A use for those SAT prep classes.

**TAKE THE QUIZ**

**Spell It**

Can you spell these 10 commonly misspelled words?

**TAKE THE QUIZ**



**Word Winder's CrossWinder**

A game of winding words.

PLAY THE GAME

Learn a new word
every day. Delivered to
your inbox!

SUBSCRIBE

OTHER MERRIAM-WEBSTER DICTIONARIES

FOLLOW US

Browse the Dictionary

A
B
C
D
E
F
G
H
I
J

K
L
M
N
O
P
Q
R
S
T
U
V
W
X
Y
Z
0-9

Home ›
Help ›
Apps ›
About Us ›
Shop ›
Advertising Info ›
Dictionary API ›
About Our Ads ›
Contact Us ›
The Open Dictionary ›
Word of the Year ›
Law Dictionary ›
Medical Dictionary ›
Privacy Policy ›
Terms of Use

Browse the Thesaurus ›
Browse the Medical Dictionary ›
Browse the Legal Dictionary ›
Browse the Spanish-English Dictionary

| To: | OneUp Trader Ltd (info@oneuptrader.com) |
|---|---|
| Subject: | U.S. TRADEMARK APPLICATION NO. 87091783 - ONEUP TRADER - N/A |
| Sent: | 10/17/2016 11:45:38 AM |
| Sent As: | ECOM102@USPTO.GOV |
| Attachments: | |

## UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)

## IMPORTANT NOTICE REGARDING YOUR
## U.S. TRADEMARK APPLICATION

### USPTO OFFICE ACTION (OFFICIAL LETTER) HAS ISSUED
### ON 10/17/2016 FOR U.S. APPLICATION SERIAL NO. 87091783

Your trademark application has been reviewed. The trademark examining attorney assigned by the USPTO to your application has written an official letter to which you must respond. Please follow these steps:

**(1) READ THE LETTER** by clicking on this link or going to http://tsdr.uspto.gov/, entering your U.S. application serial number, and clicking on "Documents."

The Office action may not be immediately viewable, to allow for necessary system updates of the application, but will be available within 24 hours of this e-mail notification.

**(2) RESPOND WITHIN 6 MONTHS** (*or sooner if specified in the Office action*), calculated from 10/17/2016, using the Trademark Electronic Application System (TEAS) response form located at http://www.uspto.gov/trademarks/teas/response_forms.jsp.

**Do NOT hit "Reply" to this e-mail notification, or otherwise e-mail your response** because the USPTO does NOT accept e-mails as responses to Office actions.

**(3) QUESTIONS** about the contents of the Office action itself should be directed to the trademark examining attorney who reviewed your application, identified below.

/Lyndsey Kuykendall, Esq./
Examining Attorney
Law Office 102
571-272-5995
Lyndsey.Kuykendall@uspto.gov

## WARNING

**Failure to file the required response by the applicable response deadline will result in the ABANDONMENT of your application.** For more information regarding abandonment, see http://www.uspto.gov/trademarks/basics/abandon.jsp.

**PRIVATE COMPANY SOLICITATIONS REGARDING YOUR APPLICATION:** Private companies **not** associated with the USPTO are using information provided in trademark applications to mail or e-mail trademark-related solicitations. These companies often use names that closely resemble the USPTO and their solicitations may look like an official government document. Many solicitations require that you pay "fees."

Please carefully review all correspondence you receive regarding this application to make sure that you are responding to an official document from the USPTO rather than a private company solicitation. All official USPTO correspondence will be mailed only from the "United States Patent and Trademark Office" in Alexandria, VA; or sent by e-mail from the domain "@uspto.gov." For more information on how to handle

private company solicitations, see http://www.uspto.gov/trademarks/solicitation_warnings.jsp.

*** User:lkuykendal ***

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 51820 | N/A | 0 | 0 | 0:01 | *one* [BI,TI] not dead[LD] |
| 02 | 6458 | N/A | 0 | 0 | 0:02 | "1" [BI,TI] not dead[LD] |
| 03 | 48867 | N/A | 0 | 0 | 0:03 | *up* [BI,TI] not dead[LD] |
| 04 | 6488 | N/A | 0 | 0 | 0:02 | *trad* [BI,TI] not dead[LD] |
| 05 | 17 | 0 | 17 | 17 | 0:01 | (1 2) and 3 and 4 |
| 06 | 992 | N/A | 0 | 0 | 0:01 | (1 2) and 3 |
| 07 | 192 | 0 | 192 | 188 | 0:01 | (1 2 ) and 4 |
| 08 | 164 | 0 | 164 | 154 | 0:01 | 3 and 4 |
| 09 | 562 | N/A | 0 | 0 | 0:01 | 6 and "035" [cc] |
| 10 | 453 | N/A | 0 | 0 | 0:02 | ("one" "1" ) [BI,TI] not dead[LD] and 3 |
| 11 | 258 | 0 | 258 | 247 | 0:01 | 10 and "035" [cc] |
| 12 | 3 | 0 | 3 | 3 | 0:01 | 5 and (a b 200 "035") [ic] |
| 13 | 198 | 0 | 198 | 189 | 0:02 | 6 and (a b 200 "035") [ic] |
| 14 | 28 | 0 | 28 | 27 | 0:01 | 7 and (a b 200 "035") [ic] |
| 15 | 57 | N/A | 0 | 0 | 0:01 | 8 and (a b 200 "035") [ic] |

Session started 10/13/2016 2:53:15 PM

Session finished 10/13/2016 4:50:56 PM

Total search duration 0 minutes 21 seconds

Session duration 117 minutes 41 seconds

Defaut NEAR limit=1ADJ limit=1

Sent to TICRS as Serial Number: 87091783

# ONEUP TRADER

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 87091783**
**Filing Date: 07/01/2016**

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 87091783 |
| **MARK INFORMATION** | |
| *MARK | ONEUP TRADER |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | ONEUP TRADER |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | OneUp Trader Ltd |
| *STREET | Mel, Metaxaki, 1A |
| *CITY | Limassol |
| *COUNTRY | Cyprus |
| *ZIP/POSTAL CODE (Required for U.S. applicants) | 3100 |
| **PHONE** | 0035725725666 |
| **EMAIL ADDRESS** | info@oneuptrader.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **LEGAL ENTITY INFORMATION** | |
| **TYPE** | corporation |
| **STATE/COUNTRY OF INCORPORATION** | Cyprus |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **INTERNATIONAL CLASS** | 035 |
| *IDENTIFICATION | Personnel placement and recruiting services, namely, scouting and evaluation of traders for financial instruments trading positions and placing traders in a simulated environment to trade various financial instruments to determine trading performance skills. |
| **FILING BASIS** | SECTION 1(b) |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | Sattam Alsabah |

| FIRM NAME | OneUp Trader Ltd |
|---|---|
| STREET | Mel, Metaxaki, 1A |
| CITY | Limassol |
| COUNTRY | Cyprus |
| ZIP/POSTAL CODE | 3100 |
| PHONE | 0035725725666 |
| *EMAIL ADDRESS | info@oneuptrader.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| APPLICATION FILING OPTION | TEAS RF |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 275 |
| *TOTAL FEE DUE | 275 |
| *TOTAL FEE PAID | 275 |
| **SIGNATURE INFORMATION** | |
| SIGNATURE | /sattam alsabah/ |
| SIGNATORY'S NAME | Sattam Alsabah |
| SIGNATORY'S POSITION | President |
| SIGNATORY'S PHONE NUMBER | 0035725725666 |
| DATE SIGNED | 07/01/2016 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

## Trademark/Service Mark Application, Principal Register

**Serial Number: 87091783**
**Filing Date: 07/01/2016**

## To the Commissioner for Trademarks:

**MARK:** ONEUP TRADER (Standard Characters, see mark)
The literal element of the mark consists of ONEUP TRADER.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, OneUp Trader Ltd, a corporation of Cyprus, having an address of
    Mel, Metaxaki, 1A
    Limassol 3100
    Cyprus
    0035725725666(phone)
    info@oneuptrader.com

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

   International Class 035: Personnel placement and recruiting services, namely, scouting and evaluation of traders for financial instruments trading positions and placing traders in a simulated environment to trade various financial instruments to determine trading performance skills. Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

The applicant's current Correspondence Information:
    Sattam Alsabah
    OneUp Trader Ltd
    Mel, Metaxaki, 1A
    Limassol 3100, Cyprus
    0035725725666(phone)
    info@oneuptrader.com (authorized)

**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant or applicant's attorney at the e-mail address provided above. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in an additional processing fee of $50 per international class of goods/services.

A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).

### Declaration

The signatory believes that: if the applicant is filing the application under 15 U.S.C. § 1051(a), the applicant is the owner of the trademark/service mark sought to be registered; the applicant is using the mark in commerce on or in connection with the goods/services in the application; the specimen(s) shows the mark as used on or in connection with the goods/services in the application; and/or if the applicant filed an application under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e), the applicant is entitled to use the mark in commerce; the applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the goods/services in the application. The signatory believes that to the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive. The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /sattam alsabah/   Date: 07/01/2016
Signatory's Name: Sattam Alsabah
Signatory's Position: President
RAM Sale Number: 87091783
RAM Accounting Date: 07/05/2016

Serial Number: 87091783
Internet Transmission Date: Fri Jul 01 19:34:29 EDT 2016
TEAS Stamp: USPTO/BAS-XX.XXX.XXX.XX-2016070119342920
7125-87091783-55083d54e15341ebfe9cedeb9b
c6a1ef3329d8850c4f11727f70b051a2384b399-
CC-5765-20160701135210332754

ONEUP TRADER