# EXHIBIT I

MES Capital - Funding Traders



New Partnership Annoucement

# NEW PARTNERSHIP NEW FEATURES.

Exciting New Partnership Announcement for MES Capital & OneUp Trader.

We are pleased to announce that MES Capital has officially joined OneUp Trader. Together, we are bigger, stronger, and better positioned to provide innovative solutions, enhanced services that improve the quality of trader evaluations and funding.

OneUp Trader will provide technical, comprehensive and innovative tools to all prospective traders seeking funding and to facilitate their pursuit of financial and professional independence

With this announcement, we would like to inform you that effective December 29, 2016, MES Capital will no longer offer evaluation accounts and all future evaluations must be submitted through OneUp Trader starting April 2017.



# ONEUP TRADER NEW FEATURES

### ACCOUNT OPTIONS

Your account, your choice. Choose from a variety of trading accounts, from $25,000 to $250,000.

### SIMPLIFIED FUNDING

Fair, attainable, and simplified funding goals. No grey areas, offering the fairest seeding program in the industry



### ANALYTICS THAT MATTER

Advanced reports, performance analysis tools, so you can better adjust your trading for maximum performance

### COMMUNITY INTEGRATION

Discuss, collaborate and share ideas. Comprehend and utilise the wisdom of the trading crowd!

# LAUNCHING APRIL 2017

To learn more, visit the OneUp Trader website or get notified by Joining our mailing list



## OR

## Get Notified

First Name

Last Name

Email



VISIT ONEUP TRADER

# FAQ

|   | Will MES Capital capital provide evaluations? |

Effective December 29, 2016, MES Capital will no longer offer evaluation accounts. We partnered with OneUp Trader to bring traders an enhanced user experience with a multitude of options. All future evaluations must be submitted through OneUp Trader starting March 2017

| | I'm currently on an active evaluation, how am i affected? |
|---|---|



# ABOUT US.

Our mission is to enable driven individuals to become fully funded traders. We believe funding successful traders represent a critical foundation in the pursuit of financial and professional independence.

# FUNDED TRADERS IN:.

    

# CONTACT.

London, UK
Berkeley Square House, London, W1J6BR UK

Dubai, UAE
Jumeirah Business Center Tower, Jumeirah Lakes Towers, Dubai UAE

Email: support@mescapitalgroup.com

Copyright © 2017 MES Capital. All rights reserved. Copyright & Legal Disclaimer