# EXHIBIT J

Case: 1:17-cv-04412 Document #: 8-11 Filed: 06/20/17 Page 2 of 3 PageID #:304

Panama Offshore Leaks      Home

Search for...        Search

# Sheikh Sattam Ahmad Sabah Salem Al-Sabah

☐ Officer

**The Panama Papers data is current through 2015**

**Countries:**
Kuwait

**Source:** Panama Papers

## Connections

| From | Type | To |
|------|------|-----|
| ☐ Sheikh Sattam Ahmad Sabah Salem Al-Sabah | Shareholder of | ☐ MES CAPITAL LIMITED |
| ☐ Sheikh Sattam Ahmad Sabah Salem Al-Sabah | Registered at address | ☐ Suite 3E; Eurolife Building; 1 Corral Road; Gibraltar and 2 Rue de Jargonnant 1207; Geneva; Switzerland |
| ☐ Sheikh Sattam Ahmad Sabah Al-Salem Al-Sabah | Is similar by name and address | ☐ Sheikh Sattam Ahmad Sabah Salem Al-Sabah |

2016 © Panama Offshore Leaks Database on **PanamaDB.org**

Contact: panamadb.org@gmail.com     COMODO SECURE

Panama Offshore Leaks        Home

Search for...        Search

# MES CAPITAL LIMITED

☐ Entity

**Status:** Active

**The Panama Papers data is current through 2015**

**Countries:**
Jersey

**Source:** Panama Papers

**Address:** ATLANTIQUE (BVI) LIMITED 3RD FLOOR; 37 ESPLANADE CHANNEL ISLANDS ST. HELIER JE2 3QA; JERSEY UNITED KINGDOM

**Jurisdiction:** BVI (British Virgin Islands)

## Connections

| From | Type | To |
|------|------|-----|
| ☐ FIRST NAMES GROUP (JERSEY) | Intermediary of | ☐ MES CAPITAL LIMITED |
| ☐ SHEIKHA MARYAM NASER SABAH ALNASER ALSABAH | Shareholder of | ☐ MES CAPITAL LIMITED |
| ☐ Sheikh Sattam Ahmad Sabah Salem Al-Sabah | Shareholder of | ☐ MES CAPITAL LIMITED |
| ☐ Sheikha Eltaf Naser S N Alsabah | Shareholder of | ☐ MES CAPITAL LIMITED |