# EXHIBIT K

Forums  Members  Brokers  Software

Log in or Sign up

☐ Recent Posts

Search...

### ET NEWS & SPONSOR INFO

Announcements
Events

### GENERAL TOPICS

Trading
Journals
Wall St. News
Economics

### TRADING INSTRUMENTS

Stocks
Options
ETFs
Index Futures
Commodity Futures
Financial Futures
Forex
Cryptocurrencies

### TECHNICAL TOPICS

Order Execution
Automated Trading
Technical Analysis
Programming
Strategy Development
Risk Management
Psychology

### BROKERAGE FIRMS

Retail Brokers
Prop Firms
Forex Brokers

### TOOLS OF THE TRADE

Forums > Brokerage Firms > Prop Firms

# Beware of FuturesProfile

☐ Print

Discussion in 'Prop Firms' started by TheNotSoGreatGatsby, Oct 19, 2015.



**TheNotSoGreatGatsby**

72 Posts    26 Likes

I've recently heard of FuturesProfile and would warn you guys about the owner's shady activity.

It seems to be a competitor to TopStepTrader in that you pass a "combine" to receive a funded account. With FuturesProfile, you submit a 5 day demo "for filtration purposes" and then you trade demo for 20 days and if you pass, then you become a funded trader. There's really no information on the company so I decided to do some research.

What I found was an EliteTrader account that belongs to the owner of the website, and he seems very shady.

First off, FuturesProfile has absolutely no affiliation with MES Capital Ltd. that it shows in the picture. At least not the US based firm. The website is registered in Kuwait, as is the business name probably trying to copy the US firm.

The guy who owns the website is Sattam Alsabah. You can contact him at sattam@miseel.com

You can also Google his name and will find his EliteTrader

Trading Software
Data Sets and Feeds
Backup and Security
Hardware
Educational Resources

TRADING FOR A LIVING

Professional Trading
Taxes and Accounting

COMMUNITY LOUNGE

Chit Chat
Politics
Religion and Spirituality
Science and Technology
Philosophy and Rationality
Luxury and Lifestyle
Health and Fitness
Hook Up
Classifieds

SITE SUPPORT

Feedback

account.

http://www.elitetrader.com/et/index.php?members/sattam.489048/

His activity is nothing but shady shilling of his own company, instead of making a legitimate thread advertising it.

Here's his LinkedIn profile, claiming to be VP at BGTC, a trading and contracting company of oil and other energies in Kuwait. I've emailed them asking to confirm Sattam Alsabah's identity, but got no response.

https://kw.linkedin.com/pub/sattam-alsabah/59/41a/433

Just thought I should raise awareness on this fraudster since nobody knows much about it.

#1   Oct 19, 2015                                                Share

VPhantom and Saber like this.

Saber                                                   64           18
                                                      Posts        Likes

Do you have experience with him?
Did you do a demo with them and what was the outcome?

If this is true then he has a thread here:
http://www.elitetrader.com/et/index.php?threads/remote-prop-firms-and-trading-capital.294019/

I have even pointed this out as a great opportunity for new traders without capital.
What I do not understand is, he is not asking money so a scam I do not think it is or maybe he will ask for money at the end of the demo like deposite 3k and get 25k buying power and then just keep the 3k for himself.

I hope that there will be more feedback on this subject.

#2   Oct 19, 2015                                                Share

TheNotSoGreatGatsby                                     72           26
                                                      Posts        Likes

> **Saber said:**
>
> Do you have experience with him?
> Did you do a demo with them and what was the outcome?
>
> If this is true then he has a thread here:
> http://www.elitetrader.com/et/index.php?threads/remote-prop-firms-and-trading-capital.294019/
>
> More...

That's the point. He's shilling his own company. He's pretending he doesn't own the website and his spreading it around. Huge red flag to scammer.

#3  Oct 19, 2015                                                                 Share

### DonCorleone                                1,383 Posts    7 Likes

You will also find that Sattam started a thread on ET stating that he's been losing his shirt in the market:
http://www.elitetrader.com/et/index.php?threads/looking-for-futures-trading-mentor.292836/

He admits that he's been losing his shirt:
http://www.elitetrader.com/et/index.php?threads/looking-for-futures-trading-mentor.292836/page-2

And that he's willing to give $25k to someone to recover his trading losses: http://www.elitetrader.com/et/index.php?threads/looking-for-futures-trading-mentor.292836/page-4

Then a couple months later he claims he found this website:
http://www.elitetrader.com/et/index.php?threads/remote-prop-frim-referal.293589/page-2#post-4172693

Which just happens to be a day after the website is registered:
http://webstackray.com/www/futuresprofile.com

In the meantime, over at big mike's he's busted:
https://futures.io/vendors-product-reviews/36887-futuresprofile-owner-lies-about-his-identity.html

There is a company named MES Capital LTD, but that company is nowhere a blue chip. http://www.daytraderjobs.com/ (6th company from the top of the list currently).

The phone number listed is attached to Tysons Market LLC which is categorized under Grocery Stores (http://www.manta.com/c/mb40gz1/tysons-market-llc) and belongs to a person named Serif Sisman (https://www.linkedin.com/in/sasisman). I don't know if he's linked to Sattam but his background does not really ooze trading experience.

Notice that both Sattam's and Serif's linkedin accounts show that both attended American Univ around same time. So who knows. They might be one and the same person or two classmates that are in it together.

Good luck.

#4   Oct 20, 2015                                                    Share

VPhantom, Load_the_boat, i960 and 1 other person like this.



### trader99                                              992 Posts   40 Likes

Hmm.. Maybe what you are saying is true. But as far as the website is concerned, I don't see anything scammy.

This is the latest iteration of their website:

http://www.mescapitalgroup.com/

Has anyone tried them out? No capital contribution. Sounds fair enough. What I'm more curious is has anyone gotten an account bigger than $25K? $25K account is not that impressive. A $1M account yes if you are good enough to manage that.

#5   Nov 16, 2015                                                    Share



### RDK91                                                77 Posts    42 Likes

Also wondering if anyone has experience with these guys?

I will start a demo there in January, after the holidays.

#6   Dec 9, 2015                                                                 Share

**BigD**                                                    2 Posts        0 Likes

> Ruben De Kock said: ⬈
> Also wondering if anyone has experience with these guys?
> I will start a demo there in January, after the holidays.

I just finished a demo with them. There was nothing shady about it. It's through VankarTrading.com - a brokerage in Chicago. They provide you with a Rithmic Paper trading account and you get 20 days to try. Go for it, you've got nothing to lose.

#7   Dec 16, 2015                                                                Share

**RDK91**                                                   77 Posts       42 Likes

> BigD said: ⬈
> I just finished a demo with them. There was nothing shady about it. It's through VankarTrading.com - a brokerage in Chicago. They provide you with a Rithmic Paper trading account and you get 20 days to try. Go for it, you've got nothing to lose.

I will start a demo with them in January, due to the holidays.
Did you get funded?

#8   Dec 16, 2015                                                                Share

**BigD**                                                    2 Posts        0 Likes

Unfortunately, with the slow holiday chop I did not. I did correspond with them thru email afterwards to thank them for the opportunity and their reply was:
----------------------------------------------------------
"Thank you for the email.

It means a lot to us at MES. We are trying to do the right thing here. Again we strongly believe in a fair and free chance to get funded. With traders like yourself we believe we can grow MES.

Built By Traders For Traders - remember that. We were all like you and we keep learning. We as you know are not in competition with any business out there because we are not a business. A business takes money, we on the other hand are FREE!"
----------------------------------------------------------

I will try again in 3 months. Good luck to you.

#9    Dec 16, 2015                                                                 ⤷ Share

## trader99

**992 Posts**  **40 Likes**

> **BigD said:** ⤴
> Unfortunately, with the slow holiday chop I did not. I did correspond with them thru email afterwards to thank them for the opportunity and their reply was:
> ----------------------------------------------------------
> "Thank you for the email.
>
> It means a lot to us at MES. We are trying to do the right thing here.
> ⬇ More...

Interesting. If you don't mind what was your net P&L during the trial? Is there a cutoff? Like you have to make $10K+ or whatever to be considered during the 20 days trial period?

I'm curious.

Thanks,

trader99

#10    Feb 15, 2016                                                                ⤷ Share

(You must log in or sign up to reply here.)

Forums  >  Brokerage Firms  >  Prop Firms  >

Modern Layout V2                                        Contact  Help  Advertise  Home  Top  🔗

ET IS FREE BECAUSE OF THE FINANCIAL SUPPORT FROM THESE COMPANIES:

**AMP Global Clearing**
Futures and FX Trading

**NinjaTrader**
Trading Software & Brokerage

**TopstepTrader**
We Fund Traders

**Collective2**

**Optimus Futures**

**Trademetria**

| | | |
|---|---|---|
| Automated Trading Services | Futures Trading Platforms and Order Routing | Trade Logging & Analysis |
| EdgeAnalytix<br>Options Mentorship & Signals | Option Workshop<br>Option Analysis Software | TradersStudio<br>System Development Platform |
| Hedged Capital<br>Options Trading Group | PTMC<br>Full Multi-Asset Trading Platform | Trading Technologies<br>Trading Software Provider |
| IC Markets<br>True ECN for FX and CFDs | Rithmic<br>Futures Trade Execution Platform | Tradovate<br>Commision-Free Futures Trading |
| Jigsaw Trading<br>Advanced Trading Tools | SpreadProfessor<br>Spread Trading Instruction | |
| Lightspeed Trading<br>Equities & Options Trading | TD Ameritrade<br>Get the #1 trading app in the App Store | |

Terms and Rules