

## HOW IT WORKS

**1**  **Prove you can profit**

Show that you can make money in the Trading Combine®: our real-time, simulated account.

**2**  **Show you can manage risk**

Confirm our capital will be safe in your hands by passing Funded Trader Preparation™.

**3**  **Get funded**

Your trades. Our money. We take all the risk. You keep up to 100% of the profits in a Funded Account™!

# $4,927

most profited in a day by a funded trader.



**Zoumanan D.**

What TopstepTrader is doing here is something I've been looking for for years. This is a once in a lifetime opportunity. They already have the people lined up to back you, all you have to do is perform.



## The Tools you Need to Succeed

TopstepTrader generates daily Trade Reports based on your actual trading activity. See how you're winning, why you're losing, and what you can do to profit more tomorrow.

 For the first time in 12 years of trading, I really feel I've got a shot at succeeding. **Kari M.**

    

## 20

fastest number of days to funded

## 52

average funded traders per month

## 161

countries represented in our trading community

# $549

average weekly profit

Having worked for prop firms and banks, TopstepTrader is actually better than the rest for getting funded, and providing a sensible trading environment and supportive community.



Eric T.

# Become a funded trader.

**Try TopstepTrader for Free**

Log In                                    About

Sign Up                                  Careers

Learn How                                Privacy Policy

Affiliate Program                        Terms of Use

Help Center                              Refer a Friend

Status Updates                           Apparel Shop



Status Updates

Calendar

Contact

Facebook

Twitter

LinkedIn

YouTube

Apparel Shop

English Blog

Блог [RU]

Join Our Chat Community

TopstepTrader, LLC   130 South Jefferson Suite 200   Chicago, Illinois 60661   1 (888) 407-1611

We do not offer commodity trading advice or recommendations.

© 2017 – TopstepTrader, LLC All rights reserved.

CFTC Rules 4.41 - Hypothetical or Simulated performance results have certain limitations. Unlike an actual performance record, simulated results do not represent actual trading. Also, because the trades have not actually been executed, the results may have under-or-over compensated for the impact, if any, of certain market factors, such as lack of liquidity. Simulated trading programs in general are also subject to the fact that they are designed with the benefit of hindsight. No representation is being made that any account will or is likely to achieve profit or losses similar to those shown.

# TOPSTEP**TRADER**

**STEP 1**

**Be evaluated
for funding**

▼

**STEP 2**

Prepare for
funding

▼

**STEP 3**

Trade your
Funded Account

Performance
coaching

Live market analysis
& discussion

## Become a Funded Trader

Learn about the path to funding and get started today.



**Join for Free**     Trade Report     Platform

# Join for free & start trading today.

Start trading in a $150,000 simulated free trial account for 14 days or enter the Trading Combine® to be evaluated for a funded trading account.

**Futures**     Forex

# Prove you can trade.

The Trading Combine and Funded Trader Preparation™ are real-time, simulated accounts where your performance is evaluated for the opportunity to become a funded trader.



Start your Trading Combine now →

## Step 1: Trading Combine®

Enter the Trading Combine and you will have as many days as you need to reach the objective (below). The monthly cost of the Trading Combine is set to recur every 30 days from the sign up date, until the objective is met or the account is canceled.

You may reset this account at any time for $100 by clicking on the "Reset" button on your Trade Report. This will reset your starting balance and rules, but will not change your monthly billing date.

You will be funded with the same Daily Loss Limit and Max Drawdown as the Trading Combine you successfully complete.

| | $30K | $50K | $100K | $150K |
|---|---|---|---|---|
| Starting Balance ⓘ | | | | |
| Max Position Size ⓘ | 3 Lot | 5 Lot | 10 Lot | 15 Lot |
| Daily Loss Limit ⓘ | $500 | $1,000 | $2,000 | $3,000 |
| Max Drawdown ⓘ | $1,500 | $2,000 | $3,000 | $4,500 |
| Profit Target ⓘ | $1,500 | $3,000 | $6,000 | $9,000 |
| Price Per Month ⓘ | $150 | $165 | $325 | $375 |
| | Get Started | Get Started | Get Started | Get Started |

## Your Objective

Follow the rules below, meet the profit target, and you will advance to Funded Trader Preparation.

- ✓ Trade a minimum of 10 days
- ✓ Only trade during permitted times
- ✓ Do not hit or exceed the Daily Loss Limit
- ✓ Do not allow your Account Balance to hit or exceed the Trailing Max Drawdown



## Profit Target
## $3,000

**Recommended Platform**   **View all available platforms →**



## Step 2: Funded Trader Preparation™

This is the final step to become a funded trader. This free, simulated account is where you will get accustomed to trading within the same parameters as your Funded Account.

| Account Successfully Completed | Daily Loss Limit | Weekly Loss Limit | Max Drawdown | Profit Target |
|---|---|---|---|---|
| $30,000 | $500 | None | $1,500 | $1,500 |
| $50,000 | $1,000 | $1,000 | $2,000 | $3,000 |
| $100,000 | $2,000 | $2,000 | $3,000 | $6,000 |
| $150,000 | $3,000 | $3,000 | $4,500 | $9,000 |

- ✔ Trade a minimum of 10 days
- ✔ Only trade during permitted times
- ✔ Do not hit or exceed the Daily and/or Weekly Loss Limit*
- ✔ Do not allow the Account Balance to hit or exceed the Trailing Max Drawdown*
- ✔ Do not hold positions into major economic releases
- ✔ Follow the scaling plan

Refer to your Net P&L when trading, this represents your daily P&L plus commissions and fees. Funded Trader Preparation accounts have a starting balance of $0. *The Weekly Loss Limit (if applicable) is eliminated once the Trailing Max Drawdown reaches the starting balance.

## Your Objective

Follow the rules on the right, meet the profit target, and **you will** receive a Funded Account.

Futures  Forex

# The Funded Account

Meet the Objective, get Funded. It's that simple. Trade real money anytime, anywhere, keep your first $5,000 in profits, and 80% thereafter - with zero risk.

## Step 3: Funded Account™

Our goal is to empower you as a trader. Here, you keep your first $5,000 in profits, and 80% thereafter.

### What to expect

✓ **Industry Best Profit Split**

Keep your first $5,000 in profits, and 80% thereafter.

✓ **Trade Additional Products**

Expand the products you can trade to include EUREX and ICE products.

✓ **Receive your Profits**

Withdraw at any time. $0 Wire Fee (min. $250) Learn more

✓ **Industry Low Commissions**

Trade on a Funded Account
with commissions as low
as $.53 per contract.

| Account Successfully Completed | Daily Loss Limit | Weekly Loss Limit | Max Drawdown |
|---|---|---|---|
| $30,000 | $500 | None | $1,500 |
| $50,000 | $1,000 | $1,000 | $2,000 |
| $100,000 | $2,000 | $2,000 | $3,000 |
| $150,000 | $3,000 | $3,000 | $4,500 |

All accounts have a starting balance of $0, and buying power is determined by this scaling plan. Funded traders must adhere to these rules. Funded traders are responsible for the data fee cost charged by the exchange. Individuals that have been convicted of a violent crime or disciplined by any regulatory agency are not eligible for a funded trader account. Outstanding debts with a clearing firm may also affect eligibility. More information →

# Performance Coaching

To shorten your learning curve and accelerate your path to funding, we include coaching as part of our program. In your monthly one-on-one session, your Performance Coach will review your trades, provide

guidance on eliminating your bad habits, and help you establish steps to improve - all included with your Trading Combine.

Schedule your Performance Coach call →
or call us at 1 (888) 407-1611.



**John Hoagland**





**Mick Ieronimo**





**Danny Hodgman**



**Slava Malafeev**

## Squawk Radio

Tune into our award-winning broadcast - giving you play-by-play updates, interviews with top traders and insights from respected industry professionals. Squawk Radio is hosted by Eddie Horn, who spent more than 25 years on the trading floor of the CME

and the CBOT. Eddie gives listeners a unique perspective on the markets and his show is highly interactive.

View our broadcast calendar →

**Free Trading Education**

All while discussing with like-minded traders in our interactive chat room.

- ✔ Live daily trading classes
- ✔ Development of the mind with trading psychology
- ✔ Real-time trader performance coaching
- ✔ Watch professionals trade live





Jason Love





# Your Funded Account™ is waiting.
# Prove you deserve it.

**Sign Up Now**

Log In

Sign Up

Learn How

Affiliate Program

Help Center

Status Updates

Calendar

Contact

Facebook

Twitter

LinkedIn

YouTube

About

Careers

Privacy Policy

Terms of Use

Refer a Friend

Apparel Shop

English Blog

Блог [RU]

 Join Our Chat Community

TopstepTrader, LLC   130 South Jefferson Suite 200   Chicago, Illinois 60661   1 (888) 407-1611

We do not offer commodity trading advice or recommendations.

© 2017 – TopstepTrader, LLC All rights reserved.

CFTC Rules 4.41 - Hypothetical or Simulated performance results have certain limitations. Unlike an actual performance record, simulated results do not represent actual trading. Also, because the trades have not actually been executed, the results may have under-or-over compensated for the impact, if any, of certain market factors, such as lack of liquidity. Simulated trading programs in general are also subject to the fact that they are designed with the benefit of hindsight. No representation is being made that any account will or is likely to achieve profit or losses similar to those shown.

# TOPSTEP**TRADER** 

≡ Sign in



🔍 Search

The Trading Combine®

Funded Trader Preparation™

Funded Account™

Trading Platforms

Dashboard

Поддержка на русском языке

**Promoted articles**

NinjaTrader 7 Connection Instructions

My account status is DUE, now what?

**TOPSTEPTRADER**

≡ Sign in

TopstepTrader > The Trading Combine®

🔍 Search

# The Trading Combine®

## Rules and Parameters

Trading Combine® Parameters

Trading Combine® Rules

## Rules and Parameters FAQ

If I break a rule, does my Trading Combine automatically close?

Can I have more than one active Trading Combine?

Why do I have to roll my contracts?

What happens if I trade the wrong contract month?

What happens if I hit or exceed the Daily Loss Limit?

What holidays affect my trading schedule?

See all 12 articles

## Other FAQ

How Can I Improve My Trading?

What is a Performance Coach?

Can I trade Forex products in the Trading Combine®?

Is there an age requirement?

Are commissions and fees factored in to the Trading Combine?

Do I need to be a US citizen to participate?

See all 11 articles

TopstepTrader                                                                      English (US)  ⌄

# TOPSTEPTRADER

 Sign in

TopstepTrader  >  The Trading Combine®  >  Rules and Parameters

🔍 Search

**Articles in this section** ⌄

# Trading Combine® Parameters

If you adhere to the rules, and meet the profit target, you'll advance to Funded Trader Preparation™. Upon successful completion of Funded Trader Preparation, you're guaranteed a Funded Account™.



Have more questions? **Submit a request**

Return to top ⬆

# TOPSTEP**TRADER**

☰ Sign in

TopstepTrader > The Trading Combine® > Rules and Parameters

🔍 Search

**Articles in this section** ⌄

# Trading Combine® Rules

- Trade a minimum of 10 days
- Only trade during permitted times
- Do not hit or exceed the Daily Loss Limit
- Do not allow your Account Balance to hit or exceed the Trailing Max Drawdown

Compare to Funded Account™ Rules here

ⓕ ⓣ ⓘ ⓖ

Have more questions? **Submit a request**

Return to top ⊙

TopstepTrader

English (US) ⌄

TOPSTEPTRADER    ☰  Sign in

TopstepTrader  >  The Trading Combine®  >  Rules and Parameters FAQ

🔍 Search

Articles in this section                                                                    ⌄

# If I break a rule, does my Trading Combine automatically close?

If you break a rule, you have the option to reset your account in order to be eligible for a Funded Account again. This will reset your starting balance and rules, but will not affect your monthly billing schedule.

If you choose not to reset your Trading Combine it will remain active, and you'll be able to trade on it for practice. Please be aware that your Trading Combine will not automatically reset or close.

(f) (t) (in) (g+)

Have more questions?  **Submit a request**

Return to top ⊕

TopstepTrader                                                                    English (US) ⌄

# TOPSTEPTRADER

  Sign in

TopstepTrader > The Trading Combine® > Rules and Parameters FAQ

Search

**Articles in this section**

# Can I have more than one active Trading Combine?

Absolutely-- plenty of our traders will trade on multiple Trading Combine simultaneously to become funded. There is no limit to how many Trading Combine's you can have running at a time.

That being said, per the brokerage rules, a trader cannot have multiple accounts open at a time.

Have more questions? **Submit a request**

Return to top ⊙

TopstepTrader

English (US) ⌄

# TOPSTEP**TRADER**

☰  Sign in

TopstepTrader  >  The Trading Combine®  >  Rules and Parameters FAQ

🔍 Search

**Articles in this section**  ⌄

# Why do I have to roll my contracts?

Per the Trading Combine Rules, you must only trade in the "active month" contract for each product.

## Why does this matter to me?

To protect risk and avoid slippage, traders should trade the most active month. The most active month will be the product month with the most volume. This will start to shift to the new month starting on the date above. Follow the volume and you will be rolling into the most actively traded month.

## How do I change the month of my contract?

Click here to find out how to change the contract month on your platform.

## How do I know when my contracts roll?

We advise that you follow the volume of your product's contract month on the CME Group's website. Just click on your product and compare the Volume column./p>

ⓕ  ⓣ  ⓘ  ⓖ⁺

Have more questions?  Submit a request

Return to top ⊙

# TOPSTEP**TRADER**

 Sign in

TopstepTrader > The Trading Combine® > Rules and Parameters FAQ

Search

**Articles in this section** ⌄

# What happens if I trade the wrong contract month?

We understand that mistakes may happen, especially when contract months are rolling over.

If you have started the trading day trading the wrong contract month make sure that you flatten that trade. You can then roll your contract to the front month (highest volume) and continue trading. No rules will record as broken.

Please note that we do understand that mistakes can happen, however, we require traders to be in the front contract month. Continued trading outside of the front month can result in a rule violation.

Have more questions? Submit a request

Return to top ⊕

TopstepTrader

English (US) ⌄

# TOPSTEPTRADER

☰  Sign in

TopstepTrader  >  The Trading Combine®  >  Rules and Parameters FAQ

🔍 Search

**Articles in this section**  ⌄

# What happens if I hit or exceed the Daily Loss Limit?

Your position may be flattened should you hit or exceed the Daily Loss Limit. We advise you to cover the position on your own. If this does not occur, you may be automatically flattened by the Risk Manager. If your Unrealized Net P&L hits or exceeds your Daily Loss Limit at any point during the Trading Combine, your account is no longer eligible for funding. You have the option to reset your account.

Ⓕ  Ⓣ  ⓘn  Ⓖ+

Have more questions? **Submit a request**

Return to top ⊕

TopstepTrader

English (US)  ⌄

TOPSTEP**TRADER**                    ☰  Sign in

TopstepTrader  >  The Trading Combine®  >  Rules and Parameters FAQ

🔍 Search

**Articles in this section**                    ⌄

# What holidays affect my trading schedule?

CTS and Rithmic will follow CME protocol on Holidays and will often not clear trades to differentiate between different trading dates. This means that two trading days can be combined into one. P&L calculations will not reset and those two days will only count as one Trading Day.

Please see below for more information regarding specific holidays and if trades will be cleared.

Dr. Martin Luther King Jr. (Jan 13-17)

- Monday, January 16th: All positions must be closed by 12:00 PM CT. You may reopen positions after market open at 5:00 PM CT Monday, January 16th.

Presidents Day (Feb 17-21)

- Monday, February 20th: All positions must be closed by 12:00 PM CT. You may reopen positions after market open at 5:00 PM CT Monday, February 20th.

Good Friday (April 13-17)

- Friday, April 14th: Markets Closed. You may reopen positions after market open at 5:00 PM CT Sunday, April 16th

Memorial Day (May 26-30)

- Monday, May 29th: All positions must be closed by 12:00 PM CT. You may reopen positions after market open at 5:00 PM CT May 29th.
- All trades between 5:00 PM CT Sunday, May 28th and 3:10 PM CT Tuesday, May 30th will count for Tuesday's trade date. This means that any profit or loss will carry through from 5:00 PM CT Sunday until the close on Tuesday, counting as one trade date.

Independence Day (July 3-5)

- Monday, July 3rd: All positions must be closed by 12:00 PM CT. You may reopen positions after market open at 5:00 PM CT Monday, July 3rd.
- Tuesday, July 4th: All positions must be closed by 12:00 PM CT. You may reopen positions after market open at 5:00 PM CT Tuesday, July 4th.
- All trades between 5:00 PM CT Sunday, July 2nd and 12 PM CT Tuesday, July 4th will count for Tuesday's trade date. This means that any profit or loss will carry through from 5:00 PM CT Sunday until the close on Tuesday, counting as one trade date.

Labor Day (September 1-5)

- Monday, September 4th: All positions must be closed by 12:00 PM CT. You may reopen positions after market open at 5:00 PM CT Monday, September 4th.
- All trades between 5:00 PM CT Sunday, September 3rd and 12 PM CT Tuesday, September 4th will count for Tuesday's trade date. This means that any profit or loss will carry through from 5:00 PM CT Sunday until the close on Tuesday, counting as one trade date.

Columbus Day (October 9)

- Monday, October 9th: Normal Trading Hours

Veteran's Day (November 10)

- Friday, November 10th: Normal Trading hours

Thanksgiving (November 22-24)

- Thursday, November 23rd: All positions must be closed by 12:00 PM CT. You may reopen positions after market open at 5:00 PM CT Thursday, November 23rd.
- Friday, November 24th: All positions must be closed by 12:00 PM CT. You may reopen positions after market open at 5:00 PM CT Sunday, November 26th.
- All trades between 5:00 PM CT Wednesday, November 22nd and 12 PM CT Friday, November 24th will count for Friday's trade date. This means that any profit or loss will carry through from 5:00 PM CT Wednesday until the close on Friday, counting as one trade date.

Christmas (December 22-26)

- Monday, December 25th: Markets closed. You may reopen positions after market open at 5:00 PM CT on Monday, December 25th.

New Year's (December 29-Jan 2)

- Monday, January 1st: Markets closed. You may reopen positions after market open at 5:00 PM CT on Monday, January 1st.

Have more questions? Submit a request

Return to top ⬆

TopstepTrader

English (US) ⌄



# TOPSTEP**TRADER**

≡  Sign in

TopstepTrader  >  The Trading Combine®  >  Rules and Parameters FAQ

🔍 Search

**Articles in this section**  ⌄

# When and what products can I trade?

**All positions must be closed prior to 3:10:00 PM CT.** You can then restart trading at 5:00:00 PM CT.

An asterisk (*) indicates a product with an earlier close than 3:10:00 PM CT and/or a later open than 5:00:00 PM CT. If the product you are trading has an asterisk please refer to the CME site and follow the times listed there. Links are provided below.

For special holiday hours, please also refer to the Holiday Schedule here.

All traders must only trade the "front" (most liquid/highest volume) contract month for **all** products. Overnight trading is permitted, although positions must be closed prior to a product's electronic market close.

The CME Group products listed below are the products that traders can use to trade in the Trading Combine.

## CME Equity Futures

E-mini S&P 500 (ES)
Nikkei NKD (NKD)
E-mini NASDAQ 100 (NQ)

## CME Foreign Exchange Futures

Australian $ (6A)
British Pound (6B)
Canadian $ (6C)
Euro FX (6E)
Japanese Yen (6J)

Swiss Franc (6S)

E-mini Euro FX (E7)

## CME Agricultural Futures

Lean Hogs (HE)*

Live Cattle (LE)*

## CME NYMEX Futures

Crude Oil (CL)

E-mini Crude Oil (QM)

Natural Gas (NG)

E-mini Natural Gas (QG)

## CME CBOT Agricultural Futures

Corn (ZC)*

Wheat (ZW)*

Soybeans (ZS)*

Soybean Meal (ZM)*

Soybean Oil (ZL)*

## CME CBOT Equity Futures

Mini-DOW (YM)

## CME CBOT Financial/Interest Rate Futures

2-Year Note (ZT)

5-Year Note (ZF)

10-Year Note (ZN)

30-Year Bond (ZB)

Ultra-Bond (UB)

Eurodollar (GE)

## CME COMEX Futures

Gold (GC)

   

Have more questions? Submit a request

Return to top ⊙

TopstepTrader

English (US) ⌄

# TOPSTEP**TRADER**

 Sign in

TopstepTrader > The Trading Combine® > Rules and Parameters FAQ

🔍 Search

**Articles in this section** ⌄

# What happens when I complete the Trading Combine?

Your Trading Combine will automatically be reviewed the day you've passed once the Trade Reports are uploaded at 4 PM CT. If you passed the Trading Combine, your monthly subscription will be turned off and you'll automatically receive a Funded Trader Preparation account confirmation.

🅕 🅣 🅘 🅖

Have more questions? Submit a request

Return to top ⊕

TopstepTrader                                                                 English (US) ⌄

# TOPSTEP TRADER

  Sign in

TopstepTrader  >  The Trading Combine®  >  Rules and Parameters FAQ

🔍 Search

**Articles in this section** ⌄

# What is my goal in the Trading Combine?

The objective of the Trading Combine is to reach the profit target without breaking any rules. The profit target is the amount of net profit that needs to be achieved upon completion of the Trading Combine in order to be considered for a Funded Account.

Ⓕ Ⓣ Ⓘ Ⓖ⁺

Have more questions? Submit a request

**Return to top** ⊕

TopstepTrader

English (US) ⌄



TOPSTEP**TRADER**    ☰  Sign in

TopstepTrader  >  The Trading Combine®  >  Rules and Parameters FAQ

🔍 Search

**Articles in this section**                    ⌄

# What is the Trailing Max Drawdown?

The Trailing Max Drawdown is best thought of as a minimum account balance. For instance the Trailing Max Drawdown for our $50K account is $2,000. This means that when you start the account your balance cannot drop below $48K. This number is calculated at the end of the trading day. Which means that at any point during the trading day, you can drop below the minimum account balance as long as you are above it when the day ends

The $2,000 is calculated from your account balance high. So, if you make $500 on the first trading day your account balance will be $50,500 which will make your Trailing Max Drawdown $48,500 ($2,000 from the account balance high). If you were to lose $500 the next day your account balance goes back to $50,000, but your minimum account balance will remain $48,500. This number will not go below $48,500 for the remainder of that evaluation period. Also once the Trailing Max Drawdown reaches the initial starting balance of your account, it won't change for the remainder of your evaluation period. This means that if you were to make $2,500 the next day and your account balance is $52,500, your Trailing Max Drawdown will move up to $50,000 and stay there until the account is passed into FTP, reset or cancelled.

The starting balance of your account will either be $0, $30K, $50K, $100K or $150K.








# TOPSTEPTRADER

≡ Sign in

TopstepTrader > The Trading Combine® > Rules and Parameters FAQ

🔍 Search

**Articles in this section** ⌄

# What does Max Position Size mean?

The Max Position Size is the maximum position allowed (absolute value) at any given time. For example, if you have a Max Position Size of 3, you may be long 2 E-mini S&P and short 1 Crude Oil.

Ⓕ Ⓣ Ⓘ Ⓖ

Have more questions? **Submit a request**

**Return to top** ⊕

---

TopstepTrader                                    English (US) ⌄

**TOPSTEPTRADER**

 Sign in

TopstepTrader > The Trading Combine® > Rules and Parameters FAQ

🔍 Search

# Rules and Parameters FAQ

Follow

If I break a rule, does my Trading Combine automatically close?

Can I have more than one active Trading Combine?

Why do I have to roll my contracts?

What happens if I trade the wrong contract month?

What happens if I hit or exceed the Daily Loss Limit?

What holidays affect my trading schedule?

When and what products can I trade?

What happens when I complete the Trading Combine?

What is my goal in the Trading Combine?

What is the Trailing Max Drawdown?

What does Max Position Size mean?

What is the Daily Loss Limit?

TopstepTrader

English (US) ⌄

# TOPSTEP**TRADER**   Sign in

TopstepTrader > The Trading Combine® > Rules and Parameters FAQ

Search

**Articles in this section** ⌄

# What is the Daily Loss Limit?

Your Net P&L cannot hit or exceed the Daily Loss Limit at any point during the trading day (5:00 PM CT-3:10 PM CT). If at any time your Net P&L does exceed this amount for your account, any open trading positions may be flattened, any pending orders may be canceled, and your account may be prevented from placing any new trades until the start of the next trading day (5:00 PM CT). The account automatically becomes ineligible for funding once the Daily Loss Limit is exceeded.

For example, in a $150K Trading Combine, the Daily Loss Limit is $3,000. Therefore, if at any point during the trading day your Net P&L hits or exceeds -$3,000, the Daily Loss Limit is considered hit.

The Daily Loss Limit is factored based on each trading day's Net P&L, which includes simulated commissions, fees, and both unrealized and realized trade P&L values.

We recommend that all NinjaTrader users utilize the R|Trader platform in order to accurately monitor their Net P&L.



Have more questions? **Submit a request**

**Return to top** ⊙

TopstepTrader

English (US) ⌄

# TOPSTEP**TRADER**

 Sign in

TopstepTrader > Funded Account™

🔍 Search

# Funded Account™

## Rules & Parameters

Funded Account Parameters

Funded Account™ Rules

## Rules FAQ

Why do I have to adhere to the Scaling Plan?

What is the Weekly Loss Limit?

What is the Scaling Plan?

What releases do I need to be flat for?

## Profit & Fees FAQ

Is NinjaTrader free in the Funded Account?

Do I have to pay exchange data fees?

How can I make withdrawals?

How are my profits reported on taxes?

What is the profit split?

What commissions and fees do I have to pay in the Funded Account?

See all 8 articles

TopstepTrader

English (US)

# TOPSTEPTRADER

≡  Sign in

TopstepTrader  >  Funded Account™  >  Rules & Parameters

🔍 Search

**Articles in this section**  ⌄

# Funded Account Parameters

| Account Successfully Completed | Daily Loss Limit | Weekly Loss Limit | Max Drawdown |
|---|---|---|---|
| $30,000 | $500 | None | $1,500 |
| $50,000 | $1,000 | $1,000 | $2,000 |
| $100,000 | $2,000 | $2,000 | $3,000 |
| $150,000 | $3,000 | $3,000 | $4,500 |

Ⓕ Ⓣ Ⓛ Ⓖ

Have more questions? **Submit a request**

Return to top ⊙

TopstepTrader

English (US)  ⌄

# TOPSTEPTRADER

☰  Sign in

TopstepTrader  >  Funded Account™  >  Rules & Parameters

🔍 Search

**Articles in this section** ⌄

# Funded Account™ Rules

- Only trade during permitted times
- Do not hit or exceed the Daily and/or Weekly Loss Limit*
- Do not allow your Account Balance to hit or exceed the Trailing Max Drawdown*
- Do not hold positions into major economic releases
- Follow the Scaling Plan

*The Weekly Loss Limit is eliminated once the Trailing Max Drawdown reaches the starting balance.

Compare to the Trading Combine® Rules here



Have more questions? Submit a request

Return to top ⬆

# TOPSTEP**TRADER**

 Sign in

TopstepTrader > Funded Account™ > Profit & Fees FAQ

🔍 Search

**Articles in this section** ⌄

# Is NinjaTrader free in the Funded Account?

As a funded trader, you're responsible for providing the platform you want to use while trading. Funded traders who are interested in using NinjaTrader may receive a $100 discount on a Single Broker Lifetime License or a $300 discount on the Multi Broker Lifetime License. You can find more information on the cost of the NinjaTrader platform here.

Have more questions? Submit a request

Return to top ⬆

TopstepTrader

English (US) ⌄

# TOPSTEP**TRADER** 

Sign in

TopstepTrader > Funded Account™ > Profit & Fees FAQ

Search

**Articles in this section**

# Do I have to pay exchange data fees?

As a funded trader, you are responsible for covering the data fee charged by the exchange. This is a monthly fee that is not prorated based on start date and is charged by the exchange directly to your data provider. These fees will be charged during the last week of the month for the following month. Fees may vary if you require a direct connection. The data for each exchange is charged separately to your credit card as follows:

- CME products $85.00
- CBOT products $85.00
- NYMEX products $85.00
- COMEX products $85.00
- ICE products $110.00 (effective 04/01/16)
- EUREX products $69.00 USD

For example:

A trader trading one product (or more) on the CME (i.e. E-mini S&P) would be responsible for $85 per month. Multiple products on one exchange do not increase the fee.

- Add Crude Oil (a NYMEX product) and you would be responsible for $170 ($85 x 2) per month.
- Add Gold (a COMEX product) and you are responsible for $255 ($85 x 3) per month.
- Add another product like Soybeans (a CBOT product) and your responsibility increases to $340 ($85 x 4) per month.

   

Have more questions? Submit a request

Return to top ⊙

# TOPSTEPTRADER

 Sign in

TopstepTrader  >  Funded Account™  >  Profit & Fees FAQ

🔍 Search

**Articles in this section**  ⌄

# How can I make withdrawals?

The trader may request a withdrawal at any time. Withdrawals will generally be disbursed to the trader within seven (7) business days of the date requested. Further, TopstepTrading will cover costs on transfers of $250 or greater. For withdrawals less than $250, the trader is responsible for covering the wire transfer fee of $30 for domestic and $60 for international. Checks, sent via standard mail, are always free. When a withdrawal is made, the Account Balance may not return to $0. When a withdrawal is requested, the funds will be removed from the account withing 24 hours and TopstepTrading will receive its share of the profits at that time, if applicable.

Ⓕ Ⓣ Ⓘ Ⓖ⁺

Have more questions? **Submit a request**

Return to top ⊕

TopstepTrader

English (US) ⌄

# TOPSTEPTRADER

 Sign in

TopstepTrader  >  Funded Account™  >  Profit & Fees FAQ

🔍 Search

**Articles in this section** ⌄

# How are my profits reported on taxes?

Since you fill out a W-9 or W-8BEN, you are considered an independent contractor. All money that the trading firm sends you from your profits is considered ordinary income.

Ⓕ Ⓣ Ⓛ Ⓖ⁺

Have more questions? **Submit a request**

**Return to top** ⊕

TopstepTrader

English (US) ⌄

# TOPSTEP**TRADER**

 Sign in

TopstepTrader  >  Funded Account™  >  Profit & Fees FAQ

🔍 Search

**Articles in this section**  ⌄

# What is the profit split?

All funded traders will receive 100% of their profits on all withdrawals, up to a total of $5,000. The profit split on cumulative withdrawals over $5,000 is 80/20, with 80% going to the trader.

Ⓕ Ⓣ Ⓘ Ⓖ

Have more questions?  **Submit a request**

**Return to top** ⊕

TopstepTrader

English (US)  ⌄

# TOPSTEP**TRADER**

 Sign in

TopstepTrader > Funded Account™ > Profit & Fees FAQ

🔍 Search

Articles in this section ⌄

# What commissions and fees do I have to pay in the Funded Account?

| Round Turn | NinjaTrader, MarketDelta, R\|Trader Pro, eSignal, Trade Navigator, VolFix.NET, ATAS | T4, Sierra Chart |
|---|---|---|
| Commissions | 1.06 | 1.00 |
| Regulatory Fee | 0.02 | 0.02 |
| Platform Fee | - | 1.00 |
| Data Fee | 0.50 | - |
| Exchange Fee | View here | |
| Total (excluding exchange fees) | 1.58 | 2.02 |

## Example using ES

| Round Turn | NinjaTrader, MarketDelta, R\|Trader Pro, eSignal, Trade Navigator, VolFix.NET, ATAS | T4, Sierra Chart |
|---|---|---|
| Commissions | 1.06 | 1.00 |
| Regulatory Fee | 0.02 | 0.02 |
| Platform Fee | - | 1.00 |
| Data Fee | 0.50 | - |
| Exchange Fee | 2.36 | 2.36 |

| Total | 3.94 | 4.38 |

Have more questions? Submit a request

Return to top ↑

TopstepTrader

English (US) ⌄

# TOPSTEPTRADER

≡  Sign in

TopstepTrader  >  Funded Account™  >  Profit & Fees FAQ

🔍 Search

**Articles in this section** ⌄

# Do I have to provide any capital for the Funded Account?

No-- the account is fully funded by our trading firm. Also, the trader is never responsible for any losses.

ⓕ  ⓣ  ⓘ  ⓖ⁺

Have more questions? **Submit a request**

**Return to top** ⊕

TopstepTrader

English (US) ⌄



**TOPSTEPTRADER**

≡   Sign in

TopstepTrader  >  Funded Account™  >  Profit & Fees FAQ

🔍 Search

**Articles in this section** ⌄

# What exchange fees (per product) do I have to pay in the Funded Account?

The fees below are set by the exchange:

| Product | Exchange Fee RT |
|---|---|
| **CME Equity Futures** | |
| E-mini S&P 500 (ES) | 2.36 |
| Nikkei NKD (NKD) | 4.30 |
| E-mini NASDAQ 100 (NQ) | 2.36 |
| | |
| **CME Foreign Exchange Futures** | |
| Australian $ (6A) | 3.20 |
| British Pound (6B) | 3.20 |
| Canadian $ (6C) | 3.20 |
| Euro FX (6E) | 3.20 |
| Japanese Yen (6J) | 3.20 |
| Swiss Franc (6S) | 3.20 |
| E-mini Euro FX (E7) | 1.70 |
| | |
| **CME Agricultural Futures** | |
| Live Cattle (LE) | 4.06 |
| Lean Hogs (HE) | 4.06 |
| | |
| **CME Interest Rate Futures** | |

### CME Interest Rate Futures

Eurodollar (GE)      2.38

### CME NYMEX Futures

| | |
|---|---|
| Crude Oil (CL) | 3.00 |
| E-mini Crude Oil (QM) | 2.40 |
| Natural Gas (NG) | 3.00 |
| E-mini Natural Gas (QG) | 1.00 |

### CME CBOT Commodity Futures

| | |
|---|---|
| Corn (ZC) | 3.90 |
| Wheat (ZW) | 3.90 |
| Soybeans (ZS) | 3.90 |
| Soybean Meal (ZM) | 3.90 |
| Soybean Oil (ZL) | 3.90 |

### CME CBOT Equity Futures

Mini-DOW (YM)      2.32

### CME CBOT Financial Futures

| | |
|---|---|
| 2-Year Note (ZT) | 1.20 |
| 5-Year Note (ZF) | 1.20 |
| 10-Year Note (ZN) | 1.20 |
| 30-Year Bond (ZB) | 1.20 |
| Ultra-Bond (UB) | 1.20 |

### CME COMEX Futures

Gold (GC)      3.00

### ICE

Russel (TF)      3.32

### EUREX

| | |
|---|---|
| DAX (FDAX) | 1.02 (Euro) |
| Bunds (FGBL) | .42 (Euro) |

Have more questions? Submit a request

Return to top ↑

TopstepTrader

English (US) ⌄

# TOPSTEPTRADER

☰  Sign in

TopstepTrader  >  Funded Account™  >  Rules FAQ

🔍 Search

**Articles in this section**  ⌄

# Why do I have to adhere to the Scaling Plan?

The funded trader Scaling Plan is in place to ease traders into the live market environment and build their equity consistently without taking undue risk. Since we implemented the funded trader Scaling Plan, the longevity of our Funded Accounts has significantly increased.

Ⓕ  Ⓣ  ⓘn  Ⓖ+

Have more questions?  Submit a request

**Return to top** ⊙

TopstepTrader

English (US) ⌄

# TOPSTEPTRADER

 Sign in

TopstepTrader  >  Funded Account™  >  Rules FAQ

Search

Articles in this section

# What is the Weekly Loss Limit?

Following successful completion of a $50K, $100K or $150K Trading Combine, Funded Trader Preparation and Funded Accounts have a Weekly Loss Limit. The Weekly Loss Limit is the maximum amount you may lose at any point in a calendar week (Monday through Friday). The Weekly Loss Limit is equivalent to the Daily Loss Limit and is factored based on the sum of the total Net P&L in the calendar week. The Weekly Loss Limit rule is eliminated once the Trailing Max Drawdown reaches the starting balance.

Have more questions? Submit a request

Return to top ⊕

TopstepTrader

English (US) ⌄



TOPSTEP**TRADER**                    ☰  Sign in

TopstepTrader  >  Funded Account™  >  Rules FAQ

🔍 Search

**Articles in this section**                              ⌄

# What is the Scaling Plan?

Traders will initially be required to scale their trading plans in order to survive an initial drawdown and to allow a true chance of success in Funded Trader Preparation and the Funded Account.

The lot size will increase/decrease according to the graphs below, as you build/lose equity. Your buying power will not decrease if you make a withdrawal.

In the Funded Account, once your cumulative profit is greater than $5K, you can request adjusted risk parameters.

The graphs below are based on the Trading Combine you successfully completed. Inside the bar graph is the account balance and to the right is the correlating Max Position Size.



Have more questions? Submit a request

Return to top ⊙

TopstepTrader

English (US) ⌄

# TOPSTEPTRADER

☰  Sign in

TopstepTrader  >  Funded Account™  >  Rules FAQ

🔍 Search

**Articles in this section**  ⌄

# What releases do I need to be flat for?

For major economic releases, TopstepTrader refers to this economic calendar. Economic releases cause extreme volatility and large price swings, therefore, are very difficult to trade consistently and profitably. Due to this increased risk, all traders in Funded Trader Preparation™ and Funded Account™ must be flat **1 minute before until 1 minute after** a major economic release.

Those in the Trading Combine® do not need to be flat during any releases.

Click here for product symbols.

| Unemployment Rate | ES, NKD, NQ, 6A, 6B, 6C, 6E, 6J, 6S, E7, GE, YM, UB, ZT, ZF, ZN, ZB, GC |
|---|---|
| **ADP Non-Farm Employment change** | |
| **Non-Farm Employment change** | |
| **FOMC Meeting Minutes** | ALL PRODUCTS |
| **FOMC Statement** | |
| **US GDP (Advance, Preliminary, Final)** | ES, NKD, NQ, 6A, 6B, 6C, 6E, 6J, 6S, E7, GE, YM, UB, ZT, ZF, ZN, ZB, GC |
| **Crude Oil Inventories (EIA)** | CL, QM |
| **Natural Gas Inventories (EIA)** | NG, QG |
| **Crop Production** | ZC, ZS, ZW, ZM, ZL |



Have more questions? Submit a request

Return to top ⊕

TopstepTrader

English (US) ⌄

# TOPSTEP**TRADER**

≡ Sign in

TopstepTrader > Dashboard

🔍 Search

# Dashboard

**FAQ**

How many times can I use a promo code?

When will my Trade Reports show up on my dashboard?

How do I reset my account?

What if I don't like the program?

How do I sign in to listen to Squawk Radio?

Can TopstepTrader hold my Series Number?

**Monthly Renewal**

⭐ My account status is DUE, now what?

What payment methods are allowed for the Trading Combine®?

Can I put my Trading Combine® subscription on hold?

When will I be charged for the Trading Combine®?

How do I remove a credit card?

How do I cancel my Trading Combine®?

See all 7 articles

TopstepTrader

English (US) ⌄

# TOPSTEPTRADER

 Sign in

TopstepTrader > Dashboard > FAQ

🔍 Search

**Articles in this section** ⌄

# How many times can I use a promo code?

Most of our promo codes or other incentives can only be used once unless otherwise stated in the promo code terms of use. We reserve the right to close an account if we believe a single-use discount has been used for multiple Trading Combines by the same person. If you're ever unsure if you're eligible for a certain incentive, please contact support at 888-407-1611 or support@topsteptrader.com

Ⓕ Ⓣ Ⓛ Ⓖ⁺

Have more questions? Submit a request

Return to top ⊕

TopstepTrader                                     English (US) ⌄

# TOPSTEPTRADER

 Sign in

TopstepTrader  >  Dashboard  >  FAQ

Search

**Articles in this section** ⌄

# When will my Trade Reports show up on my dashboard?

Trade Reports are uploaded at the end of each trading day and they should appear on your dashboard by 4 PM CT. If your Trade Reports are uploaded or don't look right, please contact support@topsteptrader.com.

Have more questions? Submit a request

Return to top ⊙

TopstepTrader

English (US) ⌄

# TOPSTEPTRADER

 Sign in

TopstepTrader > Dashboard > FAQ

Search

**Articles in this section** ⌄

# How do I reset my account?

You may reset your Trading Combine at any time for $100 by clicking on the "Reset Account" button on your Trade Report. This will reset your starting balance and rules, but will not affect your monthly billing schedule.

Have more questions? Submit a request

**Return to top** ⊕

TopstepTrader                                                    English (US) ⌄

# TOPSTEPTRADER

≡ Sign in

TopstepTrader > Dashboard > FAQ

🔍 Search

**Articles in this section** ⌄

# What if I don't like the program?

We believe in the opportunity we provide and we stand by our service. We commit to always work to resolve any issues, however, if in your first 14 days you decide TopstepTrader is not the place for you and you are not satisfied with the quality of our service, we will refund a maximum of one month's payment, we just ask that you provide feedback pertaining to why you're no longer interested in the program.

(f) (t) (in) (g+)

Have more questions? Submit a request

Return to top ⊙

---

TopstepTrader

English (US) ⌄

# TOPSTEPTRADER

≡  Sign in

TopstepTrader  >  Dashboard  >  FAQ

🔍 Search

**Articles in this section**  ⌄

# How do I sign in to listen to Squawk Radio?

Our Squawk Radio broadcast and chat rooms are open to the public everyday.  Squawk Radio is a great resource for breaking news, educational segments, trader interviews and more.

To join the broadcast and the interactive chat:

- Click here
- Enter your display name and password
- If you're a guest, choose a display name and check the "Login as guest" box
- Click "Login" to join the room

Ⓕ Ⓣ Ⓘ Ⓖ⁺

Have more questions? **Submit a request**

**Return to top ⊕**

TopstepTrader

English (US) ⌄

# TOPSTEP**TRADER**

≡ Sign in

TopstepTrader  >  Dashboard  >  FAQ

🔍 Search

**Articles in this section** ⌄

# Can TopstepTrader hold my Series Number?

TopstepTrader is not registered with the NFA, therefore, we are not able to hold any licenses.

(f) (t) (in) (g+)

Have more questions? **Submit a request**

**Return to top** ⊙

TopstepTrader

English (US) ⌄

# TOPSTEPTRADER

≡  Sign in

TopstepTrader  >  Dashboard  >  Monthly Renewal

🔍 Search

**Articles in this section**  ⌄

# My account status is DUE, now what?

This means that you need to make a payment on your active Trading Combine, and therefore your account has been temporarily suspended. Please update your billing information within the next 6 days or your account will be closed.

Visit My Profile → Billing → Make a Payment, then choose the payment method from the list or enter a new payment method.

If you have any questions or need any assistance please contact support at 1.888.407.1611 or support@topsteptrader.com

Ⓕ Ⓣ Ⓘ Ⓖ

Have more questions?  Submit a request

Return to top ⊕

TopstepTrader

English (US) ⌄

# TOPSTEPTRADER

☰ Sign in

TopstepTrader > Dashboard > Monthly Renewal

🔍 Search

**Articles in this section** ⌄

# What payment methods are allowed for the Trading Combine®?

TopstepTrader accepts the following methods of payments for the Trading Combine:

- Visa
- Mastercard
- American Express
- Discover
- PayPal



Have more questions? **Submit a request**

Return to top ⬆

TopstepTrader

English (US) ⌄

# TOPSTEPTRADER

 Sign in

TopstepTrader > Dashboard > Monthly Renewal

Search

**Articles in this section** ⌄

# Can I put my Trading Combine® subscription on hold?

The Trading Combine is a monthly subscription, and due to technical limitations, we are not able to put accounts on hold.

There is no time limit associated with the Trading Combine. So, you're welcome to keep it open while you're away (keep in mind you'll still be billed once a month) or you can cancel your account at any time. You can then sign up again when you're ready to trade.

Have more questions? **Submit a request**

**Return to top** ⊕

# TOPSTEPTRADER

☰  Sign in

TopstepTrader  >  Dashboard  >  Monthly Renewal

🔍 Search

Articles in this section ⌄

# When will I be charged for the Trading Combine®?

Your credit card is set to charge once a month from the day you sign up for a Trading Combine. Your monthly payment will automatically be charged to your card unless you change the card or cancel. To view your rebill date just log into your dashboard, go to My Profile -> Billing -> you can find your next rebill date under Active Combines.

Ⓕ Ⓣ Ⓘ Ⓖ

Have more questions? Submit a request

Return to top ⊕

TopstepTrader                                                     English (US) ⌄

# TOPSTEPTRADER

☰  Sign in

TopstepTrader  >  Dashboard  >  Monthly Renewal

🔍 Search

**Articles in this section** ⌄

# How do I remove a credit card?

You can remove a credit card directly from the "My Profile" section of your dashboard. Just click "Billing," click on the card you'd like to remove → Edit → Remove Card → Continue. The card should now disappear from your dashboard. Please keep in mind that you will need to have a credit card on file for any future active Trading Combines.

If you have any questions or need assistance, please contact support at 1-888-407-1611 or support@topsteptrader.com

Ⓕ Ⓣ Ⓘ Ⓖ⁺

Have more questions? **Submit a request**

**Return to top** ⊕

TopstepTrader

English (US) ⌄

# TOPSTEPTRADER

 Sign in

TopstepTrader > Dashboard > Monthly Renewal

Search

**Articles in this section** ⌄

# How do I cancel my Trading Combine®?

We hate to see you go, but if you'd like to cancel your Trading Combine, please contact support at support@topsteptrader.com.

Ⓕ Ⓣ Ⓛ Ⓖ⁺

Have more questions? **Submit a request**

Return to top ⬆

TopstepTrader

English (US) ⌄

# TOPSTEPTRADER

☰ Sign in

TopstepTrader > Dashboard > Monthly Renewal

🔍 Search

**Articles in this section** ⌄

# How do I change the credit card on file?

Click here to watch a video on how to update your credit card.

You can update your credit card from the billing section, just click "Link New Card" and fill out the requested information.

Once you've added the card, select the red box ("Select Method") in the Active Combines section. Select the new card and click "Change Payment Method". Once you've successfully linked your new card to your active Trading Combine, you will see a screen that says "Payment method has been successfully changed." You're all set!

If you have any questions or need assistance, please contact support at 1-888-407-1611 or support@topsteptrader.com



Have more questions? Submit a request

Return to top ⊕

TopstepTrader

English (US) ⌄

**TOPSTEPTRADER**   ☰  Sign in

TopstepTrader > Funded Trader Preparation™

🔍 Search

# Funded Trader Preparation™

## FTP Parameters and Rules

Funded Trader Preparation™ Rules

Funded Trader Preparation™ Parameters

## FTP Rules FAQ

What releases do I need to be flat for?

What is the Weekly Loss Limit?

What is the Scaling Plan?

Why do I have to adhere to the Scaling Plan?

## FAQ

Can I reset my Funded Trader Preparation account?

Is Funded Trader Preparation free?

How long do I have to complete Funded Trader Preparation?

Why does my Account Balance start at $0?

I completed Funded Trader Preparation™, now what?

TopstepTrader

English (US) ⌄

# TOPSTEPTRADER

☰ Sign in

TopstepTrader > Funded Trader Preparation™ > FTP Parameters and Rules

🔍 Search

**Articles in this section** ⌄

# Funded Trader Preparation™ Rules

Below are the rules of the Funded Trader Preparation (FTP) account. If any of the rules are violated, your FTP will be closed and you can return to the Trading Combine.

- Trade a minimum of 10 days
- Only trade during permitted times
- Do not hit or exceed the Daily and/or Weekly Loss Limit*
- Do not allow the Account Balance to hit or exceed the Trailing Max Drawdown*
- Do not hold positions into major economic releases
- Follow the Scaling Plan

*$30K account does not have a Weekly Loss Limit.

*The Weekly Loss Limit is eliminated once the Trailing Max Drawdown reaches the starting balance.

Compare to Trading Combine® Rules here

  

Have more questions? Submit a request

Return to top ↑

 **TOPSTEPTRADER**

≡ Sign in

TopstepTrader > Funded Trader Preparation™ > FTP Parameters and Rules

🔍 Search

**Articles in this section** 

# Funded Trader Preparation™ Parameters

| Account Successfully Completed | Daily Loss Limit | Weekly Loss Limit | Max Drawdown | Profit Target |
|---|---|---|---|---|
| $30,000 | $500 | None | $1,500 | $1,500 |
| $50,000 | $1,000 | $1,000 | $2,000 | $3,000 |
| $100,000 | $2,000 | $2,000 | $3,000 | $6,000 |
| $150,000 | $3,000 | $3,000 | $4,500 | $9,000 |

  

Have more questions? **Submit a request**

**Return to top** ⊙

TopstepTrader

English (US) ⌄

# TOPSTEPTRADER

☰ Sign in

TopstepTrader > Funded Trader Preparation™ > FTP Rules FAQ

🔍 Search

**Articles in this section** ⌄

# What releases do I need to be flat for?

For major economic releases, TopstepTrader refers to this economic calendar. Economic releases cause extreme volatility and large price swings, therefore, are very difficult to trade consistently and profitably. Due to this increased risk, all traders in Funded Trader Preparation™ and Funded Account™ must be flat **1 minute before** until **1 minute after** a major economic release.

Those in the Trading Combine® do not need to be flat during any releases.

Click here for product symbols.

| | |
|---|---|
| **Unemployment Rate** | ES, NKD, NQ, 6A, 6B, 6C, 6E, 6J, 6S, E7, GE, YM, UB, ZT, ZF, ZN, ZB, GC |
| **ADP Non-Farm Employment change** | |
| **Non-Farm Employment change** | |
| **FOMC Meeting Minutes** | ALL PRODUCTS |
| **FOMC Statement** | |
| **US GDP (Advance, Preliminary, Final)** | ES, NKD, NQ, 6A, 6B, 6C, 6E, 6J, 6S, E7, GE, YM, UB, ZT, ZF, ZN, ZB, GC |
| **Crude Oil Inventories (EIA)** | CL, QM |
| **Natural Gas Inventories (EIA)** | NG, QG |
| **Crop Production** | ZC, ZS, ZW, ZM, ZL |



Have more questions? Submit a request

Return to top ⊕

TopstepTrader

English (US) ⌄



TOPSTEP**TRADER**

☰  Sign in

TopstepTrader  >  Funded Trader Preparation™  >  FTP Rules FAQ

🔍 Search

**Articles in this section** ⌄

# What is the Weekly Loss Limit?

Following successful completion of a $50K, $100K or $150K Trading Combine, Funded Trader Preparation and Funded Accounts have a Weekly Loss Limit. The Weekly Loss Limit is the maximum amount you may lose at any point in a calendar week (Monday through Friday). The Weekly Loss Limit is equivalent to the Daily Loss Limit and is factored based on the sum of the total Net P&L in the calendar week. The Weekly Loss Limit rule is eliminated once the Trailing Max Drawdown reaches the starting balance.

Have more questions? **Submit a request**

Return to top ⊙

TopstepTrader                                                                     English (US) ⌄



TopstepTrader  >  Funded Trader Preparation™  >  FTP Rules FAQ

Articles in this section  ⌄

# What is the Scaling Plan?

Traders will initially be required to scale their trading plans in order to survive an initial drawdown and to allow a true chance of success in Funded Trader Preparation and the Funded Account.

The lot size will increase/decrease according to the graphs below, as you build/lose equity. Your buying power will not decrease if you make a withdrawal.

In the Funded Account, once your cumulative profit is greater than $5K, you can request adjusted risk parameters.

The graphs below are based on the Trading Combine you successfully completed. Inside the bar graph is the account balance and to the right is the correlating Max Position Size.



Have more questions? Submit a request

Return to top ⊙

TopstepTrader                                                    English (US) ⌄

# TOPSTEPTRADER

  Sign in

TopstepTrader  >  Funded Trader Preparation™  >  FTP Rules FAQ

Search

**Articles in this section**  ⌄

# Why do I have to adhere to the Scaling Plan?

The funded trader Scaling Plan is in place to ease traders into the live market environment and build their equity consistently without taking undue risk. Since we implemented the funded trader Scaling Plan, the longevity of our Funded Accounts has significantly increased.

Have more questions? Submit a request

**Return to top** ⊙

TopstepTrader

English (US) ⌄

# TOPSTEP**TRADER**

  Sign in

TopstepTrader  >  Funded Trader Preparation™  >  FAQ

🔍 Search

**Articles in this section** ⌄

# Can I reset my Funded Trader Preparation account?

There are no resets in Funded Trader Preparation, however, there is also no time limit, so you can take all the time you need.

Ⓕ Ⓣ Ⓛ Ⓖ⁺

Have more questions? **Submit a request**

**Return to top** ⊙

TopstepTrader

English (US) ⌄

# TOPSTEPTRADER

 Sign in

TopstepTrader  >  Funded Trader Preparation™  >  FAQ

Search

**Articles in this section** ⌄

# Is Funded Trader Preparation free?

Yes, Funded Trader Preparation is completely free of charge.

Have more questions? **Submit a request**

**Return to top** ⊙

TopstepTrader                                        English (US) ⌄

# TOPSTEPTRADER

 Sign in

TopstepTrader  >  Funded Trader Preparation™  >  FAQ

🔍 Search

**Articles in this section** ⌄

# How long do I have to complete Funded Trader Preparation?

There is currently no time limit to complete Funded Trader Preparation (FTP). As long as you adhere to the Funded Trader Preparation rules you can take as long as you need to complete FTP.

(f) (t) (in) (g+)

Have more questions? Submit a request

Return to top ⊙

TopstepTrader                                     English (US) ⌄

# TOPSTEPTRADER

 Sign in

TopstepTrader  >  Funded Trader Preparation™  >  FAQ

Search

Articles in this section ⌄

# Why does my Account Balance start at $0?

In Funded Trader Preparation and in the Funded Account, you will have the same risk parameters (Daily Loss Limit, Max Drawdown, etc.) as the Trading Combine that you successfully completed.

Your buying power is determined by our scaling plan. Your account balance will start at $0. This means your account balance will only show the profits and losses that you make in your account.

Have more questions? Submit a request

Return to top ⊙

TopstepTrader

English (US) ⌄

# TOPSTEPTRADER

☰  Sign in

TopstepTrader  >  Funded Trader Preparation™  >  FAQ

🔍 Search

**Articles in this section**  ⌄

# I completed Funded Trader Preparation™, now what?

The funding process can take as little as one week depending on how quickly the trader completes the necessary steps.

- After the Trading Combine and Funded Trader Preparation are successfully completed, you will receive an email once the final day's Trade Report is posted.
- Complete the 4 required steps.
  1. Funded Account Agreement
  2. Update Trader Profile
  3. Complete your Funded Trader Goal Sheet
  4. Make Exchange Data Payment
- The account will be created on the brokerage side (3-4 business days).
- You receive your Funded Account credentials.



Have more questions? Submit a request

**Return to top** ⊙

**TOPSTEPTRADER**

☰  Sign in

TopstepTrader  >  Trading Platforms

🔍 Search

# Trading Platforms

**General Platform Questions**

What if my preferred platform isn't listed?

Updated Platform Connection Instructions

Platform Comparison

How do I change the contract month on my platform?

**NinjaTrader 8**

How to: Adjust plot execution on charts

How to: Add an instrument

How to: Reset instruments

How to: Batch roll contracts

NinjaTrader Connection 8 Instructions

**NinjaTrader 7**

⊛ NinjaTrader 7 Connection Instructions

About NinjaTrader 7

NinjaTrader 7 Connection Troubleshooting

NinjaTrader 7 Troubleshooting

I have an Apple computer, can I use NinjaTrader?

NinjaTrader License Key Information

See all 9 articles

## T4

About

Connection Instructions

How To: Set up Order Templates

How to: Permanently save a T4 layout

How to: Highlight entry price on the DOM grid

How to: Change contract month during rollover

See all 9 articles

## Sierra Chart

About Sierra Chart

Order Templates

Sierra Chart Support

Commissions and Fees

Sierra Chart Connection Instructions

Platform Subscription Information

## ATAS (Order Flow Trading)

Contact Support

Connection Instructions

## Trade Navigator

Platform Support

How To: Find Net P&L including commissions and fees

Connection Instructions

Do I need a license?

## VolFix.net

About

Platform Support

# TOPSTEPTRADER

☰ Sign in

TopstepTrader > Trading Platforms > General Platform Questions

🔍 Search

# General Platform Questions

Follow

What if my preferred platform isn't listed?

Updated Platform Connection Instructions

Platform Comparison

How do I change the contract month on my platform?

TopstepTrader

English (US) ⌄

# TOPSTEPTRADER

☰ Sign in

TopstepTrader > Trading Platforms > General Platform Questions

🔍 Search

**Articles in this section** ⌄

# What if my preferred platform isn't listed?

You are more than welcome to use any trading platform that can connect to the Rithmic data feed even if it is not listed on our site. Please keep in mind that the trading platform that you use to trade during the Trading Combine will be the platform that you are expected to utilize when trading on the Funded Account.

A full list of platforms that the Rithmic Data Feed is compatible with can be found here.

Please keep in mind that we may not be equipped with the tools needed to provide support for platforms not listed on our site.

Ⓕ Ⓣ Ⓛ Ⓖ⁺

Have more questions? **Submit a request**

**Return to top** ⊙

TopstepTrader

English (US) ⌄

# TOPSTEPTRADER

☰   Sign in

TopstepTrader > Trading Platforms > General Platform Questions

🔍 Search

**Articles in this section** ⌄

# Updated Platform Connection Instructions

Please click your selected platform and follow the steps to complete the connection. If you need assistance, please call us at 888-407-1611.

NinjaTrader 7

NinjaTrader 8

ATAS (Order Flow Trading)

Trade Navigator

R|Trader

T4

Sierra Chart

MultiCharts

Volfix



Have more questions? **Submit a request**

Return to top ⤒

# TOPSTEPTRADER

≡ Sign in

TopstepTrader › Trading Platforms › General Platform Questions

🔍 Search

| Articles in this section | ⌄ |
|---|---|

# Platform Comparison

| Platform | NinjaTrader | T4 | Sierra Chart | MultiCharts | R\|Trader Pro | R\|Trader | VolFix | eSignal | Trade Navigator | ATAS (OrderFlowTrading) |
|---|---|---|---|---|---|---|---|---|---|---|
| Website | NinjaTrader | CTS | Sierra Chart | MultiCharts | Rithmic | Rithmic | VolFix | eSignal | Trade Navigator | English/Русский |
| User Guide/Resources | Guides | Guide | Guide | Wiki | Guide | Guide | Education | Help Center | Guides | English/Русский |
| Platform Support | Email | Email | Support Board | Live Chat | Email | Email | Email | Email & Phone | Email | Support Center/Skype/Email |
| Free in Combine? | YES | YES | NO | NO | YES | YES | NO | NO | NO | YES |
| TST Discount? | YES: Funded Accounts only | N/A | YES: 30-day free trial + 15% off 3 months | NO | NO | NO | YES: 14-Day Trial | NO | YES: 30-Day Trial | N/A |
| License Required in Combine? | YES | NO | YES | YES | NO | NO | YES | YES | YES | NO |
| License Required in Funded Account? | YES | NO | YES | YES | NO | NO | YES | YES | YES | YES |
| Platform Prices | Lease or Own | FREE | Price Calculator | Price Comparison | $25/month | FREE | Price Calculator | Price Comparison | Price Comparison | English/Русский |
| Trial (Outside of TST) | Trial | Two-Week Trial | 15-Day Trial | 30-Day Trial | NO | NO | 7-Day Trial | 30-Day Trial | $7 Guest Pass | 15-Day Trial |
| Data Feed | Rithmic | CTS | CTS/Rithmic | Rithmic | Rithmic | Rithmic | Rithmic | Rithmic | Rithmic | Rithmic |
| Charts? | YES | YES | YES | YES | YES | NO | YES | NO | YES | YES |
| DOM? | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES |
| Mobile Platform? | NO | YES | NO | NO | NO | NO | NO | YES | NO | NO |
| Server Held OCO Orders? | NO | YES | YES | NO | YES | YES | NO | NO | NO | NO |
| Brokerage (For Funded Account) | NTB | Cunningham | Cunningham/Stage5 | Stage5 | NTB | NTB | NTB | NTB | Stage5 | NTB |

ⓕ ⓣ ⓘ ⊛

Have more questions? Submit a request

Return to top ⊕

# TOPSTEP**TRADER**

 Sign in

TopstepTrader  >  Trading Platforms  >  General Platform Questions

🔍 Search

**Articles in this section** ⌄

# How do I change the contract month on my platform?

Per the Trading Combine Rules, you must only trade the "front month" contracts for all products. The front month contract is the most liquid of futures contracts. The futures "rollover" is a period of time when one product month is going to expire, and longer-term traders who intend to remain in the position need to "offset" their position in the expiring contract month and re-open their position in the longer term "new" contract month. Click on the link below for instructions on how to change the month of the contract:

T4

NinjaTrader 7

NinjaTrader 8

Sierra Chart

MultiCharts

VolFix

   

Have more questions? Submit a request

Return to top ⬆

# TOPSTEPTRADER

≡   Sign in

TopstepTrader > Trading Platforms > NinjaTrader 7

🔍 Search

# NinjaTrader 7

Follow

⭐ NinjaTrader 7 Connection Instructions

About NinjaTrader 7

NinjaTrader 7 Connection Troubleshooting

NinjaTrader 7 Troubleshooting

I have an Apple computer, can I use NinjaTrader?

NinjaTrader License Key Information

Tutorial Videos

Sending TradeStation strategy order into NinjaTrader

Can I get Level II data on NinjaTrader using your license key?

TopstepTrader

English (US) ⌄

# TOPSTEPTRADER

  Sign in

TopstepTrader  >  Trading Platforms  >  NinjaTrader 7

🔍 Search

**Articles in this section**  ⌄

# NinjaTrader 7 Connection Instructions

Watch this video for a walkthrough of the connection instructions.



1. [Download NinjaTrader 7.34](#)

   If a "Get Connected" window pops up, click the "skip" button located on the bottom left side of the pop-up.

2. Be sure to download version [14.17 or higher of R|Trader](#) and follow [these instructions](#) to connect.

3. NinjaTrader control center:

   - Click Help
   - Click License Key
   - Erase the current License Key and replace it with **@TST-COMB-INE1-RITH-MICF-REE2-**

**LIVE-SIM3**

- Click Ok



- When prompted "Do you want NinjaTrader to be in simulation mode on application start up?", select 'No'



4. From the NinjaTrader control center:

- Click on the Tools menu, then select Account Connections
- Click Add



- The Connection Options menu will pop-up:
- Click Next
- Connection Name: TopstepTrader
- Provider: Rithmic for NinjaTrader Brokerage
- To Connect on Startup, click the box to enable
- Historical Data, select: Enabled



- Click Next
- Username, type: (found in Account Information email)
- Password, type: (found in Account Information email)
- System: TopstepTrader Paper Trading

- • If you do not see TopstepTrader Paper Trading you will need to upgrade the version of NinjaTrader you are using by clicking the link in Step 1



- Click Next
- Click Finish
- Close Account Connection Set Up window
- From the NinjaTrader Control Center, click on the File menu, hover over Connect and click TopstepTrader
- You should now see a green box on the bottom left of your NinjaTrader Control Panel that says "Connected to Rithmic For NinjaTrader Brokerage"

<u>IMPORTANT THINGS TO KNOW BEFORE GETTING STARTED</u>

- **ALWAYS** monitor your NET P&L in R|Trader rather than NinjaTrader by clicking on Trader Dashboard, and locating the column labeled P&L. R|Trader automatically calculates commissions and fees, while NinjaTrader does not display your Net P&L accurately in real time. TopstepTrader Trade Reports are calculated using the data from R|Trader.
- Trades placed in SIM101 will not be sent to us. Please be sure to trade in the correct account (found in Account Information email).
- If we do not receive your trading results, Trade Reports will not be generated and you will not be eligible to be reviewed for a Funded Account. Trade Reports are updated by 4 PM CT each trading day, and you can view your Trade Report by **clicking here**.

Have more questions? Submit a request

Return to top ⊙

TopstepTrader                                                                                    English (US)  ⌄

# TOPSTEP**TRADER**

Sign in 

TopstepTrader > Trading Platforms > NinjaTrader 7

🔍 Search

**Articles in this section** ⌄

# About NinjaTrader 7

NinjaTrader has easy to use and powerful order entry and trade management functionality to help you achieve your trading goals. The SuperDOM and Chart Trader provide traders with ease of operation, clear trade visualization, and fast entry to capitalize on today's markets.

**SuperDOM**

Easy to see trade visualization
Single click order entry, modification, and cancellation
Can be used with Advanced Trade Management (ATM) module



**Chart Trader**

    Easy to see trade visualization on the chart

    Single click order entry, modification, and cancellation from the chart

    Can be used with Advanced Trade Management (ATM) module



**NinjaTrader is the industry leader in trade management features!**

Advanced Trade Management (ATM) is NinjaTrader's order management technology that lets you pre-define personal trade management strategies including multiple profit targets and stop loss orders, one-cancels-other (OCO) orders, auto-breakeven stops, trailing stops and more.

**ATM entry box image**

Easily specify multi-stage exit parameters

Single check box to create an auto-breakeven stop

Highly configurable and easy to use auto-trail stop



**Utilize NinjaTrader's comprehensive market analytics tools to help find trading opportunities!**

Regardless of what markets you trade, what style of trader you are or if you require real-time or end - of-day analytics, the NinjaTrader platform provides the tools to analyze the markets and your trading ideas in a flexible, customizable and user-friendly manner to help you trade better.

**Charting**

Powerful market visualization
Multi-time frame and multi-instrument analysis
Over 100 pre-built customizable indicators plus 100s of optional 3rd party indictors

**Other Analysis Tools**

Trade performance tool
Market Analyzer
Strategy analyzer



**Automate and customize your trading!**

NinjaTrader offers custom development and trade automation. You'll have the ability to automate your trading strategies whether they were developed natively using NinjaScript or in an external application.

**Automated and Custom Trading**

Develop or purchase automated trading strategies

Analyze automated trading strategies

Execute automated trading strategies

Process Trading signals from external applications

Create or purchase 3rd party custom charting indicators

**NinjaTrader is committed to providing Education and Support**

The NinjaTrader team is deeply versed in all aspects of platform operation and can be easily accessed through email or their support forum. In addition, NinjaTrader provides daily educational webinars and a complete context-sensitive online user's manual interlaced with many product videos to minimize your platform learning curve.

**Education and Support**

     Free daily NinjaTrader training webinars
     Media rich help guide
     Video library
     Active user community

  

Have more questions? <span style="color:green">Submit a request</span>

Return to top ⊕

---

TopstepTrader      English (US) ⌄

TOPSTEP**TRADER**   Sign in

TopstepTrader  >  Trading Platforms  >  NinjaTrader 7

🔍 Search

**Articles in this section**  ⌄

# NinjaTrader 7 Connection Troubleshooting

## I can't log into NinjaTrader

If you are unable to log into NinjaTrader, this most likely means that you have not successfully logged into RTrader. Start with Step 1 of the NinjaTrader connection Instructions.

## I can't log into R|Trader

You may experience trouble logging into RTrader during market close, as this time is used to perform maintenance and updates. If you are having trouble logging into RTrader while the market is open, please check for the following:

- Check that your case-sensitive credentials are entered correctly.
- Make sure no spaces are included before or after your username and password.
- Confirm that the System is listed as 'TopstepTrader', NOT Rithmic 01. If Rithmic 01 is selected, click on it to select 'TopstepTrader'.

## I don't see Rithmic for NinjaTrader Brokerage as a connection option

- From the NinjaTrader Control Panel: Click Help, and check that the correct license key has been entered: @TST-COMB-INE1-RITH-MICF-REE2-LIVE-SIM3.
- If the correct license key is entered, click on Tools, Account Connections, and remove the TopstepTrader account.
- Add the TopstepTrader connection again by repeating step 4 of the NinjaTrader Connection Instructions.

## I can't select my account name in the DOM or charts

From the NinjaTrader Control Panel: Click File, and check that Global Simulation Mode is **not** checked. You

will not be able to select your TopstepTrader account if this box is checked.

## I can't uncheck Global Simulation Mode

- From the NinjaTrader Control Panel: Click Help, select License Key, and re-enter the key @TST-COMB-INE1-RITH-MICF-REE2-LIVE-SIM3.
- Select "NO" when asked if you want NinjaTrader to be in Global Simulation Mode on startup.

**If you have platform connection issues that cannot be resolved by troubleshooting, please contact support@topsteptrader.com.**



Have more questions? Submit a request

───────────────────────────────────────

Return to top ⊙

TOPSTEP**TRADER**

☰  Sign in

TopstepTrader  ›  Trading Platforms  ›  NinjaTrader 7

🔍 Search

Articles in this section ⌄

# NinjaTrader 7 Troubleshooting

No data in your Charts or DOM

Error message: "Bad trigger price"

Error message: "RMS - Buy/Sell Limit Exceeds limit set"

How to: See your Account Balance on the NinjaTrader start-up

How to: Change Contract Month

How to: Reset Instruments

How to: Automatically flatten trades

How to: Set up an OCO

Can I use a NinjaTrader Static SuperDOM?

Tutorial Videos

## No data in your Charts or DOM

If you are unable to receive data in your NinjaTrader platform or if your charts aren't loading, and you are successfully connected to TopstepTrader, it could be that you are not trading in the correct month or need to reset your instruments.

To change contract month please do the following:

- In your NinjaTrader control panel click Tools >> Instrument Manager

- On the left hand side you will see a "Default List" of contracts. Select the contract you are trading (ES, CL, GC etc).

- At the bottom of the Instrument Manager you will see two arrows. First select the instrument, then click the bottom arrow pointing to the right. This will remove the contract from your list.
- Then click the top arrow pointing to the left. This will add the contract back to the list in the correct month.
- You can continue to do this for any other products you are trading.

To reset your instruments, please do the following:

- Close out of your R|Trader if you are currently logged in.
- Go into your NinjaTrader Control Panel and click File >> Disconnect >> TopstepTrader
- Click Tools >> Options >> find the Data tab >> then click Reset Instruments
- Then you will be prompted to close our your NinjaTrader and reopen it for the changes to be made

## Error message: "Bad trigger price"

You are receiving this error message because you attempted to place a buy stop order below the market, or a sell stop order above the market. Sometimes if you place this order right at the market, it will also get rejected with this message. Buy stop orders can only be placed above the market and sell stop orders can only be placed below the market, so just be aware of that and you should be good!

## Error message: "RMS - Buy/Sell Limit Exceeds limit set"

NinjaTrader Risk Manager will not stop you out if you attempt to exceed your Max Position Size, but exceeding it violates Combine Rules. In order to manage all of your positions, we recommend downloading the R|Trader platform (Rithmic's integrated trading platform). - Install the program on your computer. - Open the R|Trader platform. - Sign in using the same user name and password provided to you to connect your NinjaTrader system to Rithmic. Select "Paper Trading" for the connection. - Within R|Trader, click on the "Recent Orders" icon and you will be able to see any working orders and filled trades for the current day. To look beyond the current day, click on the "Order History" icon. - If your orders are not seen on R|Trader, make sure that you have Global Simulation Mode OFF and that you are NOT trading on the "Sim101" account within your NinjaTrader platform.

## How to: See your Account Balance on the NinjaTrader start-up

To view your Net P&L (including commissions and fees), open R|Trader, click Trader Dashboard, and reference the PNL column to see your account balance including commissions and fees. We will always

rely on our Trade Reports' calculation when evaluating your Combine. If you have not done so already, please ensure that your platform is set to properly calculate your Commissions and Fees.

From the NinjaTrader Control Center:

- Click on the Tools menu then click Options
- Click the General tab, then click the box to Apply commission to PnL calculations
- Click on the Commission tab and scroll to find: Futures - Rithmic
- Click on the + sign for Futures - Rithmic to expand the menu
- A field for Commission levels will appear. Click on that line and you will see a "..." appear. Click on "..."
- The Collection editor menu will appear, click New
- For Commission, type 1.84. For Units, type 1
- Click OK. This will bring you back to the Options menu. Click OK

## How to: Change Contract Month

If you are unable to receive data in your NinjaTrader platform or if your charts aren't loading, it could be because you are not trading in the correct month.

To change contract month please do the following:

- In your NinjaTrader control panel click Tools >> Instrument Manager
- On the left hand side you will see a "Default List" of contracts. Select the contract you are trading (ES, CL, GC etc).
- At the bottom of the Instrument Manager you will see two arrows. First select the instrument, then click the bottom arrow pointing to the right. This will remove the contract from your list. Then click the top arrow pointing to the left. This will add the contract back to the list in the correct month.
- You can continue to do this for any other products you are trading.

## Rolling Over a Futures Contract

To rollover a futures contract:

1. Select the **Tools** menu within the Control Center followed by the Instrument Manager menu item
2. Left mouse click on the expired contract in the list to the left within the **Instrument Manager** window
3. Press the **>** button to remove the expired contract from the instrument list
4. Press the **<** button to add the current contract to the instrument list



NOTE: You must select the current contract within a chart for the new contract data to load

## How to: Reset Instruments

If you are unable to receive data in your NinjaTrader platform or if your charts aren't loading, it could mean that you need to reset your instruments.

To reset them, please do the following:

- Close out of your R|Trader if you are currently logged in.
- Go into your NinjaTrader Control Panel and click File >> Disconnect >> TopstepTrader.
- Click Tools >> Options >> find the Data tab >> then click Reset Instruments.

## How to: Automatically flatten trades

Within NinjaTrader you can set up a flatten time automatically by going to Command Center > Tools > Options > Misc. menu. TopstepTrader is not responsible for any software failures related to this function. Please review the permitted times for trading each market below.

All positions MUST be closed by 3:10 PM CT and can be reopened after market open at 5:00 PM CT.

## How to: Set up an OCO

1. Right click in the SuperDOM and select the menu "OCO Order" to enable this function
2. For your first order, select the desired option from the "ATM Strategy" drop down list
3. Submit your stop order to buy above the market
4. For your second order, select the desired option from the "ATM Strategy" drop down list
5. Submit your stop order to sell below the market
6. CRITICAL Right click in the SuperDOM and select the menu "OCO Order" to disable this function
7. For a market fade approach just substitute limit orders with stop orders. This entry technique is demonstrated in our free ATM Level I training class that we hold several times per week.

## Can I use a NinjaTrader Static SuperDOM?

Yes, however it requires the use of a paid NinjaTrader Rithmic license key. If you want to use a Static SuperDOM, please proceed as follows:

1. Purchase or convert an existing license to NinjaTrader Rithmic broker technology:
   - To purchase, click here.
   - To convert an existing license, email platformsales@ninjatrader.com to enable your license for Rithmic for NinjaTrader Brokerage and include the license key.
2. Purchase TT credits for Static SuperDOM by clicking here.
3. Email platformsales@ninjatrader.com with "Enable Static SuperDOM" as the subject and include that you have already purchased TT credits.

## Tutorial Videos

Please click here

Have more questions? Submit a request

Return to top ⊙

TopstepTrader

English (US)

# TOPSTEP**TRADER**

  Sign in

TopstepTrader  >  Trading Platforms  >  NinjaTrader 7

🔍 Search

Articles in this section  ⌄

# I have an Apple computer, can I use NinjaTrader?

NinjaTrader is meant to be used with a windows system. However, if you are using an Apple product there are some options for you. Please see below:

**NinjaTrader-Mac Installation Options**

NinjaTrader is a Windows application which relies on the .NET Framework to operate and the .NET Framework is only available on Windows Operating System and DOES NOT run on the Mac Operating System.  While we do not officially support running NinjaTrader on a Mac; we have had many clients run NinjaTrader on Mac hardware.

We have specific installation instructions for Parallels and VMWare Fusion which will allow you to run NinjaTrader on your Mac. Below you will find instructions specific to the available options of running NinjaTrader on a Mac computer with the virtualization tools. Please note that Windows is sold separately from BootCamp, Parallels, and VMWare.

**Mac Installation - Configuring NinjaTrader for Parallels**

When installing NinjaTrader on a Mac using Parallels users will need to ensure that the following steps have been taken prior to the installation of NinjaTrader.

1. Start Parallels and select your virtual machine
2. Press the "Configure" button on the top
3. Under "Options", select "Sharing"
4. Uncheck "Share Mac" under "Share Mac User Folders with Windows"
5. Press "OK" and start the virtual machine

**Mac Installation - Configuring NinjaTrader for VMWare Fusion:**

When configuring NinjaTrader on a Mac running VMWare, users will need to ensure that the following steps

have been taken prior to the installation of NinjaTrader.

1. Start VMWare and select your virtual machine
2. Press the "Settings" button on the bottom
3. Under "System Settings", select "Sharing"
4. Uncheck "Documents" from the "Mirrored Folders" list
5. Close the "Settings" window and start the virtual machine

**Mac Installation - Configuring NinjaTrader for Apple Boot Camp:**

When configuring NinjaTrader on a Mac running Apple Boot Camp, there are no special instructions needed.

Have more questions? Submit a request

Return to top ⊙

TopstepTrader

English (US) ⌄

# TOPSTEPTRADER

  Sign in

TopstepTrader > Trading Platforms > NinjaTrader 7

🔍 Search

**Articles in this section**  ⌄

# NinjaTrader License Key Information

I don't have a license key through NinjaTrader and I would rather not buy one

I currently have a Single Broker license key

I currently have a Multi-Broker license key

Using the Static SuperDOM in the Combine

## I don't have a license key through NinjaTrader and I would rather not buy one.

No problem! Thanks to our partnership with NinjaTrader, you can now use NinjaTrader for free with a Combine! The free use is exclusive to your TopstepTrader accounts and may not be used with your NinjaTrader brokerage account or with a funded trading account backed by our trading firm. Once you sign up for a Combine you'll receive the license key in an email with instructions to connect.

## I currently have a Single Broker license key

If you have a Single Broker license key for the NinjaTrader platform that is not set up for Rithmic (Futures), or is already being used on a separate account, you will need to change the license key that you are connected to in order to trade your TopstepTrader account.

- Open the NinjaTrader Control Center
- Click Help
- Click License Key

- Click License Key
- Replace your license key with @TST-COMB-INE1-RITH-MICF-REE2-LIVE-SIM3
- Click OK

If you have a Single Broker license key for the NinjaTrader platform that is not set up for Rithmic (Futures), but you'd like to use it exclusively for your TopstepTrader account, simply email platformsales@ninjatrader.com and ask them to enable your license key for Rithmic for NinjaTrader Brokerage. Please note, you will only be able to access your TopstepTrader account if you choose to do this. Also, please make sure you're using NT Version 7, at least Release 26.

## I currently have a Multi-Broker license key

If you have a Multi-Broker license key, it was likely created before we added NinjaTrader Rithmic technology so it needs to be updated. Please email your license key number to platformsales@ninjatrader.com and ask them to enable it for Rithmic for NinjaTrader Brokerage. Also, please make sure you're using NT Version 7, at least Release 26.

## Using the Static SuperDOM in the Trading Combine

You can use the Static SuperDOM, however it requires the use of a paid NinjaTrader Rithmic license key. If you want to use a Static SuperDOM, please proceed as follows:

1. Purchase or convert an existing license to NinjaTrader Rithmic broker technology.
   - To purchase, click here.
   - To convert, email platformsales@ninjatrader.com and include the license key that you want converted to NinjaTrader Rithmic.
2. Purchase TT credits for Static SuperDOM here
3. Email platformsales@ninjatrader.com with "Enable Static SuperDOM" as the subject and include that you have already purchased TT credits.



Have more questions? Submit a request

Return to top ⤴

TOPSTEP**TRADER**  Sign in

TopstepTrader > Trading Platforms > NinjaTrader 7

Search

**Articles in this section** ⌄

# Tutorial Videos

How to: Set up your NinjaTrader connection, commissions, and complete market data entitlements



How to: Use the Instrument Manager



How to: Open and use Chart Trader, place a variety of orders, and create and use ATM strategies



How to: Customize the charts for the Combine



How to: Use Market Replay



>

Have more questions? Submit a request

Return to top ⬆

# TOPSTEPTRADER



☰  Sign in

TopstepTrader  >  Trading Platforms  >  NinjaTrader 7

🔍 Search

**Articles in this section** ⌄

# Sending TradeStation strategy order into NinjaTrader

*Note:  The information below has been provided by a third-party.  At this time, TopstepTrader does not provide technical support for TradeStation.  Any use of the information below is* **done so at your own-risk.**

NinjaTrader offers two ways of transferring trade signals from TradeStation Strategies into NinjaTrader. This is done by using either email automation or Easylanguage, directly from the TradeStation strategy code, by installing a Ninjatrader Daily Loss Limit into TradeStation. The idea is to route the orders generated by TradeStation's strategies through NinjaTrader orders platform.

The two methods for this sort of orders routing is described here.

The email automation method is the only reasonable candidate, but with some caveats and tricky gotchas that if not properly handled would once more lead to catastrophic errors and signal mis-matches which would result in crashing a Combine.

Sending TradeStation signals into NinjaTrader via email is a two step process. First establishing SMTP connectivity, and then turning the TradeStation Strategy Orders display checkbox on for that particular strategy. It is only when the orders display checkbox is turned on, that TradeStation strategy signals start flowing into NinjaTrader, and there could be some issues with managing it.

(1) When the signal from a TradeStation strategy order goes into Ninja and pops up in the Ninja orders list views, changing any of those values such as Stops values, or Targets values on the Ninja side manually is a recipe for disaster because then any subsequent cancelations or alterations from the TradeStation signals side will no longer match.

(2) If the Tradestation strategy is already in a position when the connection is established, the position is NOT automatically matched on the NinjaTrader side. This can be extremely problematic because a closing signal of an existing TradeStation strategy position would actually end up opening a new (unintended) position in the direction of the close. For example if the

strategy position would actually end up opening a new (unintended) position in the wrong direction! For example if the TradeStation strategy was Long and sent a signal to Close the Long, that would go over to the Ninja side as a signal to open a Short!

(3) The best case for error free operation is to establish connectivity only when there are no open positions inside the TradeStation strategy. This can be difficult for strategies that are always in some sort of position; in such cases one has to enter into a position inside NinjaTrader so that it matches up with TradeStation strategy positions.

Overall one must exercise caution and test it out thoroughly, but it can be made to work.

**Connecting TradeStation to NinjaTrader**

If you'd like to use the TradeStation platform in the Combine you will need to successfully connect to the NinjaTrader platform. Please carefully follow these Connection Instructions.

  

Have more questions? Submit a request

Return to top ⊕

TopstepTrader

English (US) ⌄

# TOPSTEPTRADER

 Sign in

TopstepTrader  >  Trading Platforms  >  NinjaTrader 7

🔍 Search

**Articles in this section** ⌄

# Can I get Level II data on NinjaTrader using your license key?

Yes. Once you're connected to Ninja with your username and password, Level II data can be loaded under File > New > Level II.

Have more questions? **Submit a request**

Return to top ⊙

TopstepTrader

English (US) ⌄

# TOPSTEPTRADER

≡ Sign in

TopstepTrader > Trading Platforms > NinjaTrader 8

🔍 Search

# NinjaTrader 8

Follow

How to: Adjust plot execution on charts

How to: Add an instrument

How to: Reset instruments

How to: Batch roll contracts

NinjaTrader Connection 8 Instructions

TopstepTrader

English (US) ⌄

# TOPSTEPTRADER

 ☰ Sign in

TopstepTrader > Trading Platforms > NinjaTrader 8

🔍 Search

**Articles in this section** ⌄

# How to: Adjust plot execution on charts

If you do not want to view your order executions plotted on your chart you can disable them by following these steps:

1. From your chart click the **Data Series** button, or right-click on your chart and choose **Data Series**...
2. Scroll to the bottom to **Plot executions** and select how you want your trades to be plotted on this particular chart.
   - **Text and marker** will display an arrow and text that includes the execution type, lot size, and price.
   - **Marker only** will only display an arrow wherever you made executions.
   - **Do not plot** will remove any execution markers on your chart.
3. After making your selection you can click 'OK'. This customization can be done on any of your individual charts.

Have more questions? Submit a request

Return to top ↑

TopstepTrader

English (US) ⌄

# TOPSTEP**TRADER**

 Sign in

TopstepTrader  >  Trading Platforms  >  NinjaTrader 8

🔍 Search

**Articles in this section** ⌄

# How to: Add an instrument

If you do not have a product you want to trade currently in your Instrument List you can quickly add it in NinjaTrader 8 by following the instructions below:

1. From the Control Center click on the **Tools** menu and choose **Instrument List**.
2. In the **Lists** column click on **Futures**.
3. At the bottom of the **Instruments** column click 'add'.
4. Type in the symbol of the futures product you want to add followed by the contract month and click 'enter' on your keyboard.
   - For example, the May 2017 Crude Oil contract would be entered as 'CL 05-17'.
   - You can find the symbols and active contact months from our list of permitted products here.
5. Click 'Apply' and 'OK'. You will now be able to choose this instrument to place trades, create DOMs, and create charts!

Have more questions? Submit a request

Return to top ⊙

TopstepTrader

English (US) ⌄



TOPSTEP**TRADER**

≡  Sign in

TopstepTrader  >  Trading Platforms  >  NinjaTrader 8

🔍 Search

**Articles in this section**  ⌄

# How to: Reset instruments

If you ever needed to restore the Instruments to default settings you can do so via the NinjaTrader **Control Center Tools** menu and accessing **Database**. In the **Database** window, click on Update in the **Update instruments** list. For more information on the **Database** window please see the Database section of NinjaTrader's help guide.





TOPSTEP**TRADER**

☰ Sign in

TopstepTrader > Trading Platforms > NinjaTrader 8

🔍 Search

**Articles in this section** ⌄

# How to: Batch roll contracts

NinjaTrader allows batch rollover of the contract expiry of all instruments across all instrument lists and windows on all open workspaces. To perform this batch rollover please see the steps below.

1. Select the **Tools** menu within the **Control Center** followed by the **Database** menu item.
2. The grid for the **Rollover futures instruments** section will show each instrument that is eligible to be rolled over. A contract is eligible to be rolled when today's date is greater than or equal to the rollover date defined for the instruments next contract month.
3. When selecting **Rollover**, any instrument with a check mark in the **Update** column will be updated to the contract month in the **New Expiry** column.



Note: Rolling over futures instruments will update the expiry of the instruments across all instrument lists and windows using the instruments on all open workspaces. These changes on workspaces will need to be saved should you wish to preserve them. If there are areas you still wish to use the old expiry with please be sure to switch them back to the old expiry or do not rollover at this time.

Note: NinjaScript strategies are not rolled forward and must be manually rolled over.

Have more questions? Submit a request

Return to top ⊙

TopstepTrader                                                English (US) ⌄

# TOPSTEPTRADER

  Sign in

TopstepTrader  >  Trading Platforms  >  NinjaTrader 8

🔍 Search

Articles in this section  ⌄

# NinjaTrader Connection 8 Instructions

Watch this video for a walkthrough of the connection instructions.



1. [Download NinjaTrader 8](#)

   If a "Get Connected" window pops up, click the "**skip**" button located on the bottom left side of the pop-up.

2. Be sure to download version 14.17 or higher of R|Trader and follow these instructions to connect.

3. NinjaTrader control center:

   - Click Help



- Click License Key
- Erase the current License Key and replace it with **@TST-COMB-INE1-RITH-MICF-REE2-LIVE-SIM3**
- Click Ok



4. From the NinjaTrader control center:

- Click on Connections



- Click Configure
- The Connection Options menu will pop-up:
- Click Rithmic for NinjaTrader Brokerage



- Click Add
- Click My Rithmic for NinjaTrader Brokerage

- Connection Name: TopstepTrader
- Check Connect on Start Up

<br>

- Username, type: (found in Account Information email)
- Password, type: (found in Account Information email)
- System: TopstepTrader
- Click Apply
- Click OK
- Close Account Connection Set Up window



5. From the NinjaTrader Control Center, click Connections and click TopstepTrader
   - You should now see a green circle on the bottom left of your NinjaTrader Control Panel and also another one next to TopstepTrader when clicking on Connections.

## IMPORTANT THINGS TO KNOW BEFORE GETTING STARTED

- Be sure to download version 14.17 or higher of R|Trader and follow these instructions to connect.
- **ALWAYS** monitor your NET P&L in R|Trader rather than NinjaTrader by clicking on Trader Dashboard, and locating the column labeled P&L. R|Trader automatically calculates commissions and fees, while NinjaTrader does not display your Net P&L accurately in real time. TopstepTrader Trade Reports are calculated using the data from R|Trader.
- Trades placed in SIM101 will NOT be sent to us. Please be sure to trade in the correct account (found in Account Information email).
- If we do not receive your trading results, Trade Reports will not be generated and you will not be eligible to be reviewed for a Funded Account. Trade Reports are updated by 4 PM CT each trading day, and you can view your Trade Report by clicking here.

Have more questions? Submit a request

---

Return to top ⊙

TopstepTrader

English (US) ⌄

# TOPSTEP**TRADER**

 Sign in

TopstepTrader  >  Trading Platforms  >  T4

🔍 Search

# T4

Follow

About

Connection Instructions

How To: Set up Order Templates

How to: Permanently save a T4 layout

How to: Highlight entry price on the DOM grid

How to: Change contract month during rollover

How to: Switch between Trading Accounts

How To: Set up Commissions and Fees

Platform Support

TopstepTrader

English (US) ⌄

# TOPSTEPTRADER

  Sign in

TopstepTrader  >  Trading Platforms  >  T4

🔍 Search

**Articles in this section** ⌄

# About

Detailed contract window screen shot



# Platform Features

## Streaming Quotes

- Streaming Level 2 Quotes
- Commodities market information
- See all streaming bids & offers
- See quantities at each price



## Quick Trades

- Easy and fast trading software
- See the entire market
- Point... Click... You're filled!



| M | Con | Contract | Market | Net Cha | Net Ch | Total Tra | Last Tra | Open | Low | High | Settlem | Rang | Open Int |
|---|-----|----------|--------|---------|--------|-----------|----------|------|-----|------|---------|------|----------|
| 🟢 | ES | SIM:E-mini S&P 500 | Mar14 | +0.01% | +25 | | | 187625 | 187150 | 188075 | 187725 | 925 | 3080700 |
| 🟢 | 6E | SIM:Euro FX | Mar14 | -0.03% | -4 | | | 13880 | 13834 | 13880 | 13869 | 46 | 247820 |
| 🟢 | CL | SIM:Crude Oil | Apr14 | -0.26% | -26 | | | 10094 | 10043 | 10152 | 10112 | 109 | 232537 |
| 🟢 | GE | SIM:Eurodollar | Mar14 | +0.00% | +0.25 | | | 9976.50 | 9976.25 | 9976.75 | 9976.50 | 0.50 | 701085 |
| 🟢 | NQ | SIM:E-mini NASDAC | Mar14 | +0.28% | +1050 | | | 370750 | 370200 | 371875 | 370750 | 1675 | 453224 |
| 🟢 | 6B | SIM:British Pound | Mar14 | -0.04% | -6 | | | 16645 | 16596 | 16652 | 16639 | 56 | 184155 |
| 🟢 | 6J | SIM:Japanese Yen | Mar14 | -0.07% | -7 | | | 9684 | 9668 | 9691 | 9691 | 23 | 181240 |
| 🟢 | YM | SIM:Mini-Dow | Mar14 | +0.05% | +8 | | | 16408 | 16366 | 16443 | 16413 | 77 | 123431 |
| 🟢 | 6A | SIM:Australian $ | Mar14 | +0.23% | +21 | | | 9018 | 9006 | 9047 | 9011 | 41 | 94273 |
| 🟢 | NKD | SIM:Nikkei 225 | Mar14 | -0.43% | -65 | | | 15225 | 15120 | 15280 | 15230 | 160 | 55116 |
| 🟢 | NG | SIM:Natural Gas | Apr14 | -0.56% | -26 | | | 4658 | 4591 | 4683 | 4651 | 92 | 161978 |
| 🟢 | 6S | SIM:Swiss Franc | Mar14 | +0.01% | +1 | | | 11396 | 11358 | 11396 | 11386 | 38 | 46656 |
| 🟢 | 6C | SIM:Canadian $ | Mar14 | +0.19% | +17 | | | 9002 | 8982 | 9020 | 9002 | 38 | 120895 |
| 🟢 | HE | SIM:Lean Hogs | Apr14 | +0.32% | +375 | | | 116800 | 116050 | 118575 | 116000 | 2525 | 75721 |
| 🟢 | LE | SIM:Live Cattle | Apr14 | +0.65% | +925 | | | 143275 | 143125 | 144575 | 143150 | 1450 | 117347 |
| 🟢 | ZF | SIM:5yr Note | Mar14 | -0.04% | -15 | | | 120125 | 120110 | 120130 | 120125 | 20 | 52747 |
| 🟢 | ZN | SIM:10yr Note | Mar14 | -0.09% | -35 | | | 125065 | 125045 | 125090 | 125080 | 45 | 56540 |
| 🟢 | ZB | SIM:30yr Bond | Mar14 | -0.07% | -3 | | | 13225 | 13220 | 13227 | 13223 | 7 | 15619 |
| 🟢 | ZT | SIM:2yr Note | Mar14 | -0.01% | -2 | | | 110022 | 110020 | 110025 | 110022 | 5 | 22414 |
| 🟢 | ZC | SIM:Corn | Mar14 | -0.53% | -24 | | | 4716 | 4682 | 4744 | 4720 | 62 | 2879 |
| 🟢 | GF | SIM:Feeder Cattle | Mar14 | +0.24% | +425 | | | 173775 | 173525 | 174425 | 173700 | 900 | 4780 |
| 🟢 | ZS | SIM:Soybean | Mar14 | +0.16% | +22 | | | 14194 | 14126 | 14270 | 14192 | 142 | 1505 |
| 🟢 | UB | SIM:Ultra T-Bond | Mar14 | 0.00% | 0 | | | 14202 | 14130 | 14207 | 14131 | 9 | 26113 |
| 🟢 | GC | SIM:Gold | Mar14 | +0.44% | +59 | | | 13400 | 13400 | 13524 | 13414 | 124 | 169 |
| 🟢 | ZW | SIM:Wheat | Mar14 | +1.05% | +66 | | | 6430 | 6430 | 6516 | 6450 | 86 | 96 |

## Additional Features

- Customizable screens to fit your trading style
- Order management screens with trade information and confirmation
- Ultra-secure transmission of your orders direct to the clearing firm
- Market depth
- Total volume executed at last price
- Multiple trade windows
- One click stops, trailing stops
- Ability to set audio alerts
- Pull all orders with a single click
- Order book window
- Risk window
- OCO (Order Cancels Order)
- Auto OCO etc.



## System Requirements

**PC**

- Processor: Intel Core 2 Duo 2,5Ghz / Athlon 64 X2 2,5Ghz or higher.
- RAM: As much as possible. We recommend upgrading your computer or laptop to the maximum memory supported by your machine beginning from 2 GB RAM.
- Hard Drive: Our trading software uses approximately 40MB of hard drive space. But it is better to have more space to store your studies, models and trading systems.
- Monitor: 1600x1200 monitor resolution or higher.
- Operating System: Windows XP (Home or Professional).
- Software: Microsoft Internet Explorer 5.0.
- Internet Connection: Direct (ISDN, Cable Modem, DSL) connection to the Internet. Do not use Dial-up.
- Power Supply: Uninterruptible Power Supply (UPS) to guard your equipment against lightning and power outages. Add computer, monitor and modem to UPS.

**MAC**

T4 does not currently support MAC. T4 has a WebTrader that you can access and login with your account information. You can also run the T4 platform through a boot camp or parallels partition setup (Windows system), which can be purchased from Apple.

Have more questions? Submit a request

---

Return to top ⬆

---

TopstepTrader

English (US) ⌄

# TOPSTEPTRADER

 Sign in

TopstepTrader > Trading Platforms > T4

🔍 Search

**Articles in this section** ⌄

# Connection Instructions

1. Download the T4 platform here.
2. Please change Firm name to "PTP"
3. Log in using the username and password sent to you in your Account Information email (case sensitive)
4. Enter your personal information in the boxes provided
5. Please select "Non Professional"
6. Read and agree to the four documents at the bottom and click "Save & Continue"

After you have completed the registration, please restart your trading platform to connect.



Have more questions? Submit a request

Return to top ⊙

TopstepTrader

English (US) ⌄

# TOPSTEPTRADER

 Sign in

TopstepTrader  >  Trading Platforms  >  T4

🔍 Search

**Articles in this section** ⌄

# How To: Set up Order Templates

CTS now offers two more advanced option Order Templates with just a click of a button. Both Standard Batch Orders and Multi-Exit OCO's will allow you to execute up to 16 positions at the same time.

**Batch Orders**

Batch Orders will help traders who like to scale-in to positions automatically. A trader will be able to place up to 16 orders at the same time with one click. Please note that these orders will not be standard OCO orders.

**Multi-Exit OCO**

Any trader that wants to place a single order with multiple Profit Targets and Stop Losses can now do so with a Multi-Exit OCO. By placing one trade, any trader can now have the freedom to set multiple profit targets and stops without the manual work.

More information can be found here



Have more questions? Submit a request

Return to top ⤴

TopstepTrader

English (US)  ⌄



TOPSTEP**TRADER**

Sign in

TopstepTrader > Trading Platforms > T4

🔍 Search

Articles in this section ⌄

# How to: Permanently save a T4 layout

Once you have your layout the way you like it and you have saved it to the server (by clicking on the floppy disk image on the gray main header bar), go to the main bar that has your P&L and Cash and click on the "Properties" button.

Under the 'Main' tab click 'Save Settings to File'. This will save your layout to your computer. This will allow you to reload your saved default layout for every account.



Have more questions? **Submit a request**

Return to top ⊙

TopstepTrader

English (US) ⌄

TOPSTEPTRADER    Sign in

TopstepTrader  >  Trading Platforms  >  T4

Search

**Articles in this section** ⌄

# How to: Highlight entry price on the DOM grid

- Go to main properties on the main header bar
- Click the "Contract" tab
- Select the "Average Fill" drop down menu
- Change the Average Fill to "Open Until Close"
- Go to the "Colors" tab
- Click the "Price" box to change it to "Gray"







(F) (t) (in) (8+)

Have more questions? **Submit a request**

Return to top ⊙

TopstepTrader

English (US) ⌄

# TOPSTEPTRADER

 Sign in

TopstepTrader  >  Trading Platforms  >  T4

Search

**Articles in this section** ⌄

# How to: Change contract month during rollover



Have more questions? **Submit a request**

**Return to top** ⊙

TopstepTrader

English (US) ⌄



# TOPSTEPTRADER

Sign in

TopstepTrader > Trading Platforms > T4

Search

## Articles in this section ⌄

# How to: Switch between Trading Accounts





Have more questions? **Submit a request**

**Return to top** ⊕

**TopstepTrader**

English (US) ⌄

# TOPSTEPTRADER

Sign in

TopstepTrader  >  Trading Platforms  >  T4

Search

**Articles in this section**

# How To: Set up Commissions and Fees

On the T4 platform, commissions and transaction fees are automatically calculated and are reflected in real-time on the "Net P&L" column of the account board. Please refer to your Net P&L as this represents your daily P&L plus commissions and transaction fees.



# Detailed contract window screen shot





Have more questions? Submit a request

Return to top ⊕

TopstepTrader

English (US) ⌄

# TOPSTEPTRADER

 Sign in

TopstepTrader > Trading Platforms > T4

🔍 Search

**Articles in this section** ⌄

# Platform Support

Download the T4 platform here
Download the T4 User Guide here

Ⓕ Ⓣ Ⓘ Ⓖ

Have more questions? **Submit a request**

---

**Return to top** ⊕

---

TopstepTrader                    English (US) ⌄

# TOPSTEPTRADER

≡ Sign in

TopstepTrader > Trading Platforms > Sierra Chart

🔍 Search

# Sierra Chart

Follow

About Sierra Chart

Order Templates

Sierra Chart Support

Commissions and Fees

Sierra Chart Connection Instructions

Platform Subscription Information

TopstepTrader

English (US) ⌄

 **TOPSTEPTRADER**

 Sign in

TopstepTrader > Trading Platforms > Sierra Chart

🔍 Search

Articles in this section ⌄

# About Sierra Chart

Sierra Chart is a complete Real-Time and Historical, charting and technical analysis platform for financial markets supporting manual, automated and simulated trading. Sierra Chart provides complete trading support, both basic and advanced, including easy to use automated trading.

Create your own custom studies, indicators and trading systems using the Sierra Chart Advanced Custom Study Interface. Sierra offers an Advanced ChartDom which is fully functional Trading DOM on the Charts that functions just like a traditional trading DOM with optional market depth display.

Create Customizable Charts

Supports Manual, Automated and Simulated Trading.
Complete Real-time and Historical, Charting and Technical Analysis platform.
Create your own custom studies, indicators and trading systems.
Create Intraday charts with any bar period less than 1 day, or greater than or equal to 1 day.



Advanced TPO Profile charts (also known as Market Profile)

TPO stands for Time-Price Opportunity.
Analyze the amount of trading activity, based on time, for each price level the market traded at for any given time period.



Advanced and highly configurable Trading DOM
Advanced and highly configurable Trading DOM which gives you complete trading functionality.
It supports entry of Limit, Stop, Stop-Limit, and Market if Touched orders.



Complete Trade Activity logging

Complete Trade Activity logging.

Ability to generate Trade Statistics with various performance related fields, and a Trades list for any period of time and based on other filters.

300+ fully customization technical studies and indicators.



Have more questions? Submit a request

Return to top ⬆

# TOPSTEPTRADER

☰ Sign in

TopstepTrader > Trading Platforms > Sierra Chart

🔍 Search

**Articles in this section** ⌄

# Order Templates

CTS now offers two more advanced option Order Templates with just a click of a button. Both Standard Batch Orders and Multi-Exit OCO's will allow you to execute up to 16 positions at the same time.

**Batch Orders**

Batch Orders will help traders who like to scale-in to positions automatically. A trader will be able to place up to 16 orders at the same time with one click. Please note that these orders will not be standard OCO orders.

**Multi-Exit OCO**

Any trader that wants to place a single order with multiple Profit Targets and Stop Losses can now do so with a Multi-Exit OCO. By placing one trade, any trader can now have the freedom to set multiple profit targets and stops without the manual work.

More information can be found here

(f) (t) (in) (g+)

Have more questions? Submit a request

Return to top ⊕

# TOPSTEPTRADER

  Sign in

TopstepTrader  >  Trading Platforms  >  Sierra Chart

Search

**Articles in this section** ⌄

# Sierra Chart Support

Sierra Chart offers an extensive FAQ page and support board which you can access by clicking the links below.

FAQ Page

Support Board

Have more questions? Submit a request

**Return to top** ⊕

TopstepTrader

English (US) ⌄

# TOPSTEPTRADER

 Sign in

TopstepTrader > Trading Platforms > Sierra Chart

Search

**Articles in this section**

# Commissions and Fees

Commissions and fees are not factored into the P&L for Sierra Chart users by default. To change this setting, follow the instructions below:

1. To open the Global Symbol Settings window select Global Settings -> Symbol Settings -> Select the Symbol for the product(s) that you are trading.

2. Click on Additional -> Round Turn Commission

   The Round Turn Commission field specifies the commission value as a currency value for a complete trade which includes both buy and sell order fills. This commission is multiplied by the Quantity of the order fills. So if the Quantity of the order fills is 5, then the commission is multiplied by 5. The Round Turn Commission applies to either the Symbol or Symbol pattern. Set your round turn commission value to be 3.68.

   This commission value is used in the Trade >> Trade Activity Log Profit/Loss calculations when Apply Commission is enabled on the Trade Activity Log window. The commission is not used in the Profit/Loss calculations within the chart or Trade Window in the chart.

   Here is an example with NKD:



(f) (t) (in) (g+)

Have more questions? **Submit a request**

Return to top ⤴

TopstepTrader

English (US) ⌄

# TOPSTEP**TRADER**



Sign in

TopstepTrader > Trading Platforms > Sierra Chart

🔍 Search

**Articles in this section** ⌄

# Sierra Chart Connection Instructions

Since you will be using the CTS data feed, you will be required to complete the CME Market Data Requirements for CTS.

<u>Please complete this step before you move on to the connection to Sierra Chart!</u>

1. Sign into CTS in order to fill out the one time requirement from the CME, then you will not be asked to do this again. Please click here in order to complete this step.

   Please change the Firm name from **"CTS"** to **"PTP"**. You will use your username and password (case sensitive) that you received in the Account Information email. When filling out the form, please select "Non Professional" for "Type of User".

2. Launch Sierra Chart platform. To connect please click on File >> Data/Trade Service Settings >> Select CTS T4 FIX [trading] from the "Server" drop down list.

3. In the Connection Details window please fill in the following:

   **IMPORTANT!** Always use Simulation Server.

      Server: Use Simulation Server
      Username: Found in Account Information email
      Password: Found in Account Information email
      Firm: PTP

   Here is an image of what the window should look like:



Click OK to close the Data/Trade Service Settings window.

4. In order to connect properly please ensure that Trade Simulation Mode is disabled (unchecked).
   Click on Trade >> Trade Simulation Mode >> if this is checked, please click to uncheck.

   Here is what it should look like:



5. Click on File >> Connect to Data Feed.

# TOPSTEPTRADER

☰ Sign in

TopstepTrader › Trading Platforms › Sierra Chart

🔍 Search

**Articles in this section** ⌄

# Platform Subscription Information

Sierra Chart is not included in your TopstepTrader package, however, the platform is providing an exclusive offer for users in our program: a 30-day free trial plus 15% off for 3 months. If for any reason your trial doesn't run the full 30 days, please contact Sierra Chart here and let them know you're with TopstepTrader.

1. Download the platform.
2. Create an account
3. Request a discount by starting a support ticket.

For more information on the multi-month discount, please click here.

(f) (t) (in) (g+)

Have more questions? **Submit a request**

**Return to top** ⊙

TopstepTrader

English (US) ⌄

# TOPSTEPTRADER

 Sign in

TopstepTrader  >  Trading Platforms  >  ATAS (Order Flow Trading)

🔍 Search

# ATAS (Order Flow Trading)

Follow

## Contact Support

## Connection Instructions

TopstepTrader

English (US) ⌄

# TOPSTEPTRADER

Sign in

TopstepTrader  >  Trading Platforms  >  ATAS (Order Flow Trading)

Search

**Articles in this section** ⌄

# Contact Support

## ATAS Support

Detailed instructions

FAQ

Email Support: support@orderflowtrading.net

Skype Support: orderflowtrading

## Support hours

Mon-Fri: 9:00-21:00 MOSCOW TIME

Sat-San: CLOSED

  

Have more questions? Submit a request

Return to top ⊙

# TOPSTEPTRADER

☰ Sign in

TopstepTrader > Trading Platforms > ATAS (Order Flow Trading)

🔍 Search

Articles in this section ⌄

# Connection Instructions

**Platform installation**

**Account Connection**

**ATAS is offered free of charge to all traders in an active Trading Combine account.**

**Platform installation**

1.Click **here** to download the platform.



Press "Next"

Check out the agreement and press "Next".





Press Next.



Click Next



Press Next to continue the installation process.

After installation is complete you will see the following window, then press "Finish" to complete the installation.

Login window will appear:



- Enter login and password - **same that you will use to connect Rithmic**
- Server: Keep Prod.E1
- Press "Connect"



You will see a window to connect to CQG data feed, please press "No" because you will be using Rithmic connection.

This completes the installation process.

**Connection Instructions**

1. **Download R|Trader**

   - Username: (from TopstepTrader Support)
   - Password: (from TopstepTrader Support)
   - System: click 'Rithmic01' and select 'TopstepTrader'
   - Gateway: Chicago Area
   - Review the CME Group Market Data Requirements, select 'Non Professional'

In the top right corner of your platform, please click on **Settings >> Connection to DataFeed/File**

The following window will come up:



Press **Connect** to connect to data feed.

   

Have more questions? Submit a request

Return to top ↑

**TOPSTEPTRADER**

☰  Sign in

TopstepTrader  >  Trading Platforms  >  Trade Navigator

🔍 Search

# Trade Navigator

Follow

Platform Support

How To: Find Net P&L including commissions and fees

Connection Instructions

Do I need a license?

TopstepTrader

English (US) ⌄

# TOPSTEPTRADER

 Sign in

TopstepTrader > Trading Platforms > Trade Navigator

Search

**Articles in this section** ⌄

# Platform Support

Trade Navigator offers manuals and forums which you can access by clicking the links below:

Manuals

FAQ

Forum

Have more questions? Submit a request

Return to top ⊕

TopstepTrader

English (US) ⌄

**TOPSTEP**TRADER   ☰  Sign in

TopstepTrader  ›  Trading Platforms  ›  Trade Navigator

🔍 Search

**Articles in this section**  ⌄

# How To: Find Net P&L including commissions and fees

Though Trade Navigator does not offer the ability to view your current Net P&L while trading, you can monitor your intraday Net P&L via the R|Trader platform. Please follow the steps below in order to install R|Trader on your computer.

Trade Navigator does NOT show your accurate account balance or intraday P&L (including commissions and fees). Please use R|Trader to track and monitor P&L, intraday balances, and account balances.

Use R|Trader for monitoring P&L.

1. Download the R|Trader platform (Rithmic's integrated trading platform).
2. Install the program on your computer
3. Open the R|Trader platform
4. Sign in using the same username and password provided to you to connect your Trade Navigator system to Rithmic. Select "Paper Trading" for the connection.
5. Within R|Trader, click on the "Recent Order" icon and you will be able to see any working orders and filled trades for the current day. To look beyond the current day, click on the "Order History" icon.
6. If your orders are not seen on R|Trader, please contact support@topsteptrader.com



Have more questions? Submit a request

Return to top ⊕

TopstepTrader

English (US) ⌄

# TOPSTEP**TRADER**

 Sign in

TopstepTrader  >  Trading Platforms  >  Trade Navigator

Articles in this section ⌄

# Connection Instructions

**You must fill out the Market Data Requirement forms in R|Trader before you can connect the Trade Navigator platform to Rithmic. For more information please click here.**

Install Trade Navigator

*Before continuing: Please contact Trade Navigator's support, and request that the Rithmic Plug-in be made available on your platform account. Phone numbers and email are listed here:

- 719-884-0245
- support@tradenavigator.com

1. Click the Trade Navigator icon on your Desktop. The first time you open Trade Navigator it will ask you if you would like to connect to a Real-Time Server. Please choose 'No'.
2. Locate the blue 'Phone' icon in the top left hand corner and click on it. A small window will pop up in the center of your platform.
3. Choose 'Download Special' file, and then click 'Start'. This window should close and another will open up that will download the needed files. This may take a moment.
4. After the files are done downloading another window will pop-up and ask if you would like to upgrade now. Please choose 'Yes'. Follow the prompts until Trade Navigator asks you if you need to re-import Genesis libraries. Please choose "Re-import" and then the platform will open up again.
5. You should then see a message asking if you would like to Connect to a Real-time server again. This time please choose 'Yes'.
6. Enter your Rithmic credentials, for system select 'TopstepTrader' and choose 'Login.' Once connected, you'll receive a message stating: 'There is no activity to verify this time.' This is just letting you know your account has no open positions.
7. Ensure your connection is properly setup in real-time.

Have more questions? Submit a request

---

Return to top ⊙

---

TopstepTrader                                                                    English (US)  ⌄

# TOPSTEPTRADER

☰  Sign in

TopstepTrader  >  Trading Platforms  >  Trade Navigator

🔍 Search

**Articles in this section**  ⌄

# Do I need a license?

The basic version is free, but add-ons require a separate payment. You can compare versions here.

After a 30-day free period, Trade Navigator also requires a monthly data fee subscription when trading futures, which can be purchased here.



Have more questions? Submit a request

Return to top ⭡

# TOPSTEPTRADER

 Sign in

TopstepTrader > Trading Platforms > VolFix.net

Search

# VolFix.net

Follow

## About

## Platform Support

## Commissions and Fees

## Connection Instructions

TopstepTrader

English (US) ⌄

# TOPSTEPTRADER

 Sign in

TopstepTrader  >  Trading Platforms  >  VolFix.net

🔍 Search

Articles in this section ⌄

# About

VolFix.NET is a trading platform, its cutting edge interface combines all the latest innovations in the field of sending market orders. Perfect architecture, high-end interface and revolutionary design will change your idea of exchange trade and getting really valuable market information. Professional opportunities of this service for sending market orders give special benefits for operation in derivatives and stock markets of exchanges such as CME, CBOT, NYMEX, COMEX, EUREX, ICE etc.

**VolFix.NET** offers unique opportunities for processing and visualization of data on trading volume that are not available on other platforms. Such innovative charts as Box Chart, Reverse Chart, Cluster Profile, Tick chat and unique platform modules will provide you with a new perspective on analysis of trading volume data.

And access to database of all trades of exchanges CME, CBOT, NYMEX, COMEX, EUREX, ICE since 2008 will provide you with unique opportunities for structured handling of historical data and for searching for similar market environments.
Trading with VolFix.NET:

Standard features:

• Sending market orders with a single click of the mouse
• Placing/removing market orders (limit, stop orders) directly on the chart with one or two clicks of the mouse
• Placing/removing a group of complex market orders (linking profit and stop orders to placed order) with one or two "clicks" of the mouse
• Placing hidden in order book stop, limit and complex market orders with two clicks
• Cancelling all placed pending orders with a single click
• Closing current position at the market order with a single click
• Ability to select type of chart to send orders - Bar Chart, Tick Chart, Box Chart (trading volume

• Ability to select type of chart to send orders - Bar Chart, Tick Chart, Box Chart (trading volume visualization in real time mode)

• Dynamic interactive Depth of the Market (DOM, order book) on chart

• Ability to use deal of another player or robot, public rating of players and robots in real-time mode to take your own position

**VolFix.NET** platform has **NEW** full-feature capability to send orders through Rithmic, TS4, CQG Fix. Access is FREE for all customers who have chosen package with access to futures exchanges (CME, CBOT, NYMEX, COMEX, EUREX, ICE etc.).

For customers, who trade through Rithmic, TS4, CQG Fix now all functions of order window of our platform are available, namely:

1. All complex orders (T/S, S/L, T/P, Trigger) are processed and stored on server and will work with closed terminal VolFix.Net

2. Autofollow desk available. Opportunity to connect your account to accounts of other customers of the platform.

3. Ability to connect to any number of logins Rithmic simultaneously (up to 3 logins for free)

4. Supports all exchanges available in Rithmic (CME, CBOT, NYMEX, COMEX, EUREX, ICE etc.)

5. Supports all connection types (test, general and HFT)

6. Ability to manage multiple accounts simultaneously (duplicate order for 2 or more accounts with a single click, set up correspondence of accounts)

On the questions of consulting, acquisition and selection of optimal subscription rate, please contact:
E-mail: sales@volfix.net

Ⓕ Ⓣ Ⓘ Ⓖ⁺

Have more questions? Submit a request

Return to top ⊙

TopstepTrader                                                                      English (US) ⌄

# TOPSTEP**TRADER**

☰  Sign in

TopstepTrader  >  Trading Platforms  >  VolFix.net

🔍 Search

**Articles in this section**  ⌄

# Platform Support

A brief review of all the services and features

In case you have questions on program operation or any technical problems - please contact developer:

- E-mail: support@volfix.net
- Skype: volfix_support

Ⓕ Ⓣ Ⓘ Ⓖ⁺

Have more questions? **Submit a request**

**Return to top** ⊕

---

TopstepTrader

English (US)  ⌄

# TOPSTEPTRADER

 Sign in

TopstepTrader > Trading Platforms > VolFix.net

🔍 Search

**Articles in this section** ⌄

# Commissions and Fees

1. At the top of any VolFix window, there is a red control panel with buttons on it. Go to to the right corner of that panel and click Window.



2. Choose Traders Rating from the drop down menu. The Traders Rating window will open.





3. Go to the Traders Rating Window and click Order Window button on its control panel.



4. Right click anywhere on the chart area of the Order window. Choose Account list from the menu (the last menu point).

5. Double click on your TopstepTrader account in the Account Setup menu.



6. Specify commission per side in the Fee Rate field.



7. Click Apply to close The Account Setup menu, then close the Account list. Now your commission is applied to any instrument you trade within that account.



Have more questions? Submit a request

Return to top ⊕

TopstepTrader                                                                 English (US) ⌄

# TOPSTEP TRADER

≡  Sign in

TopstepTrader  >  Trading Platforms  >  VolFix.net

🔍 Search

**Articles in this section** ⌄

# Connection Instructions

1. **Download R|Trader**

Log in:

- Username: (found in Account Information email)
- Password: (found in Account Information email)
- System: click 'Rithmic01' and select 'TopstepTrader'
- Gateway: Chicago Area
- Review agreements, select "Non Professional Subscriber"

**DO NOT CONTINUE IF YOU HAVE NOT COMPLETED STEP #1 (ABOVE)**

_____

1. Please purchase license for VolFix.net platform to use in a Trading Combine. You can do that on VolFix.net website.

2. Download Vol.Fix platform.

Start the program, and use login that you received from Volfix.net:



Click COMPONENT (in the top left corner) > Orders Window



Then you will see a window (shown below) in which you will need to left click on the chart. Then you will see a window for (Account Connections):



Click on Account Connections and select Rithmic; you will see the following window:



Click Add and you will see the following window, in which you need to select:



System: Select TopstepTrader

Username: Enter Rithmic username that you received from TopstepTrader Support

Password: Enter Rithmic password that you received from TopstepTrader Support

State > On

Click Apply. This complete the installation process. We recommend that you left click on the chart and select Reload to reset your chart.

Please note, that if VolFix.Net is connected to Rithmic, you won't be able to connect your account to another platform (for example, R|Trader). To connect your account to other platforms, you will need to disconnect VolFix.Net from Rithmic.

**Platform support**
Download manual

If you have any technical questions about the platform, please contact:

E-mail: support@volfix.net
Skype: volfix_support

   

Have more questions? Submit a request

Return to top ⊕

TopstepTrader                                                    English (US)  ⌄

# TOPSTEPTRADER

 Sign in

TopstepTrader > Trading Platforms > R|Trader Pro

🔍 Search

# R|Trader Pro

Follow

## Platform Support

## Troubleshooting

## Connection Instructions

## About

TopstepTrader

English (US) ⌄

# TOPSTEPTRADER

  Sign in

TopstepTrader  >  Trading Platforms  >  R|Trader Pro

Search

Articles in this section ⌄

# Platform Support

See the following link for the R|Trader user manual: Trader's Guide

Rithmic support:

- 877.408.0008
- support@rithmic.com

Have more questions? Submit a request

Return to top ⤒

TopstepTrader

English (US) ⌄

# TOPSTEPTRADER

 Sign in

TopstepTrader > Trading Platforms > R|Trader Pro

Search

**Articles in this section** ⌄

# Troubleshooting

## Setting up Commissions and Fees

Within R|Trader Pro, click on the "Recent Orders" icon and you will be able to see any working orders and filled trades for the current day. To look beyond the current day, click on the "Order History" icon. Within R|Trader Pro, click on the "Trader Dashboard" and refer to "PNL" column to view Net P&L and account balances. If your orders are not seen on R|Trader, please contact support@topsteptrader.com

Have more questions? **Submit a request**

Return to top ⤴

TopstepTrader

English (US) ⌄

# TOPSTEPTRADER

☰  Sign in

TopstepTrader  >  Trading Platforms  >  R|Trader Pro

🔍 Search

**Articles in this section** ⌄

# Connection Instructions

You must fill out the Market Data Requirement forms in R|Trader before you can connect the R|Trader Pro platform to Rithmic.

1. Download R|Trader Pro from the following link: R|Trader Pro
2. Install R|Trader Pro by double clicking on the "RithmicTraderPro" icon that was saved to your PC.
3. After installation, open R|Trader Pro by double clicking on the "Rithmic Trader Pro" icon on your desktop.
4. When the R|Trader login window appears, enter your TopstepTrader account username and password in the appropriate fields.  From the "System" dropdown menu, choose "TopstepTrader".  From the "Gateway" dropdown menu, choose "Chicago Area".



   

Have more questions? Submit a request

---

Return to top ⊕

---

TopstepTrader

English (US) ⌄

# TOPSTEPTRADER

 Sign in

TopstepTrader  >  Trading Platforms  >  R|Trader Pro

Search

**Articles in this section** ⌄

# About

R | Trader Pro™ is R | Trader™ with charts and a real-time interface to and from Microsoft Office Excel. In addition to all the functionality of R | Trader™, with R | Trader Pro™ you can view about 100 studies and stream them in real-time into Microsoft Office Excel spreadsheets. With the power of Excel, you may develop your own indicators and, using Rithmic's two way real-time interface, you may configure trades to be sent back into R | Trade Execution Platform™ through R | Trader Pro™, automatically or with the click of a button.

Platform Highlights:

- Robust charting package available on R|Trader Pro
- Quote dissemination is quick and clean (and the quotes are non-throttled)
- Orders are routed quickly to Globex (Rithmic servers co-located in same datacenter as CME servers)
- Flexible controls (e.g. margin)
- Comprehensive display and ability to trade electronic options
- Advanced order types are supported including Order Cancels Order and synthetic stops
- Monthly cost is $25.00 for R|Trader Pro
- Windows (including price ladders) can be viewed outside the main application window for convenience
- Supports pulse order entry
- Trades route over Rithmic's infrastructure



Have more questions? Submit a request

Return to top ⬆

TopstepTrader

English (US) ⌄

# TOPSTEP**TRADER**

☰  Sign in

TopstepTrader  >  Trading Platforms  >  MultiCharts

🔍 Search

# MultiCharts

Follow

### About

---

### Connection Instructions

---

### Troubleshooting

---

### Platform Support

---

TopstepTrader

English (US) ⌄



TOPSTEP**TRADER**    Sign in

TopstepTrader  >  Trading Platforms  >  MultiCharts

Search

**Articles in this section**  ⌄

# About

## Platform Subscription Information

You are required to have a personal license key for MultiCharts in order to use the platform during the Combine. License keys can be purchased for multiple durations: lifetime, quarterly, 6 months, or annual.

License keys can be purchased via the links below:

- Lifetime
- Quarterly
- 6 months
- Annual

## About the Platform

MultiCharts is a complete trading software platform for professionals. It offers considerable benefits to traders, and provides significant advantages over competing platforms.

It comes with high-definition charting, support for 20+ data feeds and 10+ brokers, dynamic portfolio-level strategy backtesting, EasyLanguage support, interactive performance reporting, genetic optimization, market scanner, data replay, and 300+ strategies and indicators.

MultiCharts has received many positive reviews and awards over the years, praising its flexibility, powerful features, and great support. Try the 30 day free trial now!

**Complete and Informative Charting**

To make the right choice it is equally important to see the small details and the big picture. Our charting is one of the best in the industry, giving you instant access to all of the information that you need. Multi time

frame analysis, fast response time, complete interactivity with everything you see—all at your fingertips.



## 20 + Data Feeds and 10 + Brokers

We feel that you should have the freedom of choice, and that's why we have added support for over 20 different data feeds and 10 brokers to MultiCharts. Competition is good, that's why you can pick the providers that suit you best, and change them at any time. No strings attached.



## Dynamic Portfolio Backtesting

Proper backtesting helps you determine if your strategies will make or lose money. Dynamic portfolio backtesting is capable of applying your strategy to many symbols on a bar-by-bar basis, determining which trade is the optimal one at any given time. It can be an invaluable tool during technical analysis and strategy development.



## EasyLanguage Support

EasyLanguage has been in development for over 20 years, so it has one of the largest libraries of trading ideas already implemented. It is so useful to traders, it is considered the industry-standard programming language. In addition to hundreds of studies that come with MultiCharts, you can create your own, change existing ones or import any EL code that you can find.

```
1   inputs: FastLength( 12 ), SlowLength
2   variables: var0( 0 ), var1( 0 ), var
3
4   var0 = MACD( Close, FastLength, Slow
5   var1 = XAverage( var0, MACDLength )
6   var2 = var0 - var1 ;
7
8   Plot1( var0, "MACD" ) ;
9   Plot2( var1, "MACDAvg" ) ;
10  Plot3( var2, "MACDDiff" ) ;
11  Plot4( 0, "ZeroLine" ) ;
12
13  condition1 = var2 crosses over 0 ;
14  if condition1 then
15      Alert( "Bullish alert" )
16  else
```

## Interactive Performance Reporting

It is very important to accurately see how you are doing. The performance report has more than 200 performance measures, including various metrics, ratios, and interactive performance charts. The report can also monitor real-time trading, since it recalculates on every new order that has been placed.



## Genetic Strategy Optimization

Some traders find optimization very useful, because it saves a lot of time searching for optimal inputs for a particular strategy. Genetic optimization employs a complex algorithm that tests possible inputs in a way that mimics biological evolution. This approach is a lot faster than trying every possible combination, and it also helps avoid outliers and curve-fitting.



## Scan the Market

When you are looking for opportunities, the Market Scanner can be an invaluable tool. You can instantly sort up to 5000 instruments to find ones that meet a certain criteria, apply indicators to alert yourself when a condition occurs, and open charts of the necessary symbols for a more detailed look.



## Replay Market Data

Trading the markets is all about predicting where the price will go next. A good way to practice is to apply your price-predicting skills to historical data. Market Data Replay allows you start playback at any point in the past, speed up or slow down replay speed, and even playback several instruments at once.



## Hundreds of Strategies and Indicators

We have collected the most popular indicators and strategies we could find, and included them in the platform for free, so you don't have to look for them. All you need to do is right-click on the chart, and they are at your fingertips. Remember, you can always add more, or write your own in addition to existing ones.



### Sign for a 30-day free trial:

MultiCharts is a professional trading platform, which is widely used by CTAs, financial advisors and individual traders around the world. With positive reviews in popular trading magazines, authorized resellers around the globe, and a following of satisfied customers, MultiCharts is quickly becoming an industry standard tool in the world of trading.

### 30-day free trial includes:

- Fully enabled trading platform
- Free EOD data from Google, Yahoo and MSN
- Use of any supported data feed or broker
- Live trading



Sign up for the 30-day free trial now

   

Have more questions? Submit a request

Return to top ⊙

TopstepTrader

English (US) ⌄

# TOPSTEPTRADER

  Sign in

TopstepTrader  >  Trading Platforms  >  MultiCharts

🔍 Search

**Articles in this section** ⌄

# Connection Instructions

## Complete CME Group Market Data Requirements

- Download R|Trader
- Log in:

  - Username: (found in Account Information email)
  - Password: (found in Account Information email)
  - System: click 'Rithmic01' and select 'TopstepTrader'
  - Gateway: Chicago Area
  - Review agreements, select "Non Professional Subscriber"

----------------------------------------------------------------------------------------------------------------------

DO NOT CONTINUE IF YOU HAVE NOT COMPLETED STEP #1 (ABOVE)

Before proceeding, please make sure that your MultiCharts platform is updated to version 10.0 Release Candidate or newer. Go to MultiCharts download section here.

1. Open MultiCharts.
2. From the main menu bar, click on File --> Broker Profiles --> Manage Broker Profiles.

3. The Broker Profiles menu will appear. From here, click New and choose Rithmic 01.

   A menu called "Properties Rithmic 01" will now appear.

4. Insert your login username and password that has been provided to you by TopstepTrader. In the "Connectivity" section, change the Deployment field to 'TopstepTrader' and leave the rest of

the fields alone. Under the "Default Order Settings" section, click on the Lookup button and wait for

the "simulator" option to appear in the Trade Route field (approximately 30 seconds). When finished, click OK. This will now bring you back to the Broker Profile menu.

5. From the Broker Profiles menu, rename the Rithmic Paper Trading connection to "TopstepTrader".

   Once renamed, select the TopstepTrader connection and click Connect.

6. Once connected, update the data for your charts and DOMs with the TopstepTrader connection.

To setup your commissions and fees properly, please follow the instructions listed below:

1. From the Multicharts main desktop, click Format → Strategy Properties
2. From the Strategy Properties menu, select "$ per Contract" Commission Rule. Click "Manage Rules…" button.
3. From the Commission Rules Manager menu, click on the "$ per Contract" rule, then click the "Edit…" button.
4. From the Tiered Commission Rule menu:
   - Rename the rule to $1.84 per Contract.
   - Volume in "Contracts"
   - Reset Volume Counter "after every trade"
   - Calculate Commission "in real-time"
   - Click on the rule listed, then click on the "Edit…" button
5. From the Fixed Commission Rule menu, change the Commission Value to 1.84. Make sure that "Cash per Contract" is chosen. Click OK. This will now bring you back to the Tiered Commission Rule Menu, click OK. This will now bring you back to the Commission Rules Manager, click OK. This will now bring you back to the Strategy Properties menu, click OK.
6. Ensure your connection is properly setup in real-time.

   - Open the R|Trader platform
   - Sign in using the same user name and password provided to you to connect your MultiCharts system to Rithmic. Select "TopstepTrader" for the connection.
   - Within R|Trader, click on the "Recent Orders" icon and you will be able to see any working orders and filled trades for the current day. To look beyond the current day, click on the "Order History" icon.
   - If your orders are not seen on R|Trader, make sure that you have Global Simulation Mode OFF and that you are NOT trading on the "Sim101" account within your MultiCharts platform.

   

Have more questions? Submit a request

Return to top ⊕

TopstepTrader

English (US) ⌄

# TOPSTEPTRADER

≡  Sign in

TopstepTrader  >  Trading Platforms  >  MultiCharts

🔍 Search

---

**Articles in this section**  ⌄

---

# Troubleshooting

## Setting up Commissions and Fees

Though MultiCharts does not offer the ability to view your current Net P&L while trading, you can monitor your intraday Net P&L via the R|Trader platform. Please follow the steps below in order to install R|Trader on your computer.

1. Download the R|Trader platform (Rithmic's integrated trading platform)
2. Install the program on your computer
3. Open the R|Trader platform
4. Sign in using the same user name and password provided to you to connect your MultiCharts system to Rithmic. Select "Paper Trading" for the connection.
5. Within R|Trader, click on the "Recent Orders" icon and you will be able to see any working orders and filled trades for the current day. To look beyond the current day, click on the "Order History" icon.
6. If your orders are not seen on R|Trader, please contact support@topsteptrader.com



Have more questions? Submit a request

---

Return to top ⊙

**TOPSTEPTRADER**                                    ☰ Sign in

TopstepTrader > Trading Platforms > MultiCharts

🔍 Search

Articles in this section                              ⌄

# Platform Support

If you have any questions regarding MultiCharts, or experience any platform issues, please contact their Live Support Chat here, Monday - Friday, 6:30 AM - 3:00 PM EST.

Ⓕ Ⓣ Ⓘ Ⓖ⁺

Have more questions? **Submit a request**

Return to top ⊕

TopstepTrader                                    English (US) ⌄

# TOPSTEP**TRADER**

☰ Sign in

TopstepTrader  >  Submit a request

🔍 Search

# Submit a request

Your email address *

Subject *

Description *

Please enter the details of your request. A member of our support staff will respond as soon as possible.

Department *

-  ▾

Attachments

📎 **Add file** or drop files here

**Submit**

TopstepTrader

English (US) ⌄



## Funded Trader: lopukhin [Kolomna, Russia]

Posted by TopstepTrader on April 20, 2017



Lopukhin started trading in forex and had planned on opening a personal brokerage account. He then found out about TopstepTrader® and thought this was a much better opportunity. While trading, lopukhin determines the mood in the market and looks for levels. He then defines the points to enter and catch the trend. His goals include earning $200 to $500 per trading day as well as travel and still earn money.



**Read More**

0 Comments Click here to read/write comments

Topics: TopstepTrader Funded Traders

## S&P Daily Pre-Market Prep 4/20/17

Posted by Peter Davies on April 20, 2017



Ugly



**Read More**

0 Comments  Click here to read/write comments

Topics:  Market Updates

---

# Funded Trader: christophe [Montreal, Canada]

Posted by TopstepTrader on April 19, 2017



Christophe is an easygoing and down to earth trader. He works hard while waiting for the right opportunity. Christophe prides himself on being patient and excelling in money and risk management. Sometimes during his trades he lets his emotions take over, however he never gives up. Short term, christophe wants to become a full time trader. Looking forward, he hopes to be able to travel while trading.



**Read More**

0 Comments  Click here to read/write comments

Topics:  TopstepTrader Funded Traders

---

# S&P Daily Pre-Market Prep 4/19/17

Posted by Peter Davies on April 19, 2017

   

Plenty of volume but not much direction yesterday. Still at the bottom of the range and still thinking it's more likely we'll have a good move on a break to the downside. A few big companies announcing earnings before the open - Morgan Stanley, BlackRock, TD Ameritrade, US Bancorp... Surprises in the financials could help us move...



**Read More**

0 Comments Click here to read/write comments

Topics: Market Updates

## S&P Daily Pre-Market Prep 4/18/17

Posted by Peter Davies on April 18, 2017



Market has hit the low of our range a few times and not managed to make it to the other side. It's still rangebound but I think a lot of people will see this as bearish, so I'm thinking it won't take much to bring in downside participation.

It's earnings season - so an eye on the pre-market releases as anything major could change the mood of the market.



**Read More**

0 Comments Click here to read/write comments

Topics: Market Updates

## Funded Trader: DaryaUdalova [Aktau, Kazakhstan]

Posted by TopstepTrader on April 14, 2017

     

DaryaUdalova saw her husband's results in trading and began to trade herself. She started to develop by studying strategies and techniques and has found success here at TopstepTrader®. She uses the scalping method and trades on impulses. DaryaUdalova has high ambitions of earning $5,000 in the first two months of being funded and eventually wants to move with her husband to Vietnam, buy a house, and live and work there.



**Read More**

0 Comments Click here to read/write comments

Topics: TopstepTrader Funded Traders

## Funded Trader: viktortokariev [L'viv, Ukraine]

Posted by TopstepTrader on April 13, 2017



Viktortokariev took courses on trading about a year and a half ago, which is where he learned basic strategies. He tries to strictly follow the rules of the market, analyze its behavior, and use technical analysis. Viktortokariev is an aggressive trader and is constantly looking to develop. He aims to earn $10,000 a month as a trader.



**Read More**

0 Comments Click here to read/write comments

Topics: TopstepTrader Funded Traders

## Funded Trader: sorokovikov [Moscow, Russia]

Posted by TopstepTrader on April 13, 2017

  3  3   1

Sorokovikov started trading options and forex, but he lost his money in those markets. From that experience, sorokovikov learned the skills of reading charts and technical analysis. He then started about a half year ago trading with TopstepTrader®. In his trades, he analyzes the levels of support and resistance and waits for clear signals. He aims to achieve a stable income between $2,000 and $5,000 a month through trading.



**Read More**

0 Comments Click here to read/write comments

Topics: TopstepTrader Funded Traders

---

## Funded Trader: asal [Saratov, Russia]

Posted by TopstepTrader on April 12, 2017

  4  6   1

Asal started trading forex in 2011. He was not very successful and decided trading futures. His strategy while trading is scalping and position trading. He concentrates on his goals, so he is strict in his planning for trading everyday. His motivation comes simply from liking to make money. He hopes in the near future to earn $5,000 from trading.



**Read More**

0 Comments Click here to read/write comments

Topics: TopstepTrader Funded Traders

---

## Funded Trader: svd07 [Moscow, Russia]

Posted by TopstepTrader on April 12, 2017

Tweet | Share 4 | Like 2 Share | G+1 1

Svd07 has background in trading forex, which helped him form the basics of strategy and skill. After trading forex for a while, he came across TopstepTrader® and has been trading futures since. He trades using several things including position trading, trading on the news, and more. He aims to make $6,000 in April and eventually use his money he earns to provide foreign education for his children.



**Read More**

0 Comments Click here to read/write comments

Topics: TopstepTrader Funded Traders

All posts   Next

**Follow Us:**



## Subscribe to Email Updates

Email*

Notification Frequency*

- Daily
- Weekly

How Long Have You Been Trading Online?*

- Please Select -

Subscribe

## Recent Posts

- Funded Trader: lopukhin [Kolomna, Russia]
- S&P Daily Pre-Market Prep 4/20/17
- Funded Trader: christophe [Montreal, Canada]
- S&P Daily Pre-Market Prep 4/19/17

## Popular

- TopstepTrader® - Dash to the Cash!
- [BREAKING] Two Rules Eliminated
- Success Spotlight: SebastianXP [Germany]
- CEO Michael Patak - Ernst & Young Entrepreneur Of The Year® 2016 Finalist
- Funded Trader: CTA [Chicago, Illinois]

## Posts by Topic

- TopstepTrader Funded Traders (558)
- Market Updates (220)
- Events & Promotions (33)
- TopstepTrader Company Updates (20)
- Success Stories (18)

see all

Search this site on Google

**Search Google**

    

Log In

Sign Up

Learn How

Affiliate Program

Help Center

Status Updates

Calendar

Contact

Facebook

Twitter

LinkedIn

YouTube

About

Careers

Privacy Policy

Terms of Use

Refer a Friend

Apparel Shop

English Blog

Russian Blog

Join Our
Chat
Community

TopstepTrader, LLC    130 South Jefferson Suite 200    Chicago, Illinois 60661    1 (888) 407-1611

We do not offer commodity trading advice or recommendations.

© 2017 – TopstepTrader, LLC All rights reserved.

CFTC Rules 4.41 - Hypothetical or Simulated performance results have certain limitations. Unlike an actual performance record, simulated results do not represent actual trading. Also, because the trades have not actually been executed, the results may have under-or-over compensated for the impact, if any, of certain market factors, such as lack of liquidity. Simulated trading programs in general are also subject to the fact that they are designed with the benefit of hindsight. No representation is being made that any account will or is likely to achieve profit or losses similar to those shown.



# TOPSTEPTRADER

## ТРЕЙДИНГ ПО-НОВОМУ.

Узнайте о том, как получать прибыль от финансовых рынков.

## Обзор e-mini SP500 19 апреля 2017 года.

Posted by Команда ТопстепТрейдер on 19.04.2017 9:19:26

     

ES находится в диапазоне объема контракта, - 2336.00 - 2366.00.
17.04 похоже поймали продавцов, 18.04, - день баланса.
Сегодня приоритет покупкам от поддержек в области цены, -
2336.00- 2338.00

и 2340.00 - 2341.00.



**Read More**

0 Comments Click here to read/write comments

Topics: Новости рынка

## Обзор e-mini SP500 17 апреля 2017 года.

Posted by Команда ТопстепТрейдер on 17.04.2017 8:05:18

     

Прошлую неделю ES расторговался вниз.
Пробита важная поддержка 2341.00, которая теперь станет
сопротивлением.
Это хороший уровень для продаж. Если пройдем выше 2342.00,
ожидаю тест 2353.00.
Цена находится ниже всех основных объемов, в т.ч. и контракта,
поэтому приоритет продажам.

Сегодня возможна реакция от уровней, - 2336.00 и 2341.00.



**Read More**

0 Comments Click here to read/write comments

Topics: Новости рынка

---

## Финансируемый Трейдер: DaryaUdalova [Актау, Казахстан]

Posted by Команда ТопстепТрейдер on 14.04.2017 11:00:00



DaryaUdalova увидела результаты торговли своего мужа и решила также начать торговать. Она начала изучать стратегии и техники, благодаря которым у нее получилось достичь успеха в ТопстепТрейдер. Она скальпирует и торгует на импульсах. У DaryaUdalova прекрасные амбиции! Она стремится заработать за первые два месяца $5,000 и переехать со своим мужем во Вьетнам, купить дом, чтобы жить и работать там.



**Read More**

0 Comments Click here to read/write comments

Topics: Информация о финансируемых трейдерах

---

## Финансируемый Трейдер: viktortokariev [Львов, Украина]

Posted by Команда ТопстепТрейдер on 13.04.2017 14:23:51



Viktortokariev брал год или пол года назад курс по трейдингу, в котором узнал базовые стратегии. Он старается строго придерживаться правилам рынка, анализировать его поведение и использовать технический анализ. Viktortokariev - агрессивный трейдер, который постоянно стремится развиваться, на данный момент его цель - заработать $10,000 за месяц торговли.



**Read More**

0 Comments Click here to read/write comments

Topics: Информация о финансируемых трейдерах

---

# Финансируемый Трейдер: sorokovikov [Москва, Россия]

Posted by Команда ТопстепТрейдер on 13.04.2017 14:16:41



Sorokovikov начинал с торговли на рынке форекс и опционами, однако на этих рынках он потерял свои деньги. Несмотря на это, sorokovikov получил навыки чтения графиков и технического анализа. Спустя пол года он узнал о ТопстепТрейдер. Для сделок, он анализирует уровни поддержки и сопротивления, ждет чистых сигналов. Сейчас он стремится достигнуть стабильного дохода от $2,000 до $5,000 за месяц торговли.



**Read More**

0 Comments Click here to read/write comments

Topics: Информация о финансируемых трейдерах

---

# Финансируемый Трейдер: asal [Саратов, Россия]

Posted by Команда ТопстепТрейдер on 13.04.2017 14:07:10

Твитнуть  Поделиться 0  Нравится 1  Поделиться  G+1 0

Asal начал торговать на рынке форекс в 2011 году, однако на тот момент он не был успешен, так что он решил попробовать переключиться на фьючерсные рынки. Сейчас он приверженец позиционной торговли и скальпинга. Он концентрируется на своих целях, поэтому обязательно планирует каждый свой день. В ближайшее время asal стремится заработать $5,000.



**Read More**

0 Comments Click here to read/write comments

Topics: Информация о финансируемых трейдерах

---

# Финансируемый Трейдер: svd07 [Москва, Россия]

Posted by Команда ТопстепТрейдер on 13.04.2017 12:06:47

Твитнуть  Поделиться 0  Нравится 1  Поделиться  G+1 0

Svd07 имеет опыт торговли на рынке форекс, что помогает ему формировать основу для стратегий. Спустя некоторое время, он присоединился к ТопстепТрейдер. Сейчас он торгует, используя позиционную торговлю, торговлю на новостях и многое другое. Svd07 стремится заработать $6,000 за апрель, чтобы появилась возможность оплатить учебу в заграничных университетах для своих детей.



**Read More**

0 Comments Click here to read/write comments

Topics: Информация о финансируемых трейдерах

---

# Финансируемый Трейдер: novkvart [Павлоград, Украина]

Posted by **Команда ТопстепТрейдер** on 12.04.2017 10:47:47



Novkvart 3 года назад решила уйти из своей профессии архитектора и потратить время на то, чтобы обучиться торговле. Она по-началу сама училась на форексе, но не достигла большого успеха, однако спустя некоторое время, она решила перейти на фьючерсные рынки и продолжать учиться. Novkvart торгует на небольших таймфреймах и предпочитает не долго оставаться в сделке.



**Read More**

0 Comments Click here to read/write comments

Topics: Информация о финансируемых трейдерах

---

## Финансируемый Трейдер: VadimK [Люберцы, Россия]

Posted by **Команда ТопстепТрейдер** on 12.04.2017 10:34:02



VadimK в 2016 году искал дополнительный источник заработка и узнал о трейдинге. С тех пор трейдинг для него стал хобби. Его торговая стратегия представляет собой смесь скальпинга и позиционной торговле. Его цель - заработать за апрель $5,000, а в конечном итоге он хотел бы жить на Карибских островах, зарабатывая торговлей.



**Read More**

0 Comments Click here to read/write comments

Topics: Информация о финансируемых трейдерах

# Финансируемый Трейдер: chaoba [Батуми, Грузия]

Posted by **Команда ТопстепТрейдер** on 12.04.2017 10:26:50

**Твитнуть**   **Поделиться** 0   **Нравится 1**   **Поделиться**   **G+1** 0

Chaoba начал с торговли на рынке форекс. На тот момент у него было знакомство с основами трейдинга на фондовой бирже, торгуя терминальными индикаторами. Затем он учился в школе трейдинга, где обучали как профессионально торговать. Спустя немного времени, он присоединился к ТопстепТрейдер, где применял полученные в школе знания.



**Read More**

0 Comments Click here to read/write comments

Topics: Информация о финансируемых трейдерах

All posts   Next

**Подписывайтесь на нас:**



## Последние

- Обзор e-mini SP500 19 апреля 2017 года.
- Обзор e-mini SP500 17 апреля 2017 года.
- Финансируемый Трейдер: DaryaUdalova [Актау, Казахстан]
- Финансируемый Трейдер: viktortokariev [Львов, Украина]

## Популярные

- Обзор e-mini SP500 19 апреля 2017 года.
- Обзор e-mini SP500 17 апреля 2017 года.
- Финансируемый Трейдер: DaryaUdalova [Актау, Казахстан]
- Финансируемый Трейдер: viktortokariev [Львов, Украина]

## Категории

- Информация о финансируемых трейдерах (553)
- Новости рынка (111)
- Радио Squawk Radio - Russian (44)
- Информация о компании (12)

see all

## Поиск

Поиск Google



Log In

Sign Up

Learn How

Affiliate Program

Help Center

Status Updates

Calendar

Contact

Facebook

Twitter

LinkedIn

YouTube

About

Careers

Privacy Policy

Terms of Use

Refer a Friend

Apparel Shop

English Blog

Russian Blog

Join Our Chat Community

TopstepTrader, LLC    130 South Jefferson Suite 200    Chicago, Illinois 60661    1 (888) 407-1611

We do not offer commodity trading advice or recommendations.

© 2017 – TopstepTrader, LLC All rights reserved.

CFTC Rules 4.41 - Hypothetical or Simulated performance results have certain limitations. Unlike an actual performance record, simulated results do not represent actual trading. Also, because the trades have not actually been executed, the results may have under-or-over compensated for the impact, if any, of certain market factors, such as lack of liquidity. Simulated trading programs in general are also subject to the fact that they are designed with the benefit of hindsight. No representation is being made that any account will or is likely to achieve profit or losses similar to those shown.

TOPSTEP**TRADER**

## Our support team is here to help.

We are here to answer all of your questions about the TopstepTrader experience.
Reach out to us and we'll respond within 8 business hours.

**CONTACT US BY PHONE**

| | |
|---|---|
| Weekdays | **7AM – 6PM CT** |
| Sunday | **11AM – 7PM CT** |

Outside of these hours, please shoot us an email and we'll get right back to you.

| | |
|---|---|
| Phone | +1 (888) 407-1611 |
| Direct Line | +1 (312) 252-9490 |

 

**CONTACT US BY EMAIL**

Name

Email

Message

**Send Email**

Log In                                          About
Sign Up                                         Careers
Learn How                                       Privacy Policy
Affiliate Program                               Terms of Use

Help Center                                     Refer a Friend
Status Updates                                  Apparel Shop
Calendar                                        English Blog
Contact                                         Блог [RU]

Facebook
Twitter
LinkedIn
YouTube



Join Our
Chat
Community

TopstepTrader, LLC   130 South Jefferson Suite 200   Chicago, Illinois 60661   1 (888) 407-1611

We do not offer commodity trading advice or recommendations.

© 2017 – TopstepTrader, LLC All rights reserved.

# TOPSTEP**TRADER**

## Welcome back.

You can login securely below.

Username/Email

Password

☐ Stay logged in?

**Login**

Forgot your password?

Don't have an account? Sign Up!

# TOPSTEP**TRADER**

## Forgot password?

No problem. Enter the email address that you used to register, and we'll send you password reset instructions.

Enter your email

**Send Instructions**

Remembered your password? Login.

# TOPSTEPTRADER

## Sign up for free.

You're one step closer to becoming a funded trader. Keep going.

First Name

Last Name

Email Address

Username

Password

☐ Please accept Terms of Use.

**Join TopstepTrader**

Already have an account? Login!



Guest | Login
Email Support

# Login

**LOGIN TO TOPSTEPTRADER**

| | |
|---|---|
| Email: | |
| Password: | |

Login    Forgot Password?

View our Privacy Policy

You must have cookies enabled to use this site.

## Don't have an account yet?

**Affiliate Sign Up** >

Privacy Policy

TOPSTEP**TRADER**

# Trading, reinvented.

Join our Team

MISSION

To empower anyone, anywhere
to earn the financial freedom to
pursue their dreams.

VISION

To be where the world goes to
safely engage in and profit from

financial markets.

VALUES

## We believe..

- Empowered people yield great results
- Users should have a great experience
- In the well-being of our team
- Innovation never sleeps

**FOUNDER MESSAGE**

Although there is no typical profile for what makes a successful trader, my path was certainly not a traditional one. Having grown up in rural Nebraska, there wasn't much opportunity in my town outside of skilled labor, farming and meatpacking.

I always had larger aspirations. I dreamed of moving to a city where I could make something of myself, where my success or failure was dependent upon my own skill and effort. As a teenager watching the

movie "Trading Places", I knew that Chicago and trading were the opportunity for me.



Unfortunately, I didn't have a finance background or know a soul in trading, but I was determined. After saving up my hard earned money, I moved to Chicago in my early twenties to pursue my dream. By the time I was 24 years old, I had lost it all - $90,000 to be exact. I took a step back and realized I needed to safely develop my trading strategy without risking any more capital. I spent 6 months trading on a simulated account, following simple risk parameters and trading rules. Only after I proved to myself that I could consistently make money each day did I put risk back on.

I went on to routinely average 6-figure profits each year, including a best day of $33,000.

TopstepTrader is the solution to an outdated, inefficient industry. Before TopstepTrader, your only options were to go it alone by risking thousands of dollars in a brokerage account, or spend thousands on trading education relying on theory and not experience.

Now, after you safely develop in and complete a our program, like 1,000+ traders already have, you are rewarded with a fully Funded Account.

Trade well and always trade for tomorrow,



**Michael Patak**
Founder and CVO









# Work at TopstepTrader

TopstepTrader is a young and innovative early-stage fintech company that provides people from around the
world the opportunity to earn trading capital. We offer our users an evaluation of their trading performance
in a real-time, simulated account, and fund those who complete the objective. With over 30,000 users derived from organic growth, we are not slowing down any time soon.

With 25 employees across two office locations, we're growing our passionate team, user base,
and business model while reinventing the retail brokerage industry.

## LIFE AT TOPSTEPTRADER

Top-tier Healthcare

Flexible PTO

Paid Maternity Leave

Summer Hours

Work From Home Opportunities

Bonus Incentives

Culture of Development

Cereal & Snack Bar

Casual Office Environment

Offsites and Happy Hours

Supported Volunteer Time

**EN POSITIONS**

you seeking a challenging position alongside smart and talented people? If you have
enuine enthusiasm for entrepreneurship and enjoy a friendly company culture, fun
nts and great perks, then join us in making TopstepTrader even better!

rently, we have no job openings. Please check back later.





TOPSTEP**TRADER**

# Affiliate Program

The Affiliate Program is your way to profit while also helping traders profit. As a TopstepTrader affliate, you will be compensated as a percentage of your referrals' Trading Combine® fees.
Join our Affiliate Program now to start earning with TopstepTrader.

**Apply Now**



# Linking Tools / Affiliate Resource Site

Access your link generator, banner
builder, brand guidelines, and more.

Sign In

# Affiliate FAQs

See our affiliates' most frequently
asked questions.

Lear



Offering a funding opportunity to our traders via TopstepTrader
helped us grow our business while adding a profit center, but has
lives of many of our traders. That's what I call a win-win-



**Sean Kozak, Founder and CEO**
Goldenzonetrading.com

# Start earning today.

Apply Now

Log In

Sign Up

Learn How

Affiliate Program

Help Center

Status Updates

Calendar

Contact

Facebook

Twitter

About

Careers

Privacy Policy

Terms of Use

Refer a Friend

Apparel Shop

English Blog

Блог [RU]

TOPSTEP**TRADER**

# Privacy Policy

Last Modified: September 16, 2016

## 1. Scope of this Privacy Policy

This Privacy Policy outlines what types of information from our account holders, users, visitors and customers ("you", "your" or "User") are collected, to whom it may be disclosed, and how that information may be used by TopstepTrader, LLC. ("TopstepTrader", "we", "our" or "us"), as each of the foregoing relates to your use of TopstepTrader's websites, software, applications, online services and products (collectively, the "Sites or Services").

By using the Sites or Services, you agree that you have read, understood, and consented to this Privacy Policy, our Terms of Use, all amendments, addenda, and licenses to each of the Privacy Policy and the Terms of Use (collectively, the "Agreement"). By using our Sites or Services, you consent to TopstepTrader's use of your information and data as described in the Agreement. If you do not agree to the terms of this Privacy Policy, do not use the Sites or Services.

Please check back periodically as TopstepTrader reserves the right to change, modify, add, or remove portions of this Privacy Policy after providing notice to you. The form of such notice is determined at our discretion. Any modification or change shall be effective upon such notice. You agree to be bound by any changes to this Privacy Policy after receipt of such notice, or you shall discontinue your use of the Sites or Services. Should you have any questions or concerns at any time, see the contact information below.

## 2. Collection of Personal Information

You may choose to register an account with our Sites or Services and we may collect certain personal information from you in order to provide services and to complete transactions.

When you register with us through our Sites or Services, we will ask you for personally identifiable information. This refers to information about you that can be used to contact or identify you ("Identity Information"). Identity Information may include your name, phone number, email address, postal address, username, password, zip code, age and income.

Our Sites or Services may provide links to third-party applications, products, services, or websites for your convenience and information. If you access those links, you will leave our Sites or Services. We do not control those third party sites and services or their privacy practices, which may differ from our practices. We do not

endorse or make any representations about third-party sites. Any information you choose to provide to, or that is collected by those third parties is not covered by the Agreement. We cannot control the activities of third parties, and we have no responsibility for any use of the information provided by such third parties. Any information you choose to provide to third party websites or products will be governed by the policies of those third party websites and products.

If you post, comment, or share personal information, including ideas, suggestions, opinions, comments, observations, or other material (collectively, a "User Submission") to any public forum on our Sites or Services, including any publication, article, social network page, blog, chat room or other such forum, be aware that any Identity Information disclosed in your User Submission can be read, viewed, collected, or used by other users of these forums, and could be used to contact you, send you unsolicited messages, or for purposes that neither you nor we control. TopstepTrader is not responsible for the Identity Information contained in your User Submission.

## 3. How We Use and Share Your Information

We use the information you provide to offer, manage, and/or improve our Sites or Services, including but not limited to improving content; adapting or adding in new features and functionality; providing and improving service and support; delivering relevant advertising; assisting with social sharing functionality; developing new products and services; selecting content to be communicated to you; aggregating certain types of information to better understand or provide better engagement with our Users; contacting you regarding our products or services; and preventing and detecting security threats, fraud or other malicious activity.

TopstepTrader may share your Identify Information with our affiliates or with third parties, which provide services to us and which agree to keep such Identify Information confidential.

We may employ third party companies and individuals for any of the following: to facilitate the Sites or Services; to provide the Sites or Services on our behalf; to perform related services, including maintenance, database management, web analytics, and improvement of the features or functionality; or to assist us in data analysis.

We employ a third party company to process debit, credit and other payments and to perform related services.

We may collect and aggregate general information about you and your preferences and interests using that information for limited commercial purposes, and we may share or sell such aggregated general information with our business partners, vendors, distributors or other collaborators for these same purposes.

We retain the right to disclose Identity Information as allowed or required by law. We may also disclose Identity Information under the following circumstances: (a) to respond to duly authorized information

requests of police and governmental authorities; (b) to comply with any law, regulation, subpoena, or court order; (c) to investigate and help prevent security threats, fraud or other malicious activity, (d) to investigate and help prevent a violation of any contractual or other relationship with TopstepTrader or the perpetration of any illegal or harmful activity; (e) to enforce and protect the rights and properties of TopstepTrader, its affiliates and its business partners; or (f) to protect the personal safety of our employees, agents, affiliates, business partners, customers or site users. In connection with or in contemplation of a merger, consolidation, or sale or transfer of all or substantially all of the assets of TopstepTrader, your Identity Information may be transferred to the purchasing or new entity. The use of this information by any purchasing or surviving entity would be governed by the terms of this Privacy Policy, as amended from time to time, including any amendment after such transaction.

Your information may be transferred to and maintained on computers and servers located outside of your state, province, country, or other governmental jurisdiction where the privacy laws may not be as protective as those in your jurisdiction. If you are located outside the United States and choose to provide information to us, TopstepTrader transfers Identity Information to the United States and processes it there. Your consent to this Privacy Policy followed by your submission of such information represents your agreement to that transfer.

<u>California Privacy Rights</u>

Pursuant to Section 1798.83 of the California Civil Code, residents of the State of California have the right to request from a business, with whom the State of California resident has an established business relationship, certain information with respect to the types of personal information the business shares with third parties for direct marketing purposes by such third party and the identities of the third parties with whom the business has shared such information during the immediate preceding calendar year.

To request a copy of the information disclosure provided by us pursuant to Section 1798.83 of the California Civil Code, please see contact information below.

## 4. Children's Privacy

TopstepTrader Sites or Services are not intended for use by children and are not targeted to children. TopstepTrader does not knowingly collect information from children under the age of 13, solicit information from children, or market products to children.

## 5. Keeping Your Personal Information Secure

To prevent unauthorized access or disclosure, to maintain data accuracy, and to ensure the appropriate use of the information, TopstepTrader utilizes generally accepted industry standards to protect your Identity Information submitted to TopstepTrader or relies on the services of third parties to provide the same.

However, no method of transmission over the internet, or method of electronic storage is 100% secure. We cannot guarantee the absolute security of your Identity Information.

## 6. Log Data and Cookies

When you use our Sites or Services, our servers automatically record information that your browser sends whenever you visit a website ("Log Data"). This Log Data may include information such as your Internet Service Provider; your computer's Internet Protocol address, browser type, and operating system; referring/exit pages; clickstream data; pages of our Sites or Services that you visit, the time spent thereon, information you search for on our Sites or Services, access times, and dates; and other statistics. We use this information to monitor and analyze use of our Sites or Services and for technical administration of the same, to increase the functionality and user-friendliness of our Sites or Services, and to better tailor each of them to our Users' needs. In addition, we may use this information to serve advertisements and other information appropriate to your interests.

We may aggregate, analyze, and evaluate such Log Data for the same purposes as stated above regarding other aggregated information.

TopstepTrader Sites or Services use standard Internet technologies such as "cookies" and "web beacons" in order to retrace your interaction with our sites and services. "Cookies" are small files that are placed on your hard drive for identification purposes. These files are used for site registration and customization the next time you visit us. Your web browser may allow you to be notified when you are receiving a cookie, giving you the choice to accept it or not. You have the ability to prevent cookies from being saved on your computer by making the appropriate adjustments in your browser options. By not accepting cookies, some pages may not fully function and you may not be able to access certain information on this site.

## 7. Changes to this Statement

The terms of the Privacy Policy may change from time to time. If we modify our Privacy Policy, we will notify you and post the revised statement here, with an updated revision date. If you do not agree to any changes to this Privacy Policy after receipt of notice, you shall discontinue your use of the Sites or Services.

## 8. Contact Us

We value your opinions. If you have comments or questions about our Privacy Policy, please send them to support@topsteptrader.com. You can also write to us at:

TopstepTrader, LLC
130 S. Jefferson St., Suite 200

Chicago, Illinois 60661
Attn: Privacy Officer

© 2016 TopstepTrader, LLC. All Rights Reserved.



Log In

Sign Up

Learn How

Affiliate Program

Help Center

Status Updates

Calendar

Contact

Facebook

Twitter

LinkedIn

YouTube

About

Careers

Privacy Policy

Terms of Use

Refer a Friend

Apparel Shop

English Blog

Блог [RU]

Join Our
Chat
Community

TopstepTrader, LLC    130 South Jefferson Suite 200    Chicago, Illinois 60661    1 (888) 407-1611

We do not offer commodity trading advice or recommendations.

© 2017 – TopstepTrader, LLC All rights reserved.

CFTC Rules 4.41 - Hypothetical or Simulated performance results have certain limitations. Unlike an actual performance record, simulated results do not represent actual trading. Also, because the trades have not actually been executed, the results may have under-or-over compensated for the impact, if any, of certain market factors, such as lack of liquidity. Simulated trading programs in general are also subject to the fact that they are designed with the benefit of hindsight. No representation is being made that any account will or is likely to achieve profit or losses similar to those shown.

TOPSTEP**TRADER**

# Terms of Use

Last Modified: September 16, 2016

These Terms of Use (these "Terms") govern your access to and the use of TopstepTrader, LLC ("TopstepTrader", "we", "our" or "us") Sites or Services, however accessed, including any content, functionality, products and services, information about our products and services, your accounts, and other tools offered. All capitalized terms not otherwise defined herein shall have the meanings set forth in the Privacy Policy which is incorporated herein by reference.

**By using our Sites or Services, whether by accessing, creating an account, posting or downloading content or otherwise, you accept and agree to be bound by these Terms.** If you do not agree to these Terms, please do not use our Sites or Services. Please read these Terms carefully and make sure that you understand them. These Terms are in addition to any other agreements between you and TopstepTrader, including our Privacy Policy, which can be found at http://www.topsteptrader.com/privacy-policy.

We reserve the right to modify or change these Terms after providing notice to you. The form of such notice is at our discretion. Any modification or change shall be effective upon such notice. You agree to be bound by any changes to these Terms when you use our Sites or Services after receipt of such notice, or you shall discontinue your use of our Sites or Services. Please check these Terms regularly for changes.

## 1. Contact Information

If you have any questions or comments or seek any additional information on TopstepTrader, please email support@topsteptrader.com. You may also call us at (888) 407-1611 or write to us at:

TopstepTrader, LLC
130 S. Jefferson St., Suite 200
Chicago, Illinois 60661

We operate the following website: www.topsteptrader.com

## 2. Eligibility

You represent and warrant that you are at least 18 years of age. In jurisdictions, territories and locations where the minimum age for permissible use of the Sites or Services is greater than 18 years of age, you represent and warrant that you meet the age requirement for the minimum age for permissible use of the

Sites or Services. If you are under the minimum age for permissible use of the Sites or Services in your jurisdiction, territory or location, you may not utilize the Sites or Services.

You represent and warrant that you have not been convicted of a felony, disciplined by the National Futures Association or disciplined by the U.S. Commodity Futures Trading Commission. You represent and warrant that you do not have an outstanding balance with a trading firm. If you are a convicted felon, have been disciplined by the National Futures Association, have been disciplined by the U.S. Commodity Futures Trading Commission, or have an outstanding balance with a trading firm, you are not eligible to use the Sites or Services.

You are solely responsible for ensuring that these Terms are in compliance with all laws, rules and regulations applicable to you. The right to access the Sites or Services is revoked where these Terms or use of the Sites or Services are prohibited or to the extent offering, sale or provision of the Sites or Services conflicts with any applicable law, rule or regulation. The Sites or Services are offered only for your use, and not for the use or benefit of any third party.

## 3. Not a Broker-Dealer

You acknowledge and agree that we are not a broker-dealer, as such term is used in United States financial services regulations, and that we do not trade securities on our or another party's behalf as part of the Sites or Services, nor do we directly offer any financial advice of our own as part of the Sites or Services. You acknowledge and agree that we are not liable for any losses or gains that may arise from your reliance upon information provided through the Sites or Services or your interaction with other Users.

## 4. Reliance on Information Shown on our Sites or Services

The information presented on or through TopstepTrader Sites or Services includes financial and market information. Such information is made available solely for entertainment and general information purposes. We do not warrant the accuracy, completeness, timeliness or usefulness of such information and such information has not been verified. Any reliance you place on such information is strictly at your own risk. We do not invite that any action be taken upon the information we provide. We disclaim all liability and responsibility arising from any reliance placed on such materials by you or any other visitor to our Sites or Services, or by anyone who may be informed of any of its contents.

The information presented has been prepared without regard to individual investment objectives, financial situations or means. Such information is not intended to constitute investment advice and is not designed to meet your personal financial situation. Many of the investments described on or through our Sites or Services involve significant risks, and any discussion of risks contained on the Sites or Services should not be considered a complete discussion of risks involved. We recommend that you consult with your financial advisers about investment options and whether any investment may be appropriate for your specific needs prior to making any investments. You acknowledge and agree that you have sole responsibility for your

investment decisions and that you should not rely solely on any information provided through the Sites or Service with regard to any investment decisions you make.

The information and material provided on the Sites or Services is not to be construed as an offer to buy or sell, or the solicitation of an offer to buy or sell, any security, financial product or instrument, or to participate in any particular trading strategy.

We use reasonable efforts to maintain the Sites or Services, but we are not responsible for any defects or failures associated with the Sites or Services, any content posted on the Sites or Services, any widgets or similar applications use, or any damages (including lost profits or other consequential damages, even if we have been informed of the same) that may result from any such defects or failures. The Sites or Services may be inaccessible or inoperable for any reason, including, without limitation: (a) equipment malfunctions, (b) periodic maintenance procedures or repairs which we may undertake from time to time, or (c) causes beyond the control of TopstepTrader or which are not foreseeable by TopstepTrader.

Our Sites or Services include content provided by third parties, including materials provided by other users, company owners, bloggers and third-party licensors, syndicators, aggregators and/or reporting services. All statements and/or opinions expressed in any such materials, and all articles and responses to questions and other content, other than the content provided by us, are solely the opinions and the responsibility of the person or entity providing those materials. Any such materials do not necessarily reflect our opinion and have not been verified by us. The information in such publications may become outdated, and we have no obligation to update it. We are not responsible or liable to you or any third party for the content or accuracy of any materials provided by any third parties whether shown on the Sites or Services or otherwise.

If any of our sites contain links to other sites and resources provided by third parties, those links are provided for your convenience only. This includes links contained in advertisements, including banner advertisements and sponsored links. We have no control over the contents of those sites or resources, and accept no responsibility for them or for any loss or damage that may arise from your use of them. If you decide to access any of the third party websites linked to our Sites or Services, you do so entirely at your own risk and subject to the terms of use for such websites.

TopstepTrader does not promote any financial instruments on the Sites or Services. TopstepTrader does not receive any compensation from companies whose financial instruments appear on the Sites or Services and TopstepTrader has no financial interest in the outcome of any trades mentioned in the Sites or Services.

We take no responsibility and assume no liability for any User Content. We have no obligation to pre-screen or monitor User Content. We reserve the right to delete or edit User Content, in whole or in part, in our sole discretion at any time and without notice.

**5. Commodity Futures Trading Commission Disclaimer**

CFTC RULE 4.41 – ALL HYPOTHETICAL OR SIMULATED PERFORMANCE RESULTS HAVE CERTAIN LIMITATIONS. UNLIKE THE RESULTS SHOWN IN AN ACTUAL PERFORMANCE RECORD, SIMULATED RESULTS DO NOT REPRESENT ACTUAL TRADING. ALSO, BECAUSE THE TRADES HAVE NOT ACTUALLY BEEN EXECUTED, THE RESULTS MAY HAVE UNDER-OR OVER-COMPENSATED FOR THE IMPACT, IF ANY, OF CERTAIN MARKET FACTORS, SUCH AS LACK OF LIQUIDITY. SIMULATED OR HYPOTHETICAL TRADING PROGRAMS IN GENERAL ARE ALSO SUBJECT TO THE FACT THAT THEY ARE DESIGNED WITH THE BENEFIT OF HINDSIGHT. NO REPRESENTATION IS BEING MADE THAT ANY ACCOUNT WILL OR IS LIKELY TO ACHIEVE PROFITS OR LOSSES SIMILAR TO THOSE BEING SHOWN.

## 6. Third Party Services

Our Sites or Services may refer to products or services that are not under the control of or maintained by TopstepTrader ("Third Party Services"). You are responsible for performing your own due diligence and evaluating whether any Third Party Services are appropriate for you. You agree that TopstepTrader is not responsible for any injury, harm, damages, or negative experience you may encounter by accessing or using such Third Party Services. If you access, visit, or use any Third Party Services referred to on our Sites or Services, you do so at your own risk.

## 7. Disclaimer of Warranties

ALL INFORMATION AND OTHER MATERIALS PRESENT ON THE SITE (THE "CONTENT"), INCLUDING TOPSTEPTRADER'S PRODUCTS AND SERVICES, TEXT, IMAGES, PHOTOS, TRADING IDEAS, OPINIONS, RUMORS, ADVICE, CHARTS, FINANCIAL INFORMATION, RATINGS, REVIEWS, OR SIMILAR INFORMATION ARE PROVIDED "AS IS," WITHOUT ANY WARRANTIES CONCERNING THE CONTENT'S NATURE OR ACCURACY, EITHER WHEN POSTED OR AS A RESULT OF THE PASSAGE OF TIME, AND WITHOUT ANY REPRESENTATIONS OR GUARANTEES.

TOPSTEPTRADER EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, WITH RESPECT TO THE CONTENT INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, AND NON-INFRINGEMENT. TOPSTEPTRADER DOES NOT WARRANT OR REPRESENT THAT THE FUNCTIONS OR OPERATIONS OF TOPSTEPTRADER SITES OR SERVICES WILL BE UNINTERRUPTED OR ERROR-FREE, THAT DEFECTS WILL BE CORRECTED, OR THAT TOPSTEPTRADER SITES OR SERVICES, ITS SERVERS OR ANY E-MAIL SENT FROM TOPSTEPTRADER ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS.

TOPSTEPTRADER DOES NOT WARRANT THAT YOUR ACTIVITIES OR USE OF THE SITES OR SERVICES ARE LAWFUL IN ANY PARTICULAR JURISDICTION AND, IN ANY EVENT, TOPSTEPTRADER SPECIFICALLY DISCLAIMS SUCH WARRANTIES. BY USING THE SITES OR SERVICES, YOU ACT AT YOUR OWN RISK, AND YOU REPRESENT AND WARRANT THAT YOUR ACTIVITIES ARE LAWFUL IN EVERY JURISDICTION WHERE YOU ACCESS OR USE THE SITES OR SERVICES.

WITHOUT LIMITING THE ABOVE, TOPSTEPTRADER DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE, NON-INFRINGEMENT, SECURITY OR ACCURACY WITH REGARD TO ANY WEB SITE OWNED BY A THIRD PARTY TO WHICH OR FROM WHICH OUR SITE IS LINKED ("LINKED WEB SITE"). TOPSTEPTRADER DOES NOT ENDORSE AND IS NOT RESPONSIBLE FOR THE CAPABILITIES OR RELIABILITY OF ANY PRODUCT OR SERVICE OBTAINED FROM A LINKED WEB SITE.

THE INFORMATION, PRODUCTS, SOFTWARE OR SERVICE DESCRIPTIONS PUBLISHED ON OUR SITE OR A LINKED WEB SITE MAY INCLUDE INACCURACIES OR TYPOGRAPHICAL ERRORS. THE COMPANY DISCLAIMS LIABILITY FOR SUCH ERRORS AND DOES NOT WARRANT OR REPRESENT THAT THE CONTENT ON OUR SITE OR A LINKED WEB SITE IS UPDATED OR COMPLETE. TOPSTEPTRADER HAS NO OBLIGATION TO UPDATE ANY CONTENT ON OUR SITE AND MAY CHANGE OR IMPROVE OUR SITE AT ANY TIME WITHOUT NOTICE.

WE DO NOT ENDORSE AND ARE NOT RESPONSIBLE FOR THE ACCURACY OR RELIABILITY OF ANY OPINION, ADVICE OR STATEMENT MADE THROUGH OUR SITES OR SERVICES BY ANY PARTY OTHER THAN US.

## 8. Limitation of Liabilities

IN NO EVENT WILL TOPSTEPTRADER, ITS PARENTS, SUBSIDIARIES, PARTNERS, OR AFFILIATES, OR THE RESPECTIVE SERVICE PROVIDERS, EMPLOYEES, AGENTS, OFFICERS AND DIRECTORS OF EACH BE LIABLE TO YOU FOR ANY INCIDENTAL, SPECIAL, PUNITIVE, EXEMPLARY, OR CONSEQUENTIAL DAMAGES, INCLUDING ANY LOST PROFITS OR LOST OPPORTUNITY, EVEN IF YOU HAVE NOTIFIED US ABOUT THE POSSIBILITY OF SUCH DAMAGES, OR FOR ANY CLAIMS BY ANY THIRD PARTIES, ARISING OUT OF OR IN ANY WAY RELATED TO THE ACCESS, USE OR CONTENT OF OUR SITES OR SERVICES OR A LINKED WEB SITE WHETHER SUCH CLAIMS ARE BROUGHT UNDER ANY THEORY OF LAW OR EQUITY.

IN NO EVENT WILL OUR LIABILITY FOR ANY CLAIM OF ANY KIND, WHETHER BASED IN CONTRACT, WARRANTY, TORT, STRICT LIABILITY OR OTHERWISE, FOR ANY LOSSES OR DAMAGES ARISING OUT OF, CONNECTED WITH, OR RESULTING FROM, THESE TERMS OR THE PERFORMANCE OR BREACH THEREOF, OR ANY PRODUCT OR SERVICE OR THE USE OR PERFORMANCE THEREOF, EXCEED THE GREATER OF (A) THE AMOUNT PAID BY YOU TO TOPSTEPTRADER IN THE IMMEDIATELY PRECEDING MONTH FOR TOPSTEPTRADER'S PRODUCTS OR SERVICES AND (B) $100.

THIS LIMITATION ON LIABILITY INCLUDES TRANSMISSION OF VIRUSES THAT INFECTS YOUR EQUIPMENT, MECHANICAL OR ELECTRONIC EQUIPMENT FAILURE, FAILURE OF COMMUNICATION LINES, TELEPHONE OR OTHER INTERCONNECTS, UNAUTHORIZED ACCESS, THEFT, OPERATIONAL ERRORS, OR ANY FORCE MAJEURE.

## 9. Purchases; Credit Card and Other Financial Information

TopstepTrader allows Users to place orders for subscriptions or other services through the Sites or Services or through a third-party affiliate ("Orders").

Upon placing an Order, you shall pay to Company the purchase price as set forth in the "Order Summary" page or similar ordering mechanism. Company or its third-party affiliates may utilize the services of certain third-party payment processors to process payments of credit cards and other accepted methods of payment. Your purchase is subject to any additional terms and conditions imposed by such third-party payment processors. The purchase price and any applicable fees or taxes shall be applied to your chosen method of payment upon submission of your Order.

Upon the purchase of an Order or other service rendered by TopstepTrader through the Sites or Services, you acknowledge that the TopstepTrader will provide availability and access to the particular service requested. Your participation in, or failure to use such purchased service does not entitle you to a refund.

Prices and availability of products are subject to change without notice. Errors will be corrected where discovered, and Company reserves the right to revoke any stated offer and to correct any errors, inaccuracies or omissions including after an Order has been submitted and whether or not the Order has been confirmed and your payment method accepted and charged. In the event your payment method has been accepted and charged, Company will issue you the appropriate credit within a reasonable time after your Order has been revoked.

TopstepTrader accepts payments via credit and debit card through our Sites or Services. Certain credit and debit card information, including your card information, phone number, address, name and email address ("Credit Card Information") will be encrypted and received via a secure page. You represent and warrant that you are an authorized signatory of the credit or debit card or other method of payment that you provide to TopstepTrader or its third-party payment processor to pay any fees or taxes related to your purchases of products or services through our Sites or Services.

We use industry standard technology and commercially reasonable measures to protect Credit Card Information from misuse. TopstepTrader may utilize the services of certain third-party payment processors to process payments of credit cards and other accepted methods of payment.

If you are directed to a third-party website to make purchases, your purchase will be governed by the terms of such third party website. If you desire to supply Credit Card Information, Identity Information or financial information to any third party service provider or to any Linked Web Site, you do so at your own risk and discretion. We strongly recommend you review the terms and conditions and privacy policy of any third party before providing such information.

**10. Linking to Our Sites**

You may link to our Sites or Services, provided you do so in a way that is fair, in compliance with all applicable laws, rules and regulations, and does not damage our reputation; provided that you shall not establish a link in such a way as to suggest any form of association, approval or endorsement on our part without our express written consent.

## 11. Restricted Sites and Passwords/User Registration

Certain functionality of the Sites or Services are limited to Users who have registered an account for the applicable services. Such Users will have a unique User ID and password combination ("User Credentials") and will have provided Identity Information (collectively, a "User Account"). You represent and warrant that all account information is truthful and accurate and you will update such information to ensure its accuracy. You represent and warrant that you have provided a valid email address at the time of registration. You agree that all information you provide to register with our Sites or Services or otherwise, including through the use of any interactive features on our Sites or Services, is governed by our Privacy Policy, and you consent to all actions we take with respect to your information consistent with our Privacy Policy. You may update your personal information through our Sites or Services or by contacting us via the contact information provided above.

Users are responsible for the confidentiality of User Credentials, and shall be responsible and liable for access to or use of the Sites or Services by such User or any other person or entity using such User Credentials (whether or not such access has been authorized). You agree that access to the User Account will be limited to the User which subscribed under such account. You agree to immediately notify TopstepTrader if you learn of or have reason to suspect any unauthorized use of your account or any other breach of security.

You acknowledge and agree that TopstepTrader is authorized to act on all instructions received through your User Account, and that TopstepTrader may, but is not obligated to, deny access or block any transaction made through use of your User Account without prior notice if we believe that such User Account is being used by someone other than its registered User, or for any other reason.

TopstepTrader reserves the right to refuse to grant particular User Credentials to any individual for any reason, including, without limitation, if such User Credentials impersonates someone else, is protected by trademark or other proprietary rights law, or is vulgar or offensive. TopstepTrader shall not be liable for any loss or damage arising from a User's failure to comply with this Section.

## 12. Submitting Content or Comments on Our Sites

If you submit blogs, comments, or other content intended for public display on any of our Sites or Services ("User Content"), you agree to abide by these Terms.

You shall not submit User Content on our Sites or Services that: is illegal, indecent, profane (either directly or indirectly through partially obscured words, letters, phrases, terminology or the like), threatening, defamatory, derogatory, counter to TopstepTrader's Privacy Policy or otherwise injurious to TopstepTrader or any third parties, constitute commercial solicitation or advertising (except where pre-approved in writing by TopstepTrader), or consist primarily of an unsolicited electronic mass mailing.

User Content shall not be abusive or harassing to any person. You may not submit materials that are or purport to be the personally identifiable information about others, such as full name, postal address, email address, telephone number or any other personal attribute which would constitute an invasion of privacy. User Content shall not be obscene, objectionable, offensive, tortious, deceptive, fraudulent, or invasive of another's privacy or publicity rights.

TopstepTrader does not guarantee that User Content will remain private, even if such User Content is entered into a password-protected section of the Sites or Services. Accordingly, you should not provide User Content that you want protected from others.

User Content shall not contain a software virus, worm, spyware, Trojan horse or other computer code, file or program designed to interrupt, impair, destroy or limit the functionality of any computer software or hardware or telecommunications equipment.

User Content shall not infringe in any manner on the copyright, trademark or other intellectual property rights of any person or entity, or that contain privileged, confidential, proprietary or trade-secret information of any individual or entity, or that may violate the legal right of any person or entity in any jurisdiction or locale.

If you wish to submit materials to any of our Sites or Services, you are prohibited from impersonating any other individual or entity, or otherwise misleading the same as to the origin of the comments.

You agree to disclose any conflict of interest, ownership interest, business, employment or other financial relationship you have with any company or financial instruments named in any User Content. You agree not to submit User Content with the intent to increase or decrease a financial instrument's price and sell or purchase such financial instrument as a result of such increase or decrease. You agree to disclose any intent to purchase or sell a stock within three trading days of submitting User Content that discusses that stock.

You shall not submit User Content that violates any local, state, national or international law, including but not limited to regulations of the U.S. Securities and Exchange Commission and the U.S. Commodity Futures Trading Commission or other securities laws and the rules of any securities exchange. You agree that User Content will not constitute illegal activity, give rise to civil liability, or violate the contractual, personal, intellectual property or other rights of any other party.

## 13. License

By submitting User Content, you grant TopstepTrader an unrestricted, worldwide, non-exclusive, irrevocable, perpetual, fully paid-up and royalty-free right and license, in any form or format, in whole or in part, to host, store, maintain, use, reproduce, distribute, display, publish, modify, prepare derivative works of, and otherwise exploit all or any portion of such User Content on the Sites or Services and on any other websites, channels, or distribution platforms, for any purpose whatsoever, without accounting, notification, credit or other obligation to you, and the right to license and sublicense and authorize others to exercise any of the rights granted hereunder to TopstepTrader, in its sole discretion. All rights, licenses and privileges herein described are granted to TopstepTrader immediately upon submission of User Content and shall continue perpetually and indefinitely.

## 14. Contests

From time to time, TopstepTrader may offer games and contests through its Sites or Services (individually, a "Contest" and collectively, the "Contests"). Contests shall be supplemented by any official rules associated with a particular Contest (the "Official Rules").

**a. Entry.** Contests may be free to enter or may have an entry fee. All payments for Contests are final and no refunds will be issued. All entries to the Contests by a User Account will be deemed to have been submitted by the User whose User Account submitted such entry.

**b. Conditions of Participation.** Only such Users with User Accounts may participate in the Contests. By entering a Contest, you agree to be bound by all Official Rules and any decisions of TopstepTrader, which shall be final and binding in all respects. TopstepTrader may (i) disqualify any entrant from a Contest or (ii) refuse to award benefits or prizes or require the return of any prizes, if TopstepTrader determines, in its sole discretion, that an entrant has engaged in conduct that the Company deems improper, unfair or otherwise adverse to the operation of the Contest, violates the Official Rules, or is in any way detrimental to other entrants. TopstepTrader reserves the right to deny any contestant the ability to participate in Contests for any reason whatsoever.

If for any reason a Contest is not capable of running as originally planned, or if a Contest, computer application, or website associated therewith (or any portion thereof) becomes corrupted or does not allow the proper entry to a Contest in accordance with these Terms or the Official Rules, or if infection by a computer (or similar) virus, bug, tampering, unauthorized intervention, actions by entrants, fraud, technical failures, or any other causes of any kind, in the sole opinion of TopstepTrader corrupts or affects the administration, security, fairness, integrity, or proper conduct of a Contest, TopstepTrader reserves the right, at its sole discretion, to disqualify any individual implicated in such action and/or to cancel, terminate, extend, modify or suspend the Contest, and select the winner(s) from all eligible entries received. If such cancellation, termination, modification or suspension occurs, notification will be posted on the Sites or Services.

To be eligible to enter any contest or receive any prize, a User may be required to provide TopstepTrader with additional documentation and/or information to verify the identity of the User, and to provide proof that all eligibility requirements are met. In the event of a dispute as to the identity or eligibility of User, TopstepTrader will, in its sole and absolute discretion, utilize certain information collected by TopstepTrader to assist in verifying the identity and/or eligibility of such User.

**c. Publicity/Privacy Release.** Where legal, both entrants and winner consent to the use of their name, voice, likeness and photograph in and in connection with the development, production, distribution and/or exploitation of any Contest or the Sites or Services. Winners agree that from the date of notification by TopstepTrader of their status as a potential winner and continuing until such time when TopstepTrader informs them that they no longer need to do so that they will make themselves available to TopstepTrader for publicity, advertising, and promotion activities.

**d. Contest of Skill.** Contests offered through the Sites or Services are contests of skill. Winners are determined by the objective criteria described in the Official Rules, deadlines, scoring and any other applicable documentation associated with the Contest. From all entries received for each Contest, winners are determined by the individuals who use their skill and knowledge of relevant trading information and trading concepts to accumulate the most points according to the corresponding scoring rules. The Sites or Services may not be used for any form of illicit gambling.

**e. Results.** Contest results and prize calculations are based on the final statistics and scoring results at the completion of each individual Contest. Once Contest results are reviewed and graded, prizes will be awarded. The scoring results of a Contest will not be changed regardless of any official statistics or adjustments made at later times or dates, except in TopstepTrader's sole discretion.

**f. Payment and Withdrawal of Prizes.** Winners will be posted on the TopstepTrader website. Entrants may be required to complete an affidavit of eligibility and a liability or publicity release and appropriate tax forms. Entrants may also be required to provide identification, including but not limited to a Driver's License, proof of residence and/or any information relating to payment or deposit accounts as reasonably requested by TopstepTrader in order to complete the withdrawal of prizes. TopstepTrader may, in its sole discretion, require a User to execute a release of any claims as a condition to being awarded any prize or receiving any payout. Failure to comply with this requirement may result in disqualification and forfeiture of any prizes. Disqualification or forfeiture of any prizes may also occur if it is determined any such entrant did not comply with these Terms in any manner.

**g. Taxes.** All taxes associated with the receipt of any prize are the sole responsibility of the winner. In the event that the awarding of any prizes to winners of Contests is challenged by any legal authority, TopstepTrader reserves the right in its sole discretion to determine whether or not to award such prizes.

**h. Substitution of Prizes.** No substitution or transfer of prize is permitted, except that TopstepTrader reserves the right to substitute a prize of equal value or greater if the advertised prize is unavailable. All

prizes are awarded "as is" and without warranty of any kind, express or implied (including, without limitation, any implied warranty of merchantability for a particular purpose).

## 15. Intellectual Property, Trademarks and Copyrights

TopstepTrader Sites or Services and their entire contents, features, and functionality (including, all information, software, text, displays, images, video and audio, and the design, selection and arrangement thereof), are owned by TopstepTrader, its licensors or other providers of such material and are protected by United States and international copyright, trademark, patent, trade secret, and other intellectual property or proprietary rights laws and treaties. You shall not challenge the ownership or rights in the content on TopstepTrader Sites or Services or any component thereof.

You are granted a nonexclusive, nontransferable, limited and revocable right to access, use, display and navigate our Sites or Services solely for your personal, non-commercial and non-public use. You shall not reproduce, distribute, modify, create derivative works of, publicly display, publicly perform, republish, download, store or transmit any of our material, except for your personal, non-commercial and non-public use. You shall not access or use for any commercial purposes any part of our Sites or Services.

If you print, copy, modify, download, or otherwise use or provide any other person with access to any part of our Sites or Services in breach of these Terms, your right to use TopstepTrader Sites or Services will cease immediately and you must, at our option, return or destroy any copies of the materials you have made. No right, title, or interest in or to our Sites or Services or any content on our Sites or Services is transferred to you, and all rights not expressly granted are reserved by TopstepTrader. Any use of our Sites or Services not expressly permitted by these Terms is a breach of these Terms and may violate copyright, trademark, and other laws.

The trademarks, service marks, slogans, logos, trade dress and other identifiers ("Marks") displayed on TopstepTrader Sites or Services are the property of TopstepTrader, unless otherwise disclosed. You are prohibited from using, removing, or altering any Marks for any purpose including use on other materials, in presentations, as domain names, or as meta-tags, without our written permission.

Except as expressly provided above, no portion of our Sites or Services, their contents or any copyright, trademark, trade name, service mark or any other proprietary information of TopstepTrader (collectively, the "Intellectual Property") displayed on TopstepTrader Sites or Services or on any of the Content may be reproduced, altered, removed, transmitted, published or distributed, whether electronically, mechanically, by photocopy, recording or otherwise, without the prior written permission of TopstepTrader. Use of any TopstepTrader trademarks as metatags on any third-party site is strictly prohibited. You may not co-brand our site or display our site in frames (or any of the Content via in-line links) without prior written permission from TopstepTrader ("co-brand" means your display of any of the Intellectual Property, or your taking of other means of attribution or identification of TopstepTrader in such a manner reasonably likely to give a third party the impression that you or the third party has the right to display, publish or distribute our Sites or

Services or any Content). You agree to cooperate with TopstepTrader in causing any unauthorized co-branding, framing or linking to immediately cease. You may not remove, modify or alter any copyright, trademark or patent notice from any product delivered by us. You agree not to undertake any action that will interfere with or diminish our right, title or interest in our Intellectual Property.

## 16. Digital Millennium Copyright Act

The following policy has been adopted pursuant to the Digital Millennium Copyright Act (found at http://lcweb.loc.gov/copyright/legislation/dmca.pdf):

The address of the Designated Agent to Receive Notification of Claimed Infringement ("Designated Agent") can be found above under Section 1. If you believe that content or material provided through the Sites or Services infringes a copyright, please send a notice containing the following information to the Designated Agent:

(i) a physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed;

(ii) identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works at that site;

(iii) identification of the material that is claimed to be infringing or the subject of infringing activity and that is to be removed or access to which is to be disabled, and information reasonably sufficient to permit us to locate the material;

(iv) information reasonably sufficient to permit us to contact you, such as an address, telephone number, and, if available, an email address at which you may be contacted;

(v) a statement that you have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and

(vi) a statement that the information in the notification is accurate, and under penalty of perjury, that the complaining party is authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

## 17. Termination

Users may terminate receipt of any free service publications at any time by sending TopstepTrader a request for removal from the relevant distribution list. All free service publication emails will include a link allowing a

User to unsubscribe. If you wish to terminate receipt of such publications, please use the link on the attached email or see the contact information provided above.

TopstepTrader reserves the right to terminate your access to any of the TopstepTrader Sites or Services at any time at its sole discretion. Such termination may result from a violation of the Terms or other referenced agreements, unauthorized use or reproduction of any publication or information, or any other reason determined in TopstepTrader's sole discretion. If such access is terminated, you agree you will not attempt to establish a new User Account under any name, real or assumed. All provision of these Terms shall survive termination, including, without limitation, ownership provisions, warranty disclaimers, indemnities and limitations of liability.

## 18. Jurisdiction and Enforceability

These Terms shall be governed by and construed in accordance with the laws of the State of Illinois and the United States of America, without giving effect to any principles of conflicts of law. You irrevocably consent to the exclusive jurisdiction of the courts located in the State of Illinois in connection with any action arising out of or related to these Terms or their subject matter. You waive any objection based on lack of personal jurisdiction, place of residence, improper venue or forum non conveniens in any such action.

## 19. Force Majeure

We will not be liable or responsible for any failure to perform, or delay in performance of, any of our obligations under these Terms that is caused by a Force Majeure Event. A "Force Majeure Event" means any act or event beyond our reasonable control, including strikes, lock-outs or other industrial action by third parties, civil commotion, riot, invasion, terrorist attack or threat of terrorist attack, war (whether declared or not) or threat or preparation for war, fire, explosion, storm, flood, earthquake, subsidence, epidemic or other natural disaster, or failure of public or private telecommunications networks or impossibility of the use of railways, shipping, aircraft, motor transport or other means of public or private transport. If a Force Majeure Event takes place that affects the performance of our obligations under these Terms we will contact you as soon as reasonably possible to notify you. Our obligations under these Terms will be suspended and the time for performance of our obligations will be extended for the duration of a Force Majeure Event.

## 20. Waiver of Class Action Rights

IN ANY DISPUTE, NEITHER YOU NOR ANY OTHER PERSON SHALL BE ENTITLED TO JOIN OR CONSOLIDATE CLAIMS BY OR AGAINST OTHER AFFILIATES OR PERSONS, OR ARBITRATE ANY CLAIM AS A REPRESENTATIVE OR CLASS ACTION OR IN A PRIVATE ATTORNEY GENERAL CAPACITY. YOU ACKNOWLEDGE THAT YOU ARE GIVING UP YOUR RIGHTS TO PARTICIPATE IN A CLASS ACTION OR REPRESENTATIVE ACTION WITH RESPECT TO ANY SUCH CLAIM.

## 21. Indemnification

You agree to indemnify, defend, and hold TopstepTrader, its parents, subsidiaries, affiliates, any related companies, suppliers, licensors and partners, and the officers, directors, employees, agents and representatives of each (collectively, the "TopstepTrader Parties") harmless, including costs, liabilities and legal fees, from any claim or demand made by any third party arising out of or relating to (i) your access to or use of our Sites or Services, (ii) your violation of the Terms, (iii) the infringement by you, or any third party using your account, of any intellectual property or other right of any person or entity, (iv) any funding of your account and any payment methods used. TopstepTrader reserves the right, at your expense, to assume the exclusive defense and control of any matter for which you are required to indemnify us and you agree to cooperate with our defense of these claims. You agree not to settle any such matter without the prior written consent of TopstepTrader. TopstepTrader will use reasonable efforts to notify you of any such claim, action or proceeding upon becoming aware of it.

## 22. Other Prohibited Uses

You are solely responsible for any and all acts and omissions that occur under your User Account, and you agree not to engage in unacceptable use of the Sites or Services or any User Content including:

- Posting, storing or disseminating any unsolicited or unauthorized advertising, promotional materials, junk mail, spam, chain letters or other fraudulent schemes, or any other form of solicitation
- Using any manual or automated software, devices or other processes to "crawl" or "spider" any web pages contained in the Sites or Services
- Using the Sites or Services to gain competitive intelligence about TopstepTrader or the Sites or Services to compete with TopstepTrader or its affiliates
- Harvesting or otherwise collecting any information about other users, including, without limitation, email addresses or other contact information

## 23. Other Important Terms

These Terms are in addition to any other agreements between you and TopstepTrader.

Nothing in these Terms shall create or be deemed to create a partnership, agency, trust arrangement, fiduciary relationship or joint venture between you and TopstepTrader. Neither you nor TopstepTrader shall have any right, power or authority to act or create any obligation, express or implied, on behalf of the other party.

You agree that breach of the provisions of this Agreement would cause irreparable harm and significant injury to TopstepTrader which would be both difficult to ascertain and which would not be compensable by damages alone. As such, you agree that TopstepTrader has the right to enforce the provisions of this

Agreement by injunction (without necessity of posting bond), specific performance or other equitable relief without prejudice to any other rights and remedies TopstepTrader may have for your breach of this Agreement.

We reserve the right at any time in our sole discretion to: modify, suspend or discontinue our Sites or Services or any service, content, feature or product offered through our Sites or Services, with or without notice; charge fees in connection with the use of our Sites or Services; modify and/or waive any fees charged in connection with our Sites or Services; and/or offer opportunities to some or all users of our Sites or Services. You agree that we shall not be liable to you or to any third party for any modification, suspension or discontinuance of our Sites or Services, or any service, content, feature or product offered through our Sites or Services.

Each of the paragraphs of these Terms operates separately. If any court or relevant authority decides that any of them are unlawful or unenforceable, the remaining paragraphs will remain in full force and effect.

If we fail to insist that you perform any of your obligations under these Terms, or if we do not enforce our rights against you, or if we delay in doing so, that will not mean that we have waived our rights against you and will not mean that you do not have to comply with those obligations. If we do waive a default by you, we will only do so in writing, and that will not mean that we will automatically waive any later default by you.

We may terminate these Terms at any time without notice, and accordingly may deny you access to our Sites or Services, if in our sole judgment you fail to comply with any term or provision of these Terms. The obligations and liabilities of the parties incurred prior to the termination date shall survive the termination of these Terms for all purposes.

## 24. Feedback

TopstepTrader welcomes your comments, feedback, information or other materials regarding the Sites or Services (collectively, "Feedback"). If you submit Feedback to TopstepTrader, please note that your Feedback shall become the property of the Company, and you hereby irrevocably assign to TopstepTrader all right, title and interest in and to the Feedback and all copyrights and other intellectual property rights embodied in such Feedback on a worldwide basis.

© 2016 TopstepTrader, LLC. All rights reserved.

Log In

Sign Up

About

Careers



Learn How

Affiliate Program

Help Center

Status Updates

Calendar

Contact

Facebook

Twitter

LinkedIn

YouTube

Privacy Policy

Terms of Use

Refer a Friend

Apparel Shop

English Blog

Блог [RU]

Join Our Chat Community

TopstepTrader, LLC    130 South Jefferson Suite 200    Chicago, Illinois 60661    1 (888) 407-1611

We do not offer commodity trading advice or recommendations.

© 2017 – TopstepTrader, LLC All rights reserved.

CFTC Rules 4.41 - Hypothetical or Simulated performance results have certain limitations. Unlike an actual performance record, simulated results do not represent actual trading. Also, because the trades have not actually been executed, the results may have under-or-over compensated for the impact, if any, of certain market factors, such as lack of liquidity. Simulated trading programs in general are also subject to the fact that they are designed with the benefit of hindsight. No representation is being made that any account will or is likely to achieve profit or losses similar to those shown.



# Status Updates

Live updates on data feed, Trade Report, and account alerts.

## We are currently not experiencing any issues.

If we are ever experiencing any issues, we will keep you updated here.

Status updates will posted be every 15-20 minutes during support hours.



Log In

Sign Up

Learn How

Affiliate Program

Help Center

Status Updates

Calendar

Contact

Facebook

Twitter

LinkedIn

YouTube

About

Careers

Privacy Policy

Terms of Use

Refer a Friend

Apparel Shop

English Blog

Russian Blog

Join Our
Chat
Community

TopstepTrader, LLC    130 South Jefferson Suite 200    Chicago, Illinois 60661    1 (888) 407-1611

We do not offer commodity trading advice or recommendations.

© 2017 – TopstepTrader, LLC All rights reserved.




TOPSTEP**TRADER**

Home    Catalog    Collections    About    Tick Value Conversion



TopstepTrader

## 1/4 Zip-Up

$58



TopstepTrader

### 3/4 Sleeve Baseball T-Shirt

$29



TopstepTrader

**Beanie**

$16



TopstepTrader

**Polo**

$42



TopstepTrader

## Short Sleeve T-Shirt

$27



TopstepTrader

## Snapback Hat

$21

**VISIT TOPSTEPTRADER**

   

© 2017, TopstepTrader. Powered by Shopify



# TOPSTEP**TRADER**

# Refer a Friend

Empower your friends with the opportunity to earn a Funded Account**™**.



You can win a free Trading Combine by simply sharing
the TopstepTrader opportunity with your
friends and family.

## It's easy to refer & all our users are invited to participate!

**1** **Fill in the form.**

Simply enter the names and email addresses of those friends you want to refer.

**2** **We'll send an offer.**

Your friends will get an offer for 20% off to start their first Trading Combine® within 72 hours of your submission.

**3** **You can get rewarded.**

We'll enter your name into a monthly drawing for a free Trading Combine. Every verified email address is another free entry so share the funding opportunity with all your friends! The winner will be emailed within the first week of the following month.

**Share With Your Friends**

**Friend's First Name***

**Friend's Email Address***

**Friend's First Name**

**Friend's Email Address**

**Friend's First Name**

**Friend's Email Address**

**Friend's First Name**

**Friend's Email Address**

**Friend's First Name**

**Friend's Email Address**

**Friend's First Name**

**Friend's Email Address**

**Friend's First Name**

**Friend's Email Address**

**Friend's First Name**

**Friend's Email Address**

**Friend's First Name**

**Friend's Email Address**

**Friend's First Name**

**Friend's Email Address**

*Your information*

**First Name**

**Last Name**

**Email***

Case: 1:17-cv-04412 Document #: 33-1 Filed: 10/06/17 Page 295 of 313 PageID #:1035

 **TOPSTEPTRADER** 

Home   Catalog   Collections   About   Tick Value Conversion



TopstepTrader

## 1/4 Zip-Up

$58



TopstepTrader

## 3/4 Sleeve Baseball T-Shirt

$29



TopstepTrader

## Baseball Hat

$25



TopstepTrader

# Beanie

$16



TopstepTrader

## Long Sleeve Dress Shirt

$40



TopstepTrader

**Polo**

$42



TopstepTrader

**Short Sleeve T-Shirt**

$27



TopstepTrader

## Snapback Hat

$21



TopstepTrader

## Sunglasses

$5



TopstepTrader

## Swag Bag

$15



TopstepTrader

## Trucker Hat

$17



TopstepTrader

**Your TopstepTrader Gift Card**

*from* $10

**VISIT TOPSTEPTRADER**



© 2017, TopstepTrader. Powered by Shopify





# TOPSTEPTRADER



**Home**  **Catalog**  **Collections**  **About**  **Tick Value Conversion**



Accessories

Featured

Hats and Beanies

Professional

Tops

VISIT TOPSTEPTRADER



© 2017, TopstepTrader. Powered by Shopify





# TOPSTEP**TRADER**



**Home**     **Catalog**     **Collections**     **About**     **Tick Value Conversion**

# About

Shop the official TopstepTrader store today. Check out our wide selection of apparel and accessories for yourself, or purchase a gift for a loved one.

**ABOUT TOPSTEPTRADER®**

TopstepTrader® is the only firm of its kind, whose sole purpose is to fund traders. The funding process consists of a trader's performance being evaluated in a Trading Combine® - a real-time, simulated account. If traders can follow the risk criteria and meet the profit targets, they receive a Funded Account™ where they trade real capital, keeping up to 100% of the profits. To date, TopstepTrader has funded 1,000+ traders, averaging more than 40 new funded traders a month.

For more information, please visit topsteptrader.com. If you have any questions, please contact our Support Team at support@topsteptrader.com or call 888-407-1611.

**VISIT TOPSTEPTRADER**



© 2017, TopstepTrader. Powered by Shopify





# TOPSTEPTRADER



**Home**   **Catalog**   **Collections**   **About**   **Tick Value Conversion**

## Trade In Your Ticks



---

**VISIT TOPSTEPTRADER**



© 2017, TopstepTrader. Powered by Shopify

     

Case: 1:17-cv-04412 Document #: 1-1 Filed: 06/12/17 Page 2 of 2 PageID #:14



# Copyright
United States Copyright Office

Home | 🛒 | My Profile | Help | Contact Us | Log Out

COPYRIGHT HOME

## << Back

### Case Summary:

| | | | |
|---|---|---|---|
| Case #: | 1-5001234481 | Type of Case: | Literary Work |
| Title: | www.topsteptrader.com | | |
| | | Opened: | 4/28/2017 |
| | | Contact Name: | Brian Noack |
| Fee Due: | 55.00 | Claim Status: | Pending |
| | Service Fee Paid: | 55.00 | |

## Submit Your Work(s)

To complete your submission, please submit the required copy(ies) of your work. You may (1) upload electronic files if the work meets the requirements; otherwise, you must (2) send the work by mail (do not do both).

(1) Upload your work(s). Please perform the following steps for the case(s) in the table below.
Step 1: Click the "Select files to upload" button. Using your computer's browser, select your files for the corresponding work then click the "Start upload" button.
Step 2: After uploading all files for this work, click the corresponding "Complete Your Submission" button. Files cannot be uploaded later than 5 days after your first file is received.

**Please note: Files cannot be returned or deleted once uploaded. To avoid delays and/or a later effective date of registration, please verify the following before uploading a copy of your work(s):**

- It is a category of work that may be uploaded
- It is an acceptable file type
- It is an acceptable file size

## Upload Your Work(s)

**1 - 1 of 1**

| Step 1: Select & Upload Files | Step 2: Complete Your Submission |
|---|---|
| | Claim submission completed, no further action required |
| | Click here for more information |
| | View Uploaded File Names |

**Case Details**
Case #: 1-5001234481
Title: www.topsteptrader.com
Volume:
Number:
Issue Date:
Type of Work: Literary Work

## Updates

**1 - 1 of 1**

| Comments ⇕ | Activity Type ⇕ | Status ⇕ | Created ▼ |
|---|---|---|---|
| Submitted by BTNOACK on 04/28/2017 | Upload Deposit | Received | 4/28/2017 02:27:48 PM |



Registration #:    *-APPLICATION-*
Service Request #:  1-5001234481

## Mail Certificate _____

Wolek & Noack
Brian Noack
333 S Wabash Ave.
Ste. 2700
Chicago, IL 60604 United States

Priority:   Routine          Application Date:   April 28, 2017

## Correspondent _____

Organization Name:   Wolek & Noack
Name:   Brian Noack
Email:   briann@wonoip.com
Telephone:   (239)671-1103
Address:   333 S Wabash Ave
Ste. 2700
Chicago, IL 60604 United States

Registration Number

# *-APPLICATION-*

## Title _____

**Title of Work:** www.topsteptrader.com

## Completion/Publication _____

**Year of Completion:** 2017
**Date of 1st Publication:** February 28, 2017
**Nation of 1st Publication:** United States

## Author _____

- **Author:** TopstepTrader, LLC
**Author Created:** website
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant _____

**Copyright Claimant:** Topsteptrader, LLC
130 South Jefferson, Ste. 200, Chicago, IL, 60661, United States

## Rights and Permissions _____

**Organization Name:** Wolek & Noack
**Email:** briann@wonoip.com
**Telephone:** (239)671-1103
**Address:** 333 S Wabash Ave.
Ste. 2700
Chicago, IL 60604 United States

## Certification _____

**Name:** Brian T. Noack
**Date:** April 28, 2017