# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TOPSTEPTRADER, LLC<br><br>                Plaintiff,<br><br>  v.<br><br>ONEUP TRADER, LLC, and SATTAM ALSABAH,<br><br>                Defendants. | No. 1:17-cv-4412<br><br>Honorable Harry D. Leinenweber |

## Notice of Motion

**PLEASE TAKE NOTICE** that on November 21, 2017 at 9:30 am, or as soon thereafter as counsel may be heard, Plaintiff TopstepTrader, LLC shall appear before the Honorable Judge Harry D. Leinenweber, or any judge sitting in his stead in courtroom 1941 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 S. Dearborn St., Chicago, Illinois, and shall present its **Motion for Extension of Time**.

Dated: November 16, 2017

Respectfully submitted,

By: /s/ Adam Wolek
Adam Wolek
awolek@taftlaw.com
Sanna-Rae Taylor (*pro hac vice*)
srtaylor@taftlaw.com
Taft Stettinius & Hollister LLP
111 E. Wacker Drive, 28th Floor
Chicago, Illinois 60601
Tel: (312) 836-4063
Fax: (312) 966-8598

*Attorneys for Plaintiff TopstepTrader, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that, on November 16, 2017, he caused this document to be served upon the following counsel of record through electronic mail delivery.

Christopher T Grohman
Duane Morris LLP
190 S. LaSalle Street
Suite 3700
Chicago, IL 60603
(312) 499-0118
Email: ctgrohman@duanemorris.com

David J Wolfsohn
Duane Morris LLP
30 S. 17th Street
Philadelphia, PA 19103
215-979-1866
Email: djwolfsohn@duanemorris.com

By: /s/ Zachary Clark

Zachary Clark