# EXHIBIT A

YouTube video: "MarketFest: Stop Risking Your Own Money and Start Trading Ours [with Conor Meegan]"
Obtained from https://www.youtube.com/watch?time_continue=4&v=kpdBFSSBWfk
on June 23, 2017

## USB FLASH DRIVE TO BE PROVIDED