# EXHIBIT B

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TOPSTEPTRADER, LLC, | ) |
| | ) |
| | ) Case Number 17-cv-4412 |
| Plaintiff, | ) |
| | ) Judge: Hon. Harry D. Leinenweber |
| v. | ) |
| | ) |
| ONEUP TRADER, LLC, and SATTAM | ) |
| ALSABAH, | ) |
| | ) |
| Defendants. | ) |

**DECLARATION OF SATTAM ALSABAH PURSUANT TO
28 U.S.C. § 1746 IN SUPPORT OF MOTION TO DISMISS
FOR LACK OF PERSONAL JURISDICTION**

I, Sattam Alsabah, of full age, hereby declare and state as follows:

1.      I have personal knowledge of all matters stated herein.

2.      I am a citizen of the State of Kuwait.  I do not currently hold, nor have I ever held, citizenship in any other country.

3.      My current residence is in Messila, Kuwait.  I have resided in Messila my entire life.

4.      I do not own, nor have I ever owned, any personal or real property in the state of Illinois, or anywhere else in the United States.

5.      I have never opened a bank account in the state of Illinois.

6.      I have only traveled to the United States twice in the five years before the First Amended Complaint was filed in this case.

7.      I have only traveled to the state of Illinois once in the five years before the First Amended Complaint was filed in this case.  That visit took place in March 2016 and lasted for two nights.

8.      I have never transacted business in the state of Illinois in my personal capacity.

9.      Defendant OneUp Trader, LLC was formed on April 5, 2017 under the laws of the state of Delaware.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 5th day of December, 2017.

Sattam Alsabah

# Attachment 1

## Sattam Alsabah Accessed & Registered with TopstepTrader

# Users

Batch actions ▼

| | Full Name | Email | Username | Sign Up Date | |
|---|---|---|---|---|---|
| ☐ | Sattam ALSABAH | sattam@miseel.com | sattam | 09/13/2015 01:36pm | Edit \| Delete |

19