# **EXHIBIT C**

Case: 1:17-cv-04412 Document #: 48-4 Filed: 02/05/17 Page 2 of 2 PageID #:241

# TOPSTEP TRADER

## Sign up for free.

You're one step closer to becoming a funded trader. Keep going.

First Name

Last Name

Email Address

Phone Number

Username

Password

☐ Please accept Terms of Use.

**Join TopstepTrader**

Already have an account? Login!