# EXHIBIT E

*Sattam Alsabah Accessed & Registered with TopstepTrader*

# Users

Batch actions ▾

| | Full Name | Email | Username | Sign Up Date | |
|---|---|---|---|---|---|
| ☐ | Sattam ALSABAH | sattam@miseel.com | sattam | 09/13/2015 01:36pm | Edit \| Delete |

19