# EXHIBIT B

## Wolek, Adam

| | |
|---|---|
| **From:** | Wolfsohn, David J. <DJWolfsohn@duanemorris.com> on behalf of Wolfsohn, David J. |
| **Sent:** | Thursday, June 22, 2017 5:36 PM |
| **To:** | Adam Wolek; Brian Noack |
| **Cc:** | Grohman, Christopher T.; Lefkowitz, Gregory M. |
| **Subject:** | TopStep v. OneUp |

Counsel,

OneUp Trader LLC is owned by Mark Lenkowski and Sattam Alsabah. They are the only two members of the LLC.

Best,

David



**David J. Wolfsohn**
Partner

Duane Morris LLP　　　　　　**P:** +1 215 979 1866
30 South 17th Street　　　　　**F:** +1 215 689 2739
Philadelphia, PA 19103-4196　**C:** +1 215 300 5020

E-MAIL | BIO | VCARD

For more information about Duane Morris, please visit http://www.DuaneMorris.com

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.