# EXHIBIT C



# Mark Lenkowski

Add Friend    Message

**Timeline**    About    Friends    Photos    More

**DO YOU KNOW MARK?**

To see what he shares with friends, send him a friend request.

## Intro

Studied Economics at **University of Illinois at Urbana-Champaign**

Went to **Downers Grove South High School**

Lives in **Chicago, Illinois**

From **Downers Grove, Illinois**

## Photos



## Friends · 497



Brian Medina • Matthew Martinez • Rachel Michelson
Eric Biltgen • Carlos A. Balandrin • Lauren Aquino Vissat
Chris Ryan • Jamie Korolyov • Lauren Myers Towle

## Featured Albums

### Posts from 2007

 **Mark Lenkowski** added 11 new photos to the album: **Tyler** — with **Chris Ashe** and **2 others**.
November 1, 2007 ·



+7

Share

• Chat (22)

https://www.facebook.com/profile.php?id=1943248[6/23/2017 8:36:03 AM]

(1) Mark Lenkowski



Posts from 2004

**Mark Lenkowski** in Downers Grove, Illinois.
2004 ·

Graduated from Downers Grove South High School
2004
High School

Share

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2017