# EXHIBIT F

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| TOPSTEPTRADER, LLC | |
| Plaintiff, | No. 1:17-cv-4412 |
| v. | Judge Harry D. Leinenweber |
| ONEUP TRADER, LLC, and SATTAM ALSABAH, | |
| Defendants. | |

### Plaintiff TopstepTrader, LLC's Rule 30 Deposition Notice to
### Defendant Sattam Alsabah

PLEASE TAKE NOTICE that Plaintiff TopstepTrader, LLC will take the deposition by oral examination, stenographic, and video recording of Defendant Sattam Alsabah, pursuant to Federal Rule of Civil Procedure 30.

This deposition shall take place at the offices of OneUp Trader, LLC, 501 Silverside Rd., Ste. 403, Wilmington, Delaware 19809, commencing on January 5, 2018, at 9:30 a.m., at which place and time Defendant OneUp Trader, LLC ("OneUp") may appear and examine the witness if OneUp so desires.

Dated: December _____, 2017

Respectfully submitted,

TOPSTEPTRADER, LLC,

By: _____
Adam Wolek
awolek@taftlaw.com
Sanna-Rae Taylor
srtaylor@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
111 E. Wacker Drive, 28th Floor
Chicago, Illinois 60601
Phone: (312) 836-4063
Fax: (312) 966-8598
*Attorneys for Plaintiff TopstepTrader, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that, on December _____, 2017, he caused this document to be served upon the following counsel of record through electronic mail delivery.

Christopher T Grohman
Duane Morris LLP
190 S. LaSalle Street
Suite 3700
Chicago, IL 60603
(312) 499-0118
Email: ctgrohman@duanemorris.com

David J Wolfsohn
Duane Morris LLP
30 S. 17th Street
Philadelphia, PA 19103
215-979-1866
Email: djwolfsohn@duanemorris.com

By: _____

2

21688548.4