# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TOPSTEPTRADER, LLC<br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ONEUP TRADER, LLC, and SATTAM ALSABAH,<br>　　　　　　Defendants. | No. 1:17-cv-4412<br><br>Judge Harry D. Leinenweber |

### Plaintiff TopstepTrader, LLC's Motion to Strike Portions of Defendant's Motion in Opposition and Its Exhibit D

In response to Plaintiff's Motion for Jurisdictional Discovery, Defendant Sattam Alsabah filed a Motion in Opposition, and included confidential settlement discussions and attached a settlement letter from Plaintiff. Dkt. 53, at 6 & Ex. D. The confidential contents from letter were sent during settlement discussions, and the letter is appropriately marked as "***This letter is sent pursuant to Federal Rule of Evidence 408***." Dkt. 53-4, Ex. D (emphasis in original).

This correspondence contains confidential information disclosed solely for purposes of settlement discussions. Its contents are not relevant to the issues presented in the Motion for Jurisdictional Discovery. Plaintiff, therefore, respectfully requests that the Exhibit D (Dkt. 53-4), and its references on page 6 of Defendant Alsabah's response, be stricken from the Court's docket, or in the alternative be filed under seal until Plaintiff could be heard. Plaintiff further requests reimbursement of its attorney's fees incurred in the preparation of this motion, and any other relief the Court deems proper.

21726503.1

Dated:  December 11, 2017

Respectfully submitted,

TOPSTEPTRADER, LLC,

By: s/ Adam Wolek
Adam Wolek
awolek@taftlaw.com
Sanna-Rae Taylor
srtaylor@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
111 E. Wacker Drive, 28th Floor
Chicago, Illinois 60601
Phone: (312) 836-4063
Fax: (312) 966-8598
*Attorneys for Plaintiff TopstepTrader, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that, on December 11, 2017, he caused this document to be served upon the following counsel of record through electronic mail delivery.

Christopher T Grohman
Duane Morris LLP
190 S. LaSalle Street
Suite 3700
Chicago, IL 60603
(312) 499-0118
Email: ctgrohman@duanemorris.com

David J Wolfsohn
Duane Morris LLP
30 S. 17th Street
Philadelphia, PA 19103
215-979-1866
Email: djwolfsohn@duanemorris.com

                                              By: /s/ Zachary Clark
                                                       Zachary Clark