# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Topsteptrader, LLC | ) | Case No: 17 C 4412 |
| v. | ) | Judge: Harry D. Leinenweber |
| OneUp Trader, LLC | ) | |

## ORDER

Motion hearing held on 12/12/2017. Pro hac vice motion is granted. Plaintiff TopstepTrader, LLC's Motion to Strike [ECF No. 54] is granted. Plaintiff TopstepTrader, LLC's Motion to Conduct Jurisdictional Discovery [ECF No. 51] is granted in part to allow limited discovery regarding any access or digital contact that Defendant Alsabah had with Topsteptrader's website and any and all email addresses used to access or attempt to access Topsteptrader's website. Defendant Alsabah will produce that discovery on or before 12/21/2017. Plaintiff's response brief shall now be filed on or before 1/4/2018. Defendant's reply brief shall now be filed on or before 1/15/2018. The court's oral ruling date set for 2/15/18 is reset to 3/1/2018 at 9:00 a.m.

(T: 00:05)

Date:  12/12/17                                                    /s/ Judge Harry D. Leinenweber