# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TOPSTEPTRADER, LLC<br>    Plaintiff,<br><br>  v.<br><br>ONEUP TRADER, LLC, and<br>SATTAM ALSABAH,<br>    Defendants. | Case Number: 17-cv-4412<br>Honorable Judge Harry D. Leinenweber |

## MOTION FOR EXTENSION OF TIME

Plaintiff TopstepTrader, LLC ("Topstep") respectfully requests the Court extend Topstep's deadline to Respond to Defendant Sattam Alsabah's Motion to Dismiss for Lack of Personal Jurisdiction by three weeks because the hearing on Topstep's Motion to Compel Jurisdictional Discovery was moved to January 16, 2018. *See* Dkt. 62. The information sought in Topstep's Motion to Compel is directly relevant to Mr. Alsabah's Motion to Dismiss, and Topstep needs it prior to responding to Defendant's motion. Accordingly, Topstep respectfully requests the Court enter an order extending Topstep's deadline to Respond to Mr. Alsabah's Motion to Dismiss.

            Respectfully submitted,

            TOPSTEPTRADER, LLC,

            By: /s/ Adam Wolek
            Adam Wolek
            awolek@taftlaw.com
            Sanna-Rae Taylor (*pro hac vice*)
            srtaylor@taftlaw.com
            Taft Stettinius & Hollister LLP
            111 E. Wacker Drive, 28th Floor
            Chicago, Illinois 60601
            Phone: (312) 836-4063
            Fax: (312) 966-8598
            *Attorneys for Plaintiff TopstepTrader, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that, on December 28, 2017, he caused this document to be served upon the following counsel of record through electronic mail delivery.

Christopher T Grohman
Duane Morris LLP
190 S. LaSalle Street
Suite 3700
Chicago, IL 60603
(312) 499-0118
Email: ctgrohman@duanemorris.com

David J Wolfsohn
Duane Morris LLP
30 S. 17th Street
Philadelphia, PA 19103
215-979-1866
Email: djwolfsohn@duanemorris.com

By:   /s/ Zachary Clark
       Zachary Clark