

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

TOPSTEPTRADER, LLC

          Plaintiff,

v.

ONEUP TRADER, LLC, and
SATTAM ALSABAH,

          Defendants.

Case Number: 17-cv-4412

Hon. Judge Harry D. Leinenweber

## ORDER

1.     Plaintiff TopstepTrader's Motion to Compel the Limited Jurisdictional Discovery (Case Doc. No. 60) against Defendant Sattam Alsabah was heard on January 16, 2018.

2.     After hearing argument from Plaintiff's and Defendants' counsel, the Court grants the limited discovery as requested from Plaintiff's motion requesting all email addresses used by Defendant Sattam Alsabah.

3.     Defendant Alsabah is accordingly Ordered to inform Plaintiff as to the existence of any and all email addresses he has ever used since January 1, 2015 in any context, including both personally and professionally, and regardless of whether used on behalf of himself or any entity. Defendant Alsabah must provide Plaintiff this information on or before January 23, 2018.

4.     The Court further Orders the Courtroom Deputy to Strike reference of a settlement letter sent pursuant to Federal Rule of Evidence 408 from Defendant Alsabah's Memorandum in Opposition to Jurisdictional Discovery, Case Docket No. 53, particularly page 6, lines 6-12, and Exhibit D entirely.

5. Plaintiff's Response brief to Defendant Alsabah's Motions to Dismiss, and Defendant OneUp's Reply for its Motion to Dismiss, shall now be filed on or before February 13, 2018. Defendant Alsabah's Reply brief for its Motion to Dismiss shall now be filed on or before February 20, 2018.

**IT IS SO ORDERED.**

_____
Harry D. Leinenweber, Judge
United States District Court

Dated: January 16, 2018