**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.1**
**Eastern Division**

Topsteptrader, LLC
                              Plaintiff,

v.                                         Case No.: 1:17−cv−04412
                                           Honorable Harry D. Leinenweber

OneUp Trader, LLC, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 22, 2018:

    MINUTE entry before the Honorable Harry D. Leinenweber: Defendant Alsabah is directed to refile on or before 2/5/2018 his Memorandum in Opposition to Jurisdictional Discovery [ECF No. 53] without Ex. D and with line 6−12 on page 6 redacted or deleted pursuant to the Courts ruling [ECF No. 57] on Plaintiff TopstepTrader's Motion to Strike. The Clerk is directed to seal docket entry [ECF No. 53] and the attached exhibits forthwith. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.