# EXHIBIT C

Sattam | Elite Trader



Log in or Sign up

Forums  Members  Brokers  Software

☐ Top Members   ☐ Current Visitors   ☐ Recent Activity   New Profile Posts

Forums > Members > Sattam

## Sattam
Male, 42, from Overseas

Forget TopStepTrader.... take a look at this: Sep 2, 2015

Sattam was last seen: Sep 6, 2015

**Profile Posts** | Recent Activity | Posts | Information

**Sattam** Forget TopStepTrader.... take a look at this:

Sep 2, 2015

**Sattam** I don't know if swing trading is better than daily. Guys please put the case.

Jul 10, 2015

**Sattam** PNL today -$12,500 bought the ES midday I seriously need help! I can't take it no more! Lost over $1m in 3 years. Any advise top traders?

Jul 9, 2015

Last Activity: Sep 6, 2015
Joined: Jul 9, 2015
Posts: 32
Likes: 0

Followers  1

Gender: Male
Birthday: Feb 25, 1975 (Age: 42)
Location: Overseas
Occupation: Nothing really

Forums > Members > Sattam

Case: 1:17-cv-04412 Document #: 72-3 Filed: 02/13/18 Page 3 of 6 PageID #:1612

Modern Layout V2     Contact   Help   Advertise   Home   Top

ET IS FREE BECAUSE OF THE FINANCIAL SUPPORT FROM THESE COMPANIES:

| | | |
|---|---|---|
| **AMP Global Clearing** <br> Futures and FX Trading | **NinjaTrader** <br> Trading Software & Brokerage | **TD Ameritrade** <br> Get the #1 trading app in the App Store |
| **Collective2** <br> Automated Trading Services | **Optimus Futures** <br> Futures Trading Platforms and Order Routing | **TopstepTrader** <br> We Fund Traders |
| **EdgeAnalytix** <br> Options Mentorship & Signals | **Option Workshop** <br> Option Analysis Software | **Trademetria** <br> Trade Logging & Analysis |
| **IC Markets** <br> True ECN for FX and CFDs | **PTMC** <br> Full Multi-Asset Trading Platform | **TradersStudio** <br> System Development Platform |
| **Jigsaw Trading** <br> Advanced Trading Tools | **Rithmic** <br> Futures Trade Execution Platform | **Trading Technologies** <br> Trading Software Provider |
| **Lightspeed Trading** <br> Equities & Options Trading | **SpreadProfessor** <br> Spread Trading Instruction | **Tradovate** <br> Commision-Free Futures Trading |

Terms and Rules

| | Forums | Members | Brokers | Software | Log in or Sign up |

☐ Top Members ☐ Current Visitors ☐ Recent Activity New Profile Posts

Forums > Members > Sattam

## Sattam
Male, 42, from Overseas

Forget TopStepTrader.... take a look at this: Sep 2, 2015

Sattam was last seen: Sep 6, 2015

| Profile Posts | Recent Activity | Posts | **Information** |

### About

| Gender: | Male |
| Birthday: | Feb 25, 1975 (Age: 42) |
| Location: | Overseas |
| Occupation: | Nothing really |

I keep losing money and need real help... If you think you can help then kindly e-mail me @ sattam@miseel.com

### Interact

| Content: | Find all content by Sattam |
| | Find all threads by Sattam |

Last Activity: Sep 6, 2015
Joined: Jul 9, 2015
Posts: 32
Likes: 0

Followers 1

Gender: Male
Birthday: Feb 25, 1975 (Age: 42)
Location: Overseas
Occupation: Nothing really

Forums > Members > Sattam

Case: 1:17-cv-04412 Document #: 72-3 Filed: 02/13/18 Page 5 of 6 PageID #:1614

Modern Layout V2     Contact   Help   Advertise   Home   Top

ET IS FREE BECAUSE OF THE FINANCIAL SUPPORT FROM THESE COMPANIES:

| AMP Global Clearing | NinjaTrader | TD Ameritrade |
| --- | --- | --- |
| Futures and FX Trading | Trading Software & Brokerage | Get the #1 trading app in the App Store |
| Collective2 | Optimus Futures | TopstepTrader |
| Automated Trading Services | Futures Trading Platforms and Order Routing | We Fund Traders |
| EdgeAnalytix | Option Workshop | Trademetria |
| Options Mentorship & Signals | Option Analysis Software | Trade Logging & Analysis |
| IC Markets | PTMC | TradersStudio |
| True ECN for FX and CFDs | Full Multi-Asset Trading Platform | System Development Platform |
| Jigsaw Trading | Rithmic | Trading Technologies |
| Advanced Trading Tools | Futures Trade Execution Platform | Trading Software Provider |
| Lightspeed Trading | SpreadProfessor | Tradovate |
| Equities & Options Trading | Spread Trading Instruction | Commision-Free Futures Trading |

Terms and Rules

# Users

