UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TOPSTEPTRADER, LLC<br>　　　　　Plaintiff,<br><br>　　v.<br><br>ONEUP TRADER, LLC, and<br>SATTAM ALSABAH,<br>　　　　　Defendants. | Case Number: 17-cv-4412<br><br>Hon. Judge Harry D. Leinenweber |

## Notice of Motion

**PLEASE TAKE NOTICE** that on March 20, 2018[1] at 9:30 am, or as soon thereafter as counsel may be heard, Plaintiff TopstepTrader, LLC shall appear before the Honorable Judge Harry D. Leinenweber, or any judge sitting in his stead in courtroom 1941 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 S Dearborn St., Chicago, Illinois, and shall present its **Motion for Leave to File a Surreply or for Additional Briefing on Two Topics**.

Dated: March 1, 2018　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　TOPSTEPTRADER, LLC,

　　　　　　　　　　　　　　　　　　　　　　By: s/　Adam Wolek
　　　　　　　　　　　　　　　　　　　　　　Adam Wolek
　　　　　　　　　　　　　　　　　　　　　　awolek@taftlaw.com
　　　　　　　　　　　　　　　　　　　　　　TAFT STETTINIUS & HOLLISTER LLP
　　　　　　　　　　　　　　　　　　　　　　111 E. Wacker Drive, 28th Floor
　　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois  60601
　　　　　　　　　　　　　　　　　　　　　　Phone: (312) 836-4063
　　　　　　　　　　　　　　　　　　　　　　Fax: (312) 966-8598
　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff TopstepTrader, LLC*

---

[1] Plaintiff wanted to be mindful of Judge Leinenweber's motion schedule, and noticed the hearing on a previously scheduled hearing date.

## CERTIFICATE OF SERVICE

The undersigned certifies that, on March 1, 2018, he caused this document to be served upon the following counsel of record through electronic mail delivery.

Christopher T Grohman
Duane Morris LLP
190 S. LaSalle Street
Suite 3700
Chicago, IL 60603
(312) 499-0118
Email: ctgrohman@duanemorris.com

David J Wolfsohn
Duane Morris LLP
30 S. 17th Street
Philadelphia, PA 19103
215-979-1866
Email: djwolfsohn@duanemorris.com

By:   /s/ Adam Wolek