UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TOPSTEPTRADER, LLC<br>　　　　　Plaintiff,<br><br>　　v.<br><br>ONEUP TRADER, LLC, and<br>SATTAM ALSABAH,<br>　　　　　Defendants. | Case Number: 17-cv-4412<br><br>Hon. Judge Harry D. Leinenweber |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal with Prejudice of this action, including all claims and counterclaims brought in this action against all parties, with each party to bear its own attorneys' fees and costs.

Dated: October 1, 2018

By: s/   Adam Wolek
Adam Wolek
awolek@taftlaw.com
Taft Stettinius & Hollister LLP
111 E. Wacker Drive, 28th Floor
Chicago, Illinois  60601
Phone: (312) 836-4063
Fax: (312) 966-8598
*Attorney for Plaintiff TopstepTrader, LLC*

By: s/   David Wolfsohn (*with permission*)
David J Wolfsohn
Duane Morris LLP
30 S. 17th Street
Philadelphia, PA 19103
215-979-1866
Email: djwolfsohn@duanemorris.com
*Attorneys for Defendants OneUp Trader, LLC
& Sattam Alsabah*

## CERTIFICATE OF SERVICE

The undersigned certifies that, on October 1, 2018, he caused this document to be served upon the following counsel of record through electronic mail delivery.

Christopher T Grohman
Duane Morris LLP
190 S. LaSalle Street
Suite 3700
Chicago, IL 60603
(312) 499-0118
Email: ctgrohman@duanemorris.com

David J Wolfsohn
Duane Morris LLP
30 S. 17th Street
Philadelphia, PA 19103
215-979-1866
Email: djwolfsohn@duanemorris.com

By:   /s/ Adam Wolek
        Adam Wolek